No. 14-8027

_____

**IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

_____

IN RE H&R BLOCK
REFUND ANTICIPATION LOAN LITIGATION

_____

SANDY MORTON, ET AL.,

*Petitioners,*

*v.*

H&R BLOCK SERVICES, INCORPORATED, ET AL.,

*Respondents.*

_____

On Petition for Leave to Appeal from an Order Compelling Arbitration
of the United States District Court for the Northern District of Illinois,
MDL No. 2373, No. 1:12-cv-02973, Judge Joan B. Gottschall Presiding

_____

**H&R BLOCK DEFENDANTS-RESPONDENTS' OPPOSITION
TO PLAINTIFFS' PETITION FOR LEAVE TO APPEAL
PURSUANT TO 28 U.S.C. § 1292(b)**

_____

Scott T. Schutte
Gregory T. Fouts
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, 5th Floor
Chicago, Illinois 60601
Telephone: (312) 324-1000
Fax: (312) 324-1001
sschutte@morganlewis.com
gfouts@morganlewis.com

*Attorneys for Respondents*

## DISCLOSURE STATEMENT

Pursuant to Seventh Circuit Rule 26.1 and Fed. R. App. P. 26.1, Respondents H&R Block Services, Inc. (n/k/a HRB Tax Group, Inc.), HRB Tax Group, Inc. (f/k/a H&R Block Services, Inc.), H&R Block Enterprises, Inc. (n/k/a H&R Block Enterprises LLC) and H&R Block Eastern Enterprises, Inc. (the "Respondents"), respectfully submit the following Disclosure Statement:

1.  The full name of every party that the attorney represents in the case:  H&R Block Services, Inc. (n/k/a HRB Tax Group, Inc.), HRB Tax Group, Inc. (f/k/a H&R Block Services, Inc.), H&R Block Enterprises, Inc. (n/k/a H&R Block Enterprises LLC) and H&R Block Eastern Enterprises, Inc.

2.  The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this case:

    a.  For H&R Block Services, Inc. (n/k/a HRB Tax Group, Inc.):  Morgan, Lewis & Bockius LLP and Husch Blackwell LLP

    b.  For HRB Tax Group, Inc. (f/k/a H&R Block Services, Inc.):  Morgan, Lewis & Bockius LLP and Husch Blackwell LLP

    c.  H&R Block Enterprises, Inc. (n/k/a H&R Block Enterprises LLC): Morgan, Lewis & Bockius LLP and Husch Blackwell LLP

    d.  H&R Block Eastern Enterprises, Inc.: Morgan, Lewis & Bockius LLP and Husch Blackwell LLP

3.    If the party or amicus is a corporation, identify all its parent corporations, if any; and list any publicly held company that owns 10% or more of the party's stock:

 a. H&R Block Services, Inc. is now known as HRB Tax Group, Inc.  HRB Tax Group, Inc. is a wholly-owned indirect subsidiary of H&R Block, Inc.  H&R Block, Inc. issues shares to the public.  No publicly-held corporation owns 10% or more of H&R Block, Inc.'s stock.

 b. HRB Tax Group, Inc. is a wholly-owned indirect subsidiary of H&R Block, Inc.  H&R Block, Inc. issues shares to the public.  No publicly-held corporation owns 10% or more of H&R Block, Inc.'s stock.

 c. H&R Block Enterprises, Inc. is now known as H&R Block Enterprises LLC.  H&R Block Enterprises LLC is a wholly-owned indirect subsidiary of H&R Block, Inc.  H&R Block, Inc. issues shares to the public.  No publicly-held corporation owns 10% or more of H&R Block, Inc.'s stock.

 d. H&R Block Eastern Enterprises, Inc. is a wholly-owned indirect subsidiary of H&R Block, Inc.  H&R Block, Inc. issues shares to the public.  No publicly-held corporation owns 10% or more of H&R Block, Inc.'s stock.

Dated:  November 5, 2014

Respectfully Submitted,

H&R BLOCK SERVICES, INC., H&R
BLOCK TAX GROUP, INC., H&R
BLOCK ENTERPRISES, INC., and
H&R BLOCK EASTERN
ENTERPRISES, INC.

By: s/ Scott T. Schutte
       One of their attorneys

Scott T. Schutte
Gregory T. Fouts
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, 5th Floor
Chicago, Illinois 60601
Telephone: (312) 324-1000
Fax: (312) 324-1001
sschutte@morganlewis.com
gfouts@morganlewis.com

# TABLE OF CONTENTS

**Page(s)**

DISCLOSURE STATEMENT ........................................................... i

INTRODUCTION AND SUMMARY ...................................................... 1

REASONS FOR DENYING THE PETITION ............................................. 5

I.    There Is No Substantial Ground For Difference Of Opinion On The
      Question Presented. ........................................................ 5

      A.    The district court's order compelling arbitration rests on well-
            settled law................................................................ 5

      B.    *Imburgia* evidences no "substantial ground" for disagreement. ............ 8

      C.    Plaintiffs' attempt to recharacterize the order compelling
            arbitration as resting on questions of contract formation is
            meritless. ............................................................... 12

      D.    Neither the district court's decision nor *Murphy* undermines
            parties' ability to contract around the FAA. ........................... 15

II.   Even On Plaintiffs' Theory, This Petition Does Not Present A
      Controlling Question That Materially Advances The Litigation. .................. 17

CONCLUSION........................................................................ 20

# TABLE OF AUTHORITIES

**Page(s)**

## CASES

*Ahrenholz v. Bd. of Trs.*,
219 F.3d 674 (7th Cir. 2000) .......................................................................... 1, 5

*AT&T Mobility LLC v. Concepcion*,
131 S. Ct. 1740 (2011) .............................................................................. *passim*

*Brown v. Investors Mortgage Co.*,
121 F.3d 472 (9th Cir. 1997) .............................................................................. 9

*Buckeye Check Cashing, Inc. v. Cardegna*,
546 U.S. 440 (2006) ......................................................................................... 12

*Champions World LLC v. U.S. Soccer Fed'n*,
No. 06 C 5724, 2007 WL 2198366 (N.D. Ill. July 31, 2007) .............................. 4

*Chan v. Drexel Burnham Lambert, Inc.*,
178 Cal. App. 3d 632 (1986) ............................................................................ 10

*Cruz v. Cingular Wireless, LLC*,
648 F.3d 1205 (11th Cir. 2011) ........................................................................ 18

*Doctor's Assocs., Inc. v. Casarotto*,
517 U.S. 681 (1996) ......................................................................................... 11

*Druco Restaurants, Inc. v. Steak n Shake Enterprises*,
765 F.3d 776 (7th Cir. 2014) ..................................................................... 13, 14

*Fidelity Fed. Sav. & Loan Assn. v. de la Cuesta*,
458 U.S. 141 (1982) ............................................................................. 2, 7, 9, 15

*Gore v. Alltel Commc'ns, LLC*,
666 F.3d 1027 (7th Cir. 2012) .......................................................................... 10

*Green Tree Fin. Corp.-Ala. v. Randolph*,
531 U.S. 79 (2000) ........................................................................................... 19

*Gutierrez v. Wells Fargo Bank, NA*,
704 F.3d 712 (9th Cir. 2012) ............................................................................ 18

*Harper v. Va. Dep't of Taxation*,
509 U.S. 86 (1993) ....................................................................................... 6, 15

*Howlett v. Rose*,
  496 U.S. 356 (1990) ............................................................................. 9

*Huffman v. Hilltop Cos.*,
  747 F.3d 391 (6th Cir. 2014) ............................................................. 10

*Imburgia v. DirectTV*,
  170 Cal. Rptr. 3d 190 (Ct. App. 2014) ...................................... *passim*

*In re Liberty Refund Anticipation Loan Litig.*,
  No. 1:12-cv-2949 (N.D. Ill. July 23, 2014) ....................................... 20

*In re Liberty Refund Anticipation Loan Litigation*,
  No. 14-2863 (7th Cir. filed Aug. 22, 2014) ...................................... 20

*Moses H. Cone Mem. Hosp. v. Mercury Constr. Corp.*,
  460 U.S. 1 (1983) .................................................................... 4, 10, 19

*Murphy v. DirecTV*,
  724 F.3d 1218 (9th Cir. 2013) ................................................... *passim*

*Mut. Pharm. Co. v. Bartlett*,
  133 S. Ct. 2466 (2013) ....................................................................... 16

*Napleton v. General Motors Corp.*,
  138 F.3d 1209 (7th Cir. 1998) ........................................................... 19

*Perry v. Thomas*,
  482 U.S. 483 (1987) ........................................................................... 11

*Rivers v. Roadway Express, Inc.*,
  511 U.S. 298 (1994) ................................................................ 1, 6, 18

*Sphere Drake Ins. Ltd. v. All Am. Ins. Co.*,
  256 F.3d 587 (7th Cir. 2001) ....................................................... 12, 13

*Walther v. Sovereign Bank*,
  872 A.2d 735 (Md. 2005) ................................................................... 18

## STATUTES

28 U.S.C. § 1292(b) ........................................................................ 1, 2, 3, 19

Federal Arbitration Act, 9 U.S.C. §§ 1–16 ...................................... *passim*

## OTHER AUTHORITIES

6A *Corbin on Contracts* § 1374 (1962) .......................................................................... 9

## INTRODUCTION AND SUMMARY

The district court correctly compelled arbitration in accordance with the Supreme Court's clear holding in *AT&T Mobility LLC v. Concepcion*, 131 S. Ct. 1740 (2011). Presumably in an abundance of caution, Judge Gottschall certified her order for potential Section 1292(b) review because her ruling—while comporting with a Ninth Circuit decision—disagreed with an intermediate state court of appeals in California on a similar issue. But both Judge Gottschall's decision and the Ninth Circuit's ruling are correct; the California Court of Appeal's decision is wrong; and this case does not come close to satisfying the standards that guide this Court's exercise of its discretion whether to accept a Section 1292(b) appeal. Specifically, it presents no "contestable" or "controlling" question of law, the resolution of which "promise[s] to speed up the litigation." *Ahrenholz v. Bd. of Trs.*, 219 F.3d 674, 675 (7th Cir. 2000).

***First***, there is no "substantial ground for difference of opinion," as Section 1292(b) requires, over the controlling legal issue. That issue—as identified by Judge Gottschall—is "whether *Concepcion* applies retroactively to 'nullify' state laws that were in place before *Concepcion* was decided." R. 98, Certification Order 3. The Supreme Court has long since resolved this issue in *Rivers v. Roadway Express, Inc.*, 511 U.S. 298, 312-13 (1994) by holding that the "construction of a statute is an authoritative statement of what the statute meant ***before as well as after*** the decision of the case giving rise to that construction." R. 91, Order 5 (emphasis added).

1

That the issue arises here in the context of contractual language about the applicability of an agreed-to arbitration provision to a particular dispute is of no moment. Plaintiffs contend that because some of the arbitration provisions at issue have language making the arbitration provision inapplicable to claims "if you apply for a RAC in a state that prohibits arbitration or class action waivers" (Pet. 16), the issue of the preemptive effect of the FAA on state law is somehow "contestable." But when an agreement refers to state-law limitations on the applicability of the arbitration provision, but expressly states that the agreement is "governed by the Federal Arbitration Act," 9 U.S.C. §§ 1–16 ("FAA"), that agreement **must** be interpreted to invalidate any state law that conflicts with the FAA. And even in the absence of such a contractual reference to the FAA, under the Supremacy Clause, "state law is nullified to the extent that it actually conflicts with federal law." *Fidelity Fed. Sav. & Loan Assn. v. de la Cuesta*, 458 U.S. 141, 153 (1982).

The district court here and the Ninth Circuit in *Murphy v. DirecTV*, 724 F.3d 1218 (9th Cir. 2013), correctly applied the principles set out in *Concepcion* and *Rivers*. By contrast, the California Court of Appeal's decision in *Imburgia v. DirectTV*, 170 Cal. Rptr. 3d 190 (Ct. App. 2014), *petition for certiorari filed*, No. 14-462 (U.S. Oct. 21, 2014), is riddled with obvious legal errors, as we demonstrate below. And, in any event, a single outlier decision by an intermediate appellate court does not create the type of "contestable issue" Section 1292(b) requires.

Plaintiffs are not helped by their contention that, as a result of the agreements' reference to state law prohibitions, no contract to arbitrate their claims was ever formed. This argument misstates both the factual record and basic

principles of contract law. There is no dispute that there was a binding contract between H&R Block and the named Plaintiffs, and that some of those binding agreements had language limiting the applicability of the arbitration agreement in certain situations. Accordingly, what Plaintiffs attempt to frame as an issue of contract formation is actually an issue of the scope of the arbitration provisions. And the scope of the arbitration provisions at issue is governed by the FAA, as interpreted by the Supreme Court in *Concepcion*.

Moreover, Judge Gottschall did not, as Plaintiffs assert, "preven[t] parties from making an agreement to arbitrate contingent on [state] laws" that prohibit class action waivers. Pet. 2. Parties can make such an agreement by, for example, affirmatively authorizing class arbitration or carving out certain claims from arbitration. Instead, the district court simply held that when contracts refer to state law prohibitions, as some of the Plaintiffs' contracts do here, that reference must be understood to incorporate federal law that—under the Supremacy Clause—nullifies any conflicting state law. On the language of these contracts—which expressly state that the FAA governs the arbitration agreements—there is no escaping the FAA's preemptive force, as described by the Supreme Court in *Concepcion*.

***Second***, appellate review will slow rather than advance the resolution of these disputes, which is why interlocutory appeals of orders compelling arbitration are disfavored. In fact, Section 16(b) of the FAA prohibits such appeals except when permission to appeal is granted under Section 1292(b). If the possibility that an appeal would halt arbitrations were enough to satisfy the Section 1292(b) requirement that the appeal materially advance termination of the litigation,

appeals of orders to compel arbitration would be commonplace. In fact, they are vanishingly rare. So far as we can determine, a Section 1292(b) appeal of an order compelling arbitration is *unprecedented* in this Circuit, which is not surprising given the "liberal federal policy favoring arbitration agreements, notwithstanding any state substantive or procedural policies to the contrary." *Moses H. Cone Mem. Hosp. v. Mercury Constr. Corp.*, 460 U.S. 1, 24 (1983).

Here, even if this Court were to accept Plaintiffs' theory that the contracts should be interpreted under state law without regard to federal preemption, the district court would have to address factual questions and disputed issues of state law to rule on H&R Block's request for arbitration. See Part II, *infra*. This appeal would not resolve whether Plaintiffs proceed in court rather than in arbitration.

In sum, this Court should not accept interlocutory appeal to review a correctly decided legal issue when doing so would further delay arbitration and defeat the parties' agreement preferring arbitration over the expense and delay of litigation. See *Champions World LLC v. U.S. Soccer Fed'n*, No. 06 C 5724, 2007 WL 2198366, at *4 (N.D. Ill. July 31, 2007) (denying certification because, "[r]ather than swiftly proceeding to arbitration, as federal law contemplates, apparently arbitrable disputes would first occupy months of the parties' and the federal judiciary's time and resources"). Because this appeal would frustrate the FAA's policy of "rapid and unobstructed enforcement of arbitration agreements" to move the parties "out of court and into arbitration as quickly and easily as possible," this Court should reject it. *Moses H. Cone*, 460 U.S. at 22-23.

## REASONS FOR DENYING THE PETITION

### I.    There Is No Substantial Ground For Difference Of Opinion On The Question Presented.

Courts will not take the extraordinary step of authorizing an interlocutory appeal unless the petitioner has presented a "*contestable*" legal issue—that is, one as to which there is "'substantial ground for difference of opinion.'" *Ahrenholz*, 219 F.3d at 675 (emphasis in original). The issue presented here does not satisfy that standard. Judge Gottschall's order was compelled by Supreme Court precedent, like the Ninth Circuit decision on which she relied. The solitary conflicting decision from a California appellate court is simply wrong, and in any event is insufficient to create a "contestable issue" that merits an unprecedented interlocutory appeal.

### A.    The district court's order compelling arbitration rests on well-settled law.

The parties entered into contracts requiring Plaintiffs to arbitrate all claims related to their applications for or receipt of a Refund Anticipation Check ("RAC") or Refund Anticipation Loan ("RAL"). *E.g.*, SA 7 [R. 23-1 Ex. A, § 11].[1] Plaintiffs agreed that the arbitration provision "shall be governed by the Federal Arbitration Act." *Ibid.* And they agreed to arbitrate their claims on an individual basis, "acknowledg[ing]" that "they will not have the right to participate as a representative or member of any class of claimants in court or in arbitration." *Ibid.* (capitalization omitted). Some—though not all—of the Plaintiffs' contracts also

---

[1]    "SA" refers to the Supplemental Appendix filed with this response. The Supplemental Appendix consists of Plaintiffs' RAC applications (including arbitration provisions) that were filed in the district court as exhibits to H&R Block's Motion to Compel Arbitration.

provided that "[i]f you apply for a RAC [or RAL] in a state that prohibits arbitration or class action waivers for claims related to a RAC or the transaction to apply for or obtain a RAC, this [arbitration provision] shall not apply to those claims." *Ibid.* (capitalization omitted).

The parties agreed, therefore, that disputes would be arbitrated unless one condition is met: that the law of the Plaintiff's home state prohibits enforcement of the arbitration agreement (including its waiver of class procedures). In compelling arbitration, Judge Gottschall correctly determined that this condition was not satisfied—indeed, that under the U.S. Supreme Court's authoritative interpretation of federal law, the condition could not be satisfied. In *Concepcion*, the Supreme Court held that the FAA preempts state laws that preclude enforcement of arbitration agreements on the ground that they require individual rather than class arbitration. As the Court explained, such laws "interfer[e] with fundamental attributes of arbitration and thus creat[e] a scheme inconsistent with the FAA." 131 S. Ct. at 1747-48. Under *Concepcion*, any state law that purports to ban class waivers in arbitration agreements governed by the FAA—like the agreements at issue here—"is preempted by the FAA." *Id.* at 1753.

Plaintiffs acknowledge *Concepcion*'s holding and correctly concede that the "timing of *Concepcion* is irrelevant to the analysis." Pet. 15 n.4. The Supreme Court has held that its "construction of a statute is an authoritative statement of what the statute meant ***before as well as after*** the decision of the case giving rise to that construction." *Rivers*, 511 U.S. at 312-13 (emphasis added); see also *Harper v. Va. Dep't of Taxation*, 509 U.S. 86, 97 (1993) (when the Supreme Court "applies a rule

of federal law to the parties before it, that rule * * * must be given full retroactive effect"). Accordingly, as Judge Gottschall held, *Concepcion* means that "'the FAA has *always* preempted states from invalidating agreements that disallow class procedures.'" R. 91, Order 7. That is why, as the Ninth Circuit explained, "the FAA meant what the Court in *Concepcion* says it means * * * even prior to 2011" when the rules of some states barring enforcement of class arbitration waivers were "nominally in effect." *Murphy v. DirecTV, Inc.*, 724 F.3d 1218, 1225 (9th Cir. 2013). Because "'state law is *nullified* to the extent that it actually conflicts with federal law'" (*id.* at 1226, quoting *de la Cuesta*, 458 U.S. at 153 (emphasis in the original)), the effect of *Concepcion* is that, as a matter of law, no state prohibits or ever has "prohibit[ed] arbitration or class action waivers for claims related to a RAC or the transaction to apply for or obtain a RAC." Accordingly, the agreements' condition for escaping arbitration is not—and cannot be—satisfied.

In so holding, Judge Gottschall relied not only on Supreme Court precedent, but also on the Ninth Circuit's ruling in *Murphy*, which is squarely on point. There, plaintiffs signed arbitration agreements providing that if "the law of your state would find this agreement to dispense with class arbitration procedures unenforceable, then this entire [arbitration clause] is unenforceable." 724 F.3d at 1224. In reaching the straightforward conclusion that no state law could meet that condition in light of *Concepcion*, the Ninth Circuit aptly summarized the situation presented in this case as well: "The parties agreed not to arbitrate *only* if state law required the availability of class arbitration procedures to enforce the arbitration clause. *Concepcion* precludes such state laws." *Id.* at 1228 (emphasis added).

B.     *Imburgia* evidences no "substantial ground" for disagreement.

Plaintiffs point to the contrary views expressed by a single California intermediate state appellate court in *Imburgia*. However, a single outlier decision does not create a "contestable issue," particularly where the decision is so plainly incorrect that it gives rise to no "substantial ground" for debate. The court in *Imburgia* considered the same arbitration provision that was at issue in *Murphy* but refused to apply the FAA—despite the parties' explicit adoption of the FAA in the arbitration agreement and the FAA's preemptive effect. It instead concluded that the contractual reference to state law "operate[d] as a specific exception to the arbitration agreement's general adoption of the FAA." 170 Cal. Rptr. 3d at 195 (quotation marks and emphasis omitted).

That conclusion was manifestly erroneous because it failed to acknowledge a basic element of our Nation's constitutional design: under the Supremacy Clause, federal law displaces contrary state law. Indeed, because the Supremacy Clause dictates that state law must always comport with federal law, federal law "*is* the law * * * of every * * * state.*" Murphy*, 724 F.3d at 1226. As a result, the idea "that the parties intended for state law to govern the enforceability of [the] arbitration clause, even if the state law in question contravened federal law, is nonsensical." *Ibid.* A contractual reference to state law "*already* incorporates § 2 of the FAA" (*id.* at 1228), and expressly incorporating the FAA into the agreement in addition—as the parties did here—further dispelled any possible doubt on that score. A plainly incorrect ruling, at odds with controlling Supreme Court precedent and basic

constitutional principle, is not enough to create a substantial, contestable legal issue.

The holdings below and in *Murphy*—that a contractual reference to state law incorporates federal law—are hardly novel. They rest firmly on the Supremacy Clause and well-settled Supreme Court precedent establishing that "'the Constitution, laws, and treaties of the United States are as much a part of the law of every State as its own local laws and Constitution.'" *de la Cuesta*, 458 U.S. at 157; see *Howlett v. Rose*, 496 U.S. 356, 367 (1990) ("the Constitution and laws passed pursuant to it are as much laws in the States as laws passed by the state legislature"). This principle has long been understood in the law of contracts: a half-century ago a leading contract treatise explained that "[u]nder our Constitution, national law is also the law of every separate State." 6A *Corbin on Contracts* § 1374 (1962).

Applying this rule, the Supreme Court explained in *de la Cuesta* that when deeds of trust were governed by the "'law of the jurisdiction' in which the property is located," that "incorporation of state law [did] not signify the inapplicability of federal law." 458 U.S. at 157 & n.12. And in *Brown v. Investors Mortgage Co.*, 121 F.3d 472, 476 (9th Cir. 1997)—a case on which the court in *Murphy* relied—the Ninth Circuit explained that the parties had not "waived" the applicability of federal preemption by providing that the loan at issue would be "governed by the laws of the State of Washington." That language did "not address federal law or the relation between state and federal law" and therefore did not "mean the parties decided that federal law should not apply." *Ibid.* The case for applying federal law is

9

even more powerful here than in *Brown*, because the arbitration provision *expressly provides* that it "shall be governed by the [FAA]." SA 7 [R. 23-1 Ex. A, § 11].

The court in *Imburgia* compounded its error by failing to implement the federal policy favoring enforcement of arbitration agreements. "[A]s a matter of federal law, any doubts concerning the scope of arbitrable issues should be resolved in favor of arbitration." *Moses H. Cone*, 460 U.S. at 24-25; see *Gore v. Alltel Commc'ns, LLC*, 666 F.3d 1027, 1032 (7th Cir. 2012) ("a court may not deny a party's request to arbitrate an issue 'unless it may be said with positive assurance that the arbitration clause is not susceptible of an interpretation that covers the asserted dispute'"(citation omitted)). Instead, the court applied the state common-law *contra proferentem* doctrine, which calls for resolving ambiguities in a contract against the drafting party. But that state-law canon conflicts with, and therefore is preempted by, the FAA's mandate that ambiguities be resolved in favor of arbitration. See *Huffman v. Hilltop Cos.*, 747 F.3d 391, 396-97 (6th Cir. 2014) ("It is true that courts generally rely on the *contra proferent[e]m* doctrine to resolve ambiguities against the drafter of the agreement. But where ambiguity in agreements involving arbitration exists, such as here, the strong presumption in favor of arbitration applies instead"); *Chan v. Drexel Burnham Lambert, Inc.*, 178 Cal. App. 3d 632, 639 (1986) ("ambiguities in an arbitration clause are to be resolved in favor of arbitration, notwithstanding the California rule that a contract is construed most strongly against the drafter").

Finally, the *Imburgia* court's novel rule of contract interpretation violates Section 2 of the FAA. That provision requires States, in interpreting arbitration

agreements, to apply only those rules that "govern * * * the validity, revocability, and enforceability of contracts generally." *Perry v. Thomas*, 482 U.S. 483, 492 n.9 (1987). Accordingly, a "court may not * * * construe [an arbitration] agreement in a manner different from that in which it otherwise construes nonarbitration agreements under state law." *Ibid.*; see, *e.g., Concepcion*, 131 S. Ct. at 1746-47; *Doctor's Assocs., Inc. v. Casarotto*, 517 U.S. 681, 686-88 (1996). Given Section 2's mandate that arbitration agreements cannot be singled out for suspicion, *Imburgia*'s rule requiring that contractual references to state law be interpreted to exclude federal law would have to apply to *all* contracts, not just to arbitration provisions. Yet there is no indication that the *Imburgia* court meant to dramatically upend parties' settled expectations by holding that a contractual reference to state law strips the parties of the protections of any federal constitutional or statutory protection, not just the FAA. Instead, it is clear that the *Imburgia* court was singling out arbitration provisions for heightened scrutiny in violation of Section 2 of the FAA, thereby evincing the "judicial hostility to arbitration" that led Congress to enact the FAA in the first place. *Concepcion*, 131 S. Ct. at 1745.

The decision in *Imburgia* fails to provide a "substantial ground for difference of opinion" about the correctness of Judge Gottschall's order. Although Judge Gottschall certified her order for appeal because "the *Imburgia* court arrived at the opposite conclusion" (R. 98, Certification Order 4), the reasoning in *Imburgia* is, to put it mildly, insubstantial. There is no reason for this Court to revisit the district court's order, which is consistent with Supreme Court precedent and the Supremacy Clause.

### C.    Plaintiffs' attempt to recharacterize the order compelling arbitration as resting on questions of contract formation is meritless.

The straightforward legal principles set forth above put this matter to rest. But Plaintiffs, seeking to fight on more favorable terrain, argue that the effect of the clause referencing state law is that, "in certain states, it is as if the contract contains no arbitration provision at all." Pet. 4. Plaintiffs' agreements to arbitrate are not so easily evaded.

Emphasizing the "shall not apply" language of the arbitration agreement, Plaintiffs contend that "in a state that prohibits arbitration or class-action waivers" for claims related to a RAC or RAL, the parties "never agreed to arbitrate." Pet. 1, 4. But that argument, properly understood, is not about whether an agreement to arbitrate was formed but about whether the claims Plaintiffs assert fall within the scope of the arbitration provision. Issues of contract formation go to "whether any agreement between the alleged obligor and obligee was ever concluded." *Buckeye Check Cashing, Inc. v. Cardegna*, 546 U.S. 440, 444 n.1 (2006). Such questions include "whether the alleged obligor ever signed the contract, whether the signor lacked authority to commit the alleged principal, and whether the signor lacked the mental capacity to assent." *Ibid.* (citations omitted); see, *e.g.*, *Sphere Drake Ins. Ltd. v. All Am. Ins. Co.*, 256 F.3d 587, 590-91 (7th Cir. 2001) (formation questions include questions of forgery and lack of agency). None of those questions are presented here. Plaintiffs do not dispute that they each obtained a RAC or RAL; that they were presented with and signed a RAC or RAL application; and that the application contained (and they expressly acknowledged) an arbitration provision,

which specifically stated that the FAA governed the agreement. SA 1-3, 5-43 [R. 23-1 ¶¶ 3-22 & Exs. A-J]. In other words, Plaintiffs do not seriously dispute "the fact that the parties actually reached an agreement." *Sphere Drake*, 256 F.3d at 590.

Plaintiffs cite to no authority, and we are aware of none, holding that the effect of an agreed-upon exclusion from arbitration is a question of contract formation, rather than a question about the scope or enforceability of the agreement. As Judge Gottschall observed (R. 91, Order 7), it is "disingenuous" of Plaintiffs to argue that there is a meaningful difference between the "shall not apply" language here and the provision in *Murphy* stating that the arbitration provision "is unenforceable" if "the law of your state would find" the class waiver unenforceable. 724 F.3d at 1219. "In both this case and in *Murphy*, the plaintiffs agreed to arbitrate their disputes unless state law prohibited class-action waivers." R. 91, Order 7.

This Court's decision in *Druco Restaurants, Inc. v. Steak n Shake Enterprises,* 765 F.3d 776 (7th Cir. 2014), lends Plaintiffs no support. See Pet. 2, 17. *Druco* involved whether Steak n Shake could compel arbitration when its franchise agreements did not "contain the terms of its later-adopted arbitration policy"—a policy that the company issued unilaterally long after the parties had entered into the franchise agreements. 765 F.3d at 782. Critically, the dispute-resolution provisions of the franchise agreements did nothing more than afford the company "the right to institute at any time a system of nonbinding arbitration or mediation" (*id.* at 779)—that is, they gave Steak n Shake the option to implement an undefined arbitration procedure at a later, undefined date. This Court held that the parties

had not agreed to arbitration for two reasons. First, the reference to arbitration in the agreement was too "illusory" to be enforced, because "performance was 'entirely optional' with Steak n Shake." *Id.* at 782. Second, the company's purported right to institute an unspecified, nonbinding arbitration program was too "vague and indefinite" to be enforced because the contract failed to "se[t] forth any of the key terms and conditions for the arbitration system." *Id.* at 783-84. *Druco*'s unremarkable holding that "the FAA's policy in favor of arbitration" does not apply "when deciding whether there is an agreement" at all (*id.* at 781) is irrelevant here, where there is no dispute that each Plaintiff was presented with all of the terms of the arbitration agreement at the time that he or she signed it.

Plaintiffs make the related contention that "the FAA does not apply" to their agreements. Pet. 4, 13-18. That argument runs headlong into the express language of their contracts, which specify that the "transaction is made pursuant to a transaction involving interstate commerce, and shall be governed by the Federal Arbitration Act." SA 7-8 [R. 23-1 Ex. A, § 11]. And even if the contracts did not expressly refer to the FAA, by operation of the Supremacy Clause, the contractual reference to state law "*already* incorporates § 2 of the FAA." *Murphy*, 724 F.3d at 1228.

Plaintiffs resist these points by asserting that a "savvy reader" (Pet. 4) would stop reading after reaching the contract's reference to state-law limitations on arbitration agreements and waivers of class procedure, and that this Court should not read further either and should instead pretend that the rest of the arbitration provision does not exist. But the "savvy reader" Plaintiffs hypothesize—one

14

"knowledgeable of her state's laws" (*ibid.*)—would have known that a contract's "incorporation of state law does not signify the inapplicability of federal law" because federal law is as much "a part of the law of every State as its own local laws and Constitution" (*de la Cuesta*, 458 U.S. at 157); that state law is preempted by inconsistent federal law; that she expressly agreed in the very same provision that the arbitration agreement was governed by the FAA; and that any future Supreme Court pronouncement regarding the scope of the FAA's preemption of conflicting state law "must be given full retroactive effect." *Harper*, 509 U.S. at 97.

### D. Neither the district court's decision nor *Murphy* undermines parties' ability to contract around the FAA.

Plaintiffs contend (Pet. 10) that the decisions here and in *Murphy* are inconsistent with the principle that parties may contractually select state arbitration law rather than the FAA and also ignore that in some instances the FAA's interstate-commerce requirement may not be met so that state law alone applies. See also *Imburgia*, 170 Cal. Rptr. 3d at 197 (*Murphy* held that "parties are powerless to opt out of the FAA by contract"). Plaintiffs' argument is incorrect. These decisions do not hold "that the FAA nullifies all state laws addressing arbitration," with the result that parties "may not make arbitration contingent upon such laws." Pet. 10. They hold simply that the parties in these particular cases did not contract to eliminate the FAA's requirements.

As the Supreme Court has explained, the "overarching purpose of the FAA" is "to ensure the enforcement of arbitration agreements *according to their terms* so as to facilitate streamlined proceedings." *Concepcion*, 131 S. Ct. at 1748 (emphasis

15

added). In theory, parties could agree to all sorts of court-like procedures: they "*could* agree to arbitrate pursuant to the Federal Rules of Civil Procedure, or pursuant to a discovery process rivaling that in litigation. Arbitration is a matter of contract, and the FAA requires courts to honor parties' expectations." *Id.* at 1752. Yet "what the parties in the aforementioned examples would have agreed to is not arbitration as envisioned by the FAA" and "therefore may not be required by state law." *Id.* at 1753. Similarly, though the parties themselves may agree to classwide arbitration, a state may not "[r]equir[e] the availability of classwide arbitration" because that "interferes with fundamental attributes of arbitration and thus creates a scheme inconsistent with the FAA." *Id.* at 1748.

In short, parties are free to contract for a variety of arbitral procedures, including ones that are incompatible with "arbitration as envisioned by the FAA." *Concepcion*, 131 S. Ct. at 1753. But when parties do agree to individual arbitration, the FAA precludes a state from conditioning the enforceability of their arbitration agreements on the availability of class procedures. It is therefore incorrect to say— as Plaintiffs say (Pet. 10)—that *Murphy* (and by extension the decision below) stands for the proposition that the FAA nullifies state law altogether and in all circumstances. *Murphy* stands for the much more limited and well-established principle that state law "'is nullified *to the extent that it actually conflicts with federal law.*'" 724 F.3d at 1226 (emphasis added); see also *Mut. Pharm. Co. v. Bartlett*, 133 S. Ct. 2466, 2473 (2013) (under the Supremacy Clause "state laws that conflict with federal law are 'without effect'"). No conflict with federal law exists when parties expressly contract for arbitral procedures that otherwise are not

contemplated by the FAA, or when the FAA does not apply because the interstate commerce requirement has not been satisfied. Indeed, the Ninth Circuit acknowledged in *Murphy* "that if DirecTV had actually contracted with Plaintiffs to allow class arbitration, it would be required to do so irrespective of *Concepcion*." 724 F.3d at 1228; see R. 91, Order 9.

In this case, the parties **did not** opt out of the FAA's protections. They "did exactly the opposite" (*Murphy*, 724 F.3d at 1228), explicitly **adopting** the FAA in their agreement. It would be "nonsensical" to conclude that the contract's reference to state law amounted to a disclaimer of superior federal law, given the contract's express adoption of the FAA and given that, by operation of the Supremacy Clause, federal law is every bit as much a part of state law as the enactments of a state legislature or the opinions of a state court. *Id.* at 1226.

## II.   Even On Plaintiffs' Theory, This Petition Does Not Present A Controlling Question That Materially Advances The Litigation.

Plaintiffs assert that resolution of the question presented in their favor would materially advance this litigation because all of their claims "would proceed in a judicial forum" rather than in arbitration. Pet. 8. But the neat and tidy picture presented by Plaintiffs is misleading. Even if this Court were to accept Plaintiffs' theory, a myriad of factual and state-law issues would need to be addressed by the district court in the first instance in ruling on H&R Block's request for arbitration.

To begin with, Plaintiffs obscure numerous factual differences among themselves. All of them executed agreements with H&R Block at different times. In particular, four Plaintiffs entered into arbitration agreements in 2012, well after

*Concepcion* was decided in April 2011. See SA 2, 5-12 [R. 23-1 ¶ 5 & Exs. A-B]. Those Plaintiffs' objections to arbitration would fail even if (contrary to *Rivers*) the holding in *Concepcion* were not given retroactive effect. Another Plaintiff, Janette Johnson, entered into her most recent arbitration agreement in 2009. SA 3, 38-43 [R. 23-1 ¶¶ 19-21 & Exs. I-J]. As H&R Block explained below (R. 63 at 6 n.4), at that time, the arbitration agreement did not contain the reference to state law on which Plaintiffs now rely. See SA 40-41 [R. 23-1 Ex. I, § 12]. Thus, Johnson would be obligated to arbitrate her claims in all events.

Furthermore, the 18 Plaintiffs reside in nine states: Arkansas, California, Florida, Illinois, Maryland, Minnesota, New York, North Carolina, and Wisconsin. R. 18 ¶¶ 2-12. The parties sharply dispute whether each of these states—putting aside *Concepcion*'s preemptive effect—*ever* prohibited class action waivers in arbitration provisions. R. 52 at 10-25; R. 63 at 14-23. Resolution of those disputes would be necessary if Plaintiffs succeeded in securing this Court's review and obtaining reversal. See, *e.g., Cruz v. Cingular Wireless, LLC*, 648 F.3d 1205, 1213 n.12 (11th Cir. 2011) ("Florida law does not yield a certain result" on this issue); *Walther v. Sovereign Bank*, 872 A.2d 735, 751 (Md. 2005) ("we do not find the no-class-action provision to be so one-sided or oppressive to petitioners as to render the arbitration agreement at issue unconscionable"); *Gutierrez v. Wells Fargo Bank, NA*, 704 F.3d 712, 721 (9th Cir. 2012) (collecting cases interpreting California law for the proposition that, even before *Concepcion*, "litigants did succeed in compelling arbitration despite the existence of the *Discover Bank* rule").

18

There is no reason for this Court to accept this appeal now and potentially spawn a second round of litigation over arbitrability. A far simpler approach, in keeping with the FAA's preference in favor of "rapid and unobstructed enforcement of arbitration agreements" and moving the parties "out of court and into arbitration as quickly and easily as possible" (*Moses H. Cone*, 460 U.S. at 22-23), is to allow the individual arbitrations to proceed without delay. At the conclusion of those proceedings, Plaintiffs can determine for themselves whether the resolution of each of their arbitrations was satisfactory—and if not, any Plaintiff can return to court to challenge the order compelling arbitration as well as the arbitrator's decision.

Of course, Plaintiffs who prefer to be in court never want to "pursu[e] arbitration before * * * the propriety of arbitration is [ultimately] resolved." *Napleton v. General Motors Corp.*, 138 F.3d 1209, 1214 (7th Cir. 1998), *abrogated on other grounds by Green Tree Fin. Corp.-Ala. v. Randolph*, 531 U.S. 79 (2000). But this Court has recognized that "this consequence is not inconsistent with the [FAA]"; rather, it was "anticipated" by Congress "when it determined [in Section 16(b) of the FAA] that interlocutory decisions favoring arbitration were not immediately appealable." *Ibid*. The fact that individual arbitrations will now take place and will quickly be resolved is well within Congress' intent that a party opposing arbitration "bear the initial consequence" of an order compelling arbitration with which it disagrees. *Ibid*. The benefits of arbitration should not be derailed by an expansive approach to Section 1292(b) appeals, least of all appeals based on flimsy arguments that federal law is somehow not supreme. As this Court

19

put it, "the most economical approach is not to allow an intermission for appellate review, but rather for the parties to proceed expeditiously to arbitration." *Ibid.*[2]

## CONCLUSION

The petition for leave to appeal should be dismissed or, alternatively, denied.

Dated:  November 5, 2014          Respectfully Submitted,

H&R BLOCK SERVICES, INC., H&R BLOCK TAX GROUP, INC., H&R BLOCK ENTERPRISES, INC., and H&R BLOCK EASTERN ENTERPRISES, INC.

By: s/ Scott T. Schutte
        One of their attorneys

Scott T. Schutte
Gregory T. Fouts
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, 5th Floor
Chicago, Illinois 60601
Telephone: (312) 324-1000
Fax: (312) 324-1001
sschutte@morganlewis.com
gfouts@morganlewis.com

*Attorneys for Respondents*

---

[2] Plaintiffs argued below (but not to this Court) that the pendency of the appeal in *In re Liberty Refund Anticipation Loan Litigation*, No. 14-2863 (7th Cir. filed Aug. 22, 2014) supports interlocutory appeal here. R. 94 at 4. It makes sense that plaintiffs abandoned that argument, because the cases stand in completely different postures. Liberty is not an interlocutory appeal. Rather, the Liberty defendants are appealing as of right under Section 16(a) of the FAA the district court's denial of their motion to compel arbitration against some of the plaintiffs in that litigation, principally challenging the district court's holding that the Liberty defendants were non-signatory third parties who lacked the power to invoke the arbitration agreement at issue. Dkt. No. 119, at 8-16, *In re Liberty Refund Anticipation Loan Litig.*, No. 1:12-cv-2949 (N.D. Ill. July 23, 2014).  It is, therefore, highly improbable that this Court will reach the issue presented by this case. See id. at 16-17.

## CERTIFICATE OF SERVICE

I certify that on this 5th day of November, 2014, I caused to be served the foregoing Answer in Opposition to Plaintiffs' Petition for Leave to Appeal via the Court's ECF system upon counsel for Plaintiffs-Petitioners.

/s/ Scott T. Schutte
Scott T. Schutte

# Supplemental Appendix

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: H&R BLOCK REFUND ANTICIPATION LOAN LITIGATION | )<br>)  **MDL No: 2373**<br>)  **No: 1:12-cv-02973-JBG** |
| **This Document Relates to:** | )<br>)  **Judge Joan B. Gottschall** |
| **All Cases** | ) |

### DECLARATION OF BOBBIE L. CREW

1.    I am currently a paralegal employed by HRB Management, LLC, an entity that provides management services to HRB Tax Group, Inc. and its affiliates.  I either have personal knowledge as to the facts and matters set forth in this declaration or I have determined that such facts and matters are true and correct on the basis of information obtained from various sources, including my own personal experience, corporate records, documents maintained by HRB Tax Group, Inc. in the regular course of its business, other information brought to my attention in the course of my employment, or on the basis of corporate documents within my possession and/or control.

2.    I make this sworn statement in support of the motion of HRB Tax Group, Inc. (f/k/a H&R Block Services, Inc.), H&R Block Services, Inc. (n/k/a HRB Tax Group, Inc.), H&R Block Eastern Enterprises, Inc., and H&R Block Enterprises, Inc. (n/k/a H&R Block Enterprises, LLC) to stay the case and compel arbitration against all plaintiffs in the above-entitled action.

3.    Between 2006 and 2012, all of the eighteen named plaintiffs in the various lawsuits consolidated in *In Re: H&R Block Refund Anticipation Loan Litigation* obtained a refund anticipation check ("RAC") or a refund anticipation loan ("RAL") at an "H&R Block" office.

**EXHIBIT**

_1_

PENGAD 800-631-6989

4.    Plaintiffs A. Johnson, Morton, Gaskins, and Mays most recently obtained a RAC from H&R Block Bank ("HRBB") in 2012.

5.    As part of their application to obtain an HRBB RAC in 2012, Plaintiffs A. Johnson, Morton, Gaskins, and Mays completed and signed a 2012 HRBB RAC Application in the form attached hereto as <u>Exhibit A</u>.

6.    True and accurate copies of the signature pages for the 2012 HRBB RAC Applications signed by Plaintiffs A. Johnson, Morton, Gaskins, and Mays are attached hereto as <u>Exhibit B</u>.

7.    Plaintiffs Molina-Servin, Iglesias, Ballard, Orta, Gaddy, Murchio, Gasque, H. Hernandez, R. Hernandez, and Hill most recently obtained an HRBB RAC in 2011.

8.    As part of their application to obtain an HRBB RAC in 2011, Plaintiffs Molina-Servin, Iglesias, Ballard, Orta, Gaddy, Murchio, Gasque, H. Hernandez, R. Hernandez, and Hill completed and signed a 2011 HRBB RAC Application in the form attached hereto as <u>Exhibit C</u>.

9.    True and accurate copies of the signature pages for the 2011 HRBB RAC Applications signed by Plaintiffs Molina-Servin, Iglesias, Ballard, Orta, Gaddy, Murchio, Gasque, H. Hernandez, R. Hernandez, and Hill are attached hereto as <u>Exhibit D</u>.

10.    Plaintiff Robinson also most recently obtained an HRBB RAC in 2011.

11.    Consistent with the custom and practice of H&R Block and HRBB, as part of her application to obtain an HRBB RAC in 2011, Plaintiff Robinson would have completed and signed, and did complete and sign, a 2011 HRBB RAC Application in the form attached hereto as <u>Exhibit C</u>.

2

SA 2

12.    Consistent with the custom and practice of H&R Block and HRBB, Plaintiff Robinson's request for a 2011 HRBB RAC would not have been processed without a 2011 HRBB RAC Application completed and signed by Plaintiff Robinson.

13.    Plaintiff Wimbley most recently obtained a RAC from HSBC Bank USA, N.A. in 2010.

14.    As part of his application to obtain an HSBC RAC in 2010, Plaintiff Wimbley completed and signed a 2010 HSBC RAC Application in the form attached hereto as Exhibit E.

15.    A true and accurate copy of the signature page for the 2010 HSBC RAC Application signed by Plaintiff Wimbley is attached hereto as Exhibit F.

16.    Plaintiff Wright most recently obtained a RAL from HSBC Trust Company (Delaware) ("HSBCT"), N.A. in 2010.

17.    As part of her application to obtain an HSBCT RAL in 2010, Plaintiff Wright completed and signed a 2010 HSBCT RAL Application in the form attached hereto as Exhibit G.

18.    A true and accurate copy of the signature page for the 2010 HSBCT RAL Application signed by Plaintiff Wright is attached hereto as Exhibit H.

19.    Plaintiff J. Johnson most recently obtained a RAL from HSBCT in 2009.

20.    As part of her application to obtain an HSBCT RAL in 2009, Plaintiff J. Johnson completed and signed a 2009 HSBCT RAL Application in the form attached hereto as Exhibit I.

21.    A true and accurate copy of the signature page for the 2009 HSBCT RAL Application signed by Plaintiff J. Johnson is attached hereto as Exhibit J.

22.    The 2012 HRBB RAC Application, the 2011 HRBB RAC Application, the 2010 HSBC RAC Application, the 2010 HSBCT RAL Application, and the 2009 HSBCT RAL Application all contain arbitration clauses as set forth in the documents.

3

23.     Defendant H&R Block Services, Inc. is now known as HRB Tax Group, Inc. Defendant H&R Block Eastern Enterprises, Inc. is a direct subsidiary of HRB Tax Group, Inc. Defendant H&R Block Enterprises, Inc. (n/k/a H&R Block Enterprises, LLC) is a direct subsidiary of H&R Block Tax Services, LLC, which is a direct subsidiary of HRB Tax Group, Inc.

24.     The corporate hierarchy pertinent to this case is therefore depicted as follows, with defendant entities shaded in grey:

HRB Tax Group, Inc. (f/k/a H&R Block Services, Inc.)

)
)

H&R Block Eastern Enterprises, Inc.        H&R Block Tax Services, LLC

)
)

H&R Block Enterprises, Inc.

25.     Therefore, Defendants H&R Block Services, Inc., H&R Block Eastern Enterprises, Inc., and H&R Block Enterprises, Inc. are subsidiaries and affiliates of HRB Tax Group, Inc.

I declare under the penalty of perjury of the laws of the United States and the State of Missouri that the above statements are true and correct this _10_ day of _July_ 2012.

_[signature]_
Bobbie L. Crew

4


**H&R BLOCK®**
bank

<u>APPLICATION FOR REFUND ANTICIPATION CHECK(S) AND REFUND DEPOSIT ACCOUNT</u>

I am applying for a refund anticipation check based on my federal tax refund ("Federal RAC") and/or a refund anticipation check based on my state tax refund ("State RAC") (the Federal RAC and State RAC shall jointly and severally be referred to herein as a "RAC") from H&R Block Bank, a federal savings bank ("HRBB"). I am also applying for a Refund Deposit Account ("Refund Account"). In this application (this "Application"), "H&R Block" means HRB Tax Group, Inc., and each of its parents, subsidiaries, affiliates, agents and franchisees.

1. <u>IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT</u>. TO HELP THE GOVERNMENT FIGHT THE FUNDING OF TERRORISM AND MONEY LAUNDERING ACTIVITIES, FEDERAL LAW REQUIRES ALL FINANCIAL INSTITUTIONS TO OBTAIN, VERIFY, AND RECORD INFORMATION THAT IDENTIFIES EACH PERSON WHO OPENS AN ACCOUNT. WHAT THIS MEANS FOR ME: WHEN I OPEN AN ACCOUNT, YOU WILL ASK FOR MY NAME, ADDRESS, DATE OF BIRTH, AND OTHER INFORMATION THAT WILL ALLOW YOU TO IDENTIFY ME. I MAY ALSO BE ASKED TO PRODUCE MY DRIVER'S LICENSE OR OTHER IDENTIFYING DOCUMENTS.

___

By signing below, I am indicating that I have read, understand, and agree to the terms of this Application above and on the following pages, including but not limited to: (a) Section 2 in which I agree that HRBB may use amounts received from my tax refund to pay certain debts owed to HRBB or H&R Block; and (b) Section 11 in which I agree, upon my or HRBB's election, to arbitrate any Claims that I may have. I also acknowledge that I have 30 days from today's date to reject the Arbitration Provision by following the procedure described in Section 11. I ALSO UNDERSTAND THAT, BY SUBMITTING AN APPLICATION, I MAY BE SUBMITTING TO A COLLECTION PROCESS THAT MAY RESULT IN ME REPAYING DEBT, EVEN IF THE ENTITY TO WHOM I OWE SUCH DEBT IS PREVENTED BY LAW FROM BRINGING A LAWSUIT AGAINST ME TO COLLECT THE DEBT. I ACKNOWLEDGE THAT I CAN RECEIVE MY TAX REFUND IN APPROXIMATELY THE SAME AMOUNT OF TIME WITH A DIRECT DEPOSIT BY THE TAXING AUTHORITY OF MY REFUND INTO MY OWN SEPARATE BANK ACCOUNT WITHOUT PAYING ANY REFUND ACCOUNT FEE. IF I HAVE ANY QUESTIONS CONCERNING ANY DEBT I OWE TO HRBB OR H&R BLOCK, INCLUDING WHETHER I OWE ANY SUCH DEBT AND, IF SO, THE SPECIFIC AMOUNT OF SUCH DEBT, I SHOULD CONTACT HRBB AT 1-877-934-1328 PRIOR TO APPLYING FOR A RAC OR AT ANY TIME THEREAFTER. A TELEPHONE WILL BE MADE AVAILABLE FOR MY USE IF I WISH TO DO SO.

### (NAME AND DATE OF BIRTH ON FILE)

| Taxpayer's Full Name | Date of Birth (MM/YY) |

### (SIGNATURE AND DATE ON FILE)

| Taxpayer's Signature | Date |

### (NAME AND DATE OF BIRTH ON FILE)

| Spouse's Full Name (Required if MFJ) | Date of Birth (MM/YY) |

### (SIGNATURE AND DATE ON FILE)

| Spouse's Signature (Required if MFJ) | Date |

Want to check the status of your refund? Call **1-866-761-1040** 24 hours a day. If the IRS has released your refund and you have not received your money, call 1-800-HRBLOCK (**1-800-472-5625**).

EXHIBIT

A

PENGAD 800-631-6989

**CLIENT COPY PAGE 3**

SA 5

2. <u>Payment of Other Debt</u>. IF ANY STATE LAW DOES NOT PERMIT THE REPAYMENT OF ANY OF THE DEBTS LISTED BELOW IN THE MANNER SET FORTH, THE PROVISIONS OF THIS SECTION RELATING TO THOSE DEBTS SHALL NOT APPLY IN THOSE STATES.

*PLEASE NOTE: If I have delinquent debt, I understand that H&R Block Bank may be acting as a debt collector to collect a debt and that any information obtained will be used for that purpose.*

With respect to any delinquent debt I owe to HRBB from prior years, and provided that such debt has not been discharged in bankruptcy, I authorize and direct the repayment of such debt, calculated as of the date of this Application, by means of having such debt deducted from the proceeds of the RAC, or having the request for a RAC denied or the RAC reduced and having such debt repaid to HRBB by offset or otherwise from my tax refund directly transmitted into the Refund Account with HRBB.

With respect to any Refund Anticipation Loan (RAL) or related fee debt that I owe to H&R Block, I understand that (1) I may have delinquent debt from a refund anticipation loan (RAL) I obtained in a prior year from HSBC Bank USA, N.A. or HSBC Trust Company (Delaware), N.A., (2) HRB Products LLC ("HRB Products") has purchased my delinquent RAL debt from HSBC Taxpayer Financial Services Inc., and (3) H&R Block Bank ("HRBB") is acting as a debt collector to collect my delinquent RAL debt on behalf of HRB Products.

With respect to the delinquent RAL debt I may owe to HRB Products, and provided that such debt has not been discharged in bankruptcy, I authorize and direct HRBB to repay my debt to HRB Products by deducting the amount of my debt from my Refund Account established in connection with my Refund Anticipation Check ("RAC") and paying such amount to HRB Products.

With respect to any delinquent tax preparation or related fees or Emerald Advance or Emerald Card debt I owe to HRBB or H&R Block from prior years, and provided that such debt has not been discharged in bankruptcy, I authorize and direct the repayment of such debt, calculated as of the date of this Application, by means of having such debt deducted from the proceeds of the RAC, or having the request for a RAC denied or the RAC reduced and having such debt repaid to those entities by offset or otherwise from my tax refund directly transmitted into the Refund Account with HRBB.

Before forwarding payment for a debt I owe, HRBB will provide me with written notice of the amount of the debt and the right to notify HRBB that I dispute the debt, or any part of it, for 30 days after I receive the notice. If I dispute the debt, HRBB will not forward payment during this 30-day period, unless and until HRBB obtains verification of the debt and mails a copy to me.

If I owe delinquent debt to more than one of the entities listed above, I authorize and direct HRBB to pay such debts as described above in the following order: First, to HRBB, Second, to H&R Block.

*Please Note:* If I have any questions concerning any debt I owe to HRBB, HRB Products, or H&R Block, including whether I owe any such debt and, if so, the specific amount of such debt, I should contact HRBB at 1-877-934-1328 prior to applying for a RAC or at any time thereafter. A telephone number will be made available for my use if I wish to do so.

3. <u>Applicable Law.</u> This Application and all the other documents executed in connection with this Application or my RAC (collectively, "Documents") shall be governed by and construed, interpreted, and enforced in accordance with federal law and, to the extent state law applies, the law of the State of Missouri (without reference to conflict of laws principles).

4. <u>Important Information About RACs.</u> I understand that: (a) a RAC is not a loan, but instead is a bank deposit product that enables me to direct payment of certain fees and debt from my federal and state tax refunds; (b) a Federal RAC delivers an amount equal to my federal tax refund, less tax preparation fees owed to H&R Block, any debt owed to HRBB, HRB Products, or H&R Block, and other authorized fees. If I selected a State RAC some of these fees may be deducted from my State RAC instead; (c) The IRS normally makes an electronic deposit in an average of about 12 days after an electronic filing. I can receive my federal tax refund in approximately the same amount of time with a direct deposit by the IRS of my refund into my own separate bank account for no additional fee; (d) There is no fee for a Federal RAC loaded to an Emerald Card when your tax return is completed before midnight on February 4, 2012. The fee for all other Federal RACs is $34.95. (e) a State RAC delivers an amount equal to my state tax refund, less a fee of $13 paid to HRBB and, if not otherwise deducted from my Federal RAC, fees owed to H&R Block, HRBB, HRB Products, and other authorized fees. I can receive my state tax refund in approximately the same amount of time with a direct deposit by the state taxing authority into my own separate bank account without paying the $13 fee; (f) I can file my tax returns electronically without obtaining a RAC; (g) the IRS and state taxing authority will send me a refund check or electronically deposit my refund to my existing bank account; (h) the IRS normally makes an electronic deposit in an average of about 12 days after an electronic filing; (i) The IRS plans to process some tax returns this year using an expedited process, and this expedited process can shorten the time the IRS needs to process tax returns. HRBB does not know in advance which returns will be selected by the IRS for this treatment; (j) I will not receive the proceeds of a RAC until HRBB receives my tax refund issued by the taxing authority; and (k) HRBB cannot guarantee when any proceeds of a RAC or a tax refund will be available to me.

5. <u>Deposit Authorization.</u> (a) After I sign my Application, H&R Block will electronically transmit my tax return to the taxing authority and my Application to HRBB. I understand that I will sign a deposit authorization to the taxing authority (the "Deposit Authorization") as part of my Application and electronic tax filing, and that the Deposit Authorization and this Application provide an irrevocable agreement to have my tax refund disbursed to HRBB, and irrevocably transfers to HRBB all of my rights, title, and interest in the proceeds of my tax refund for purposes of the RAC I have requested and other purposes authorized by this Application. (b) If my Application is denied, HRBB will return any tax refund received to the taxing authority. (c) If HRBB does not receive my federal or state tax refund and a Refund Account is not opened, I still owe and agree to pay any fees owed to H&R Block. (d) If HRBB receives my federal or state tax refund, HRBB will look only to amounts received into the Refund Account for payment of the Refund Account fees.

6. <u>Refund Account.</u> (a) I request that a Refund Account be opened at HRBB upon HRBB's receipt of my tax refund for the purposes of ensuring the disbursement of my RAC and other amounts described in the Documents. The Annual Percentage Yield and interest rate on the Refund Account will be 0%. This means I

will not receive any interest on funds in the Refund Account. I understand that I cannot make withdrawals from or deposits to the Refund Account and that the funds in the Refund Account will be disbursed only as expressly provided in the Documents, except that the applicants agree that HRBB may later change the disbursement method at the request of one of the applicants. (b) HRBB may deduct from my tax refund, any funds received in the Refund Account, and any proceeds of a RAC any amounts I owe HRBB or H&R Block for tax preparation or related services or any amount I owe HRBB for an Emerald Advance or related to an Emerald Card. I understand and agree that I must pay for the tax preparation and any related services H&R Block provides when H&R Block's services are complete. H&R Block's services are complete when H&R Block notifies me that the proceeds of my RAC are available, but in any event no more than 20 days after H&R Block e-files my tax return. HRBB also may withdraw amounts deposited into the Refund Account from my tax refund to pay any check I receive for a RAC that I endorse and present for payment or to disburse money to me in accordance with my Application. (c) I will not receive a periodic statement for the Refund Account, but I will receive notice if funds in the Refund Account are not sufficient to disburse my RAC or are used for any purpose other than disbursement of my RAC. HRBB may, immediately after disbursement of all funds in the Refund Account, close the account without further notice to or authorization from me.

7. <u>Refund Account Fees</u>. The fee to establish and administer the refund account for my RAC (a "Refund Account Fee") is $34.95. However, if I apply for a Federal RAC and complete my federal income tax return in an H&R Block tax office before midnight on February 4, 2012, the Refund Account Fee is $0.00 if my RAC is loaded to an Emerald Card. If I apply for a State RAC, I will pay HRBB a Refund Account Fee of $13. The Refund Account Fee is not imposed directly or indirectly as an incident to or condition of any extension of credit.

8. <u>No Fiduciary Duty</u>. I understand that for various fees received, H&R Block is acting only as my tax preparer (if applicable), my electronic filer, and the deliverer of checks or an H&R Block Emerald Prepaid MasterCard® ("Emerald Card") with respect to this RAC transaction. I further understand that H&R Block and HRBB are not acting in a fiduciary or confidential capacity with respect to me in connection with this transaction and that H&R Block has no other duties to me beyond the preparation of my tax return (if applicable), the transmission of my tax return information to HRBB, the electronic filing of my tax return with the taxing authority, notifying me of the availability of the proceeds of my RAC, and the delivery of checks or an Emerald Card for my RAC (if applicable). I further understand that H&R Block has been appointed as the agent of HRBB in connection with this Application and the RAC. I further understand that H&R Block will receive payments from HRBB in connection with a RAC. I acknowledge that I have independently evaluated and decided to apply for a RAC, and that I am not relying on any recommendation from H&R Block.

9. <u>Disclosure Information</u>. (a) "Information" means my 2011 federal and state income tax returns, any information obtained in connection with my tax return (including information relating to a possible offset of my tax refund or the possibility that my tax return is incorrect), and any information relating to my Application or any other Document, RAC, or similar financial service I have received or requested from HRBB. (b) "Authorized Parties" means HRBB and H&R Block; (c) The Authorized Parties may share Information to process my Application, to determine whether to

provide a RAC, to provide RACs to me, to collect HRBB debts or H&R Block fees, to prevent fraud, and to otherwise administer or promote the program for RACs. (d) The Authorized Parties may disclose Information to the IRS, state taxing authorities and other financial institutions that provide RACs or other financial services. (e) The Authorized Parties may call, or input my Information on any website of, the IRS or state taxing authorities in connection with my Application to, among other things, determine the status of my tax return or tax refund. The IRS and state taxing authorities may disclose information about me, my tax returns and my tax refunds to the Authorized Parties.

10. <u>Check Fee</u>. If I choose to receive my RAC proceeds by check, I will pay one check processing fee of $20 to HRBB.

11. <u>Arbitration Provision</u>. IF YOU APPLY FOR A RAC IN A STATE THAT PROHIBITS ARBITRATION OR CLASS ACTION WAIVERS FOR CLAIMS RELATED TO A RAC OR THE TRANSACTION TO APPLY FOR OR OBTAIN A RAC, THIS SECTION ELEVEN (11) SHALL NOT APPLY TO THOSE CLAIMS. Any claim, dispute or controversy between me and HRBB (as specifically defined below for purposes of this Arbitration Provision), whether in contract or tort (intentional or otherwise), whether pre-existing, present or future, and including constitutional, statutory, common law, regulatory, and equitable claims arising out of or in any way relating to (a) any of the Documents or any other documents or product that I have previously requested or received from HRBB, (b) advertisements, promotions, or oral or written statements related to this or any other Application for a RAC or any RAC that I have previously requested or received from HRBB, (c) the relationship of HRBB and me relating to any of the Documents or any other documents or RAC that I have previously requested or received from HRBB; and (d) except as provided below, the validity, enforceability or scope of this Arbitration Provision or any part thereof, including, but not limited to, the issue of whether any particular claim, dispute or controversy must be submitted to arbitration (collectively the "Claim"), shall be resolved, upon the election of either me or HRBB, by binding arbitration pursuant to this Arbitration Provision and the applicable rules of the American Arbitration Association ("AAA") (the "Administrator") in effect at the time the Claim is filed. In the event of a conflict between this Arbitration Provision and the rules of the Administrator, this Arbitration Provision shall govern. In the event of a conflict between this Arbitration Provision and the balance of this Application or any other Documents, this Arbitration Provision shall govern.

HRBB hereby agrees not to invoke its right to arbitrate an individual Claim I may bring in small claims court or an equivalent court, if any, so long as the Claim is pending only in that court. No class actions or private attorney general actions in court or in arbitration or joinder or consolidation of claims in court or in arbitration with other persons are permitted without the consent of HRBB and me. The validity and effect of the preceding sentence (hereinafter referred to as the "class action waiver provision") shall be determined exclusively by a court and not by the Administrator or any arbitrator. Neither the Administrator nor any arbitrator shall have the power or authority to waive, modify or fail to enforce the Class Action Waiver Provision, and any attempt to do so, whether by rule, policy, arbitration decision or otherwise, shall be invalid and unenforceable.

Any arbitration hearing that I attend will take place in a location that is reasonably convenient for me. If I object to the fees charged by the Administrator or arbitrator, HRBB will consider in good faith any reasonable written request for HRBB to bear up to all

**H&R BLOCK®**
bank

the fees charged by the Administrator and/or arbitrator. Also, HRBB will pay any fees or expenses HRBB is required to pay by law or required to pay so that a court will enforce this Arbitration Provision. Each party must pay for that party's own attorneys, experts, and witnesses, provided that HRBB will pay all such reasonable fees and costs I incur if I am the prevailing party and/or where required by applicable law and/or the Administrator's rules.

This Arbitration Provision is made pursuant to a transaction involving interstate commerce, and shall be governed by the Federal Arbitration Act, 9 U.S.C. Sections 1-16 (the "FAA"). The arbitrator shall follow and apply applicable substantive law to the extent consistent with the FAA, statutes of limitation and claims of privilege and shall be authorized to award all remedies permitted by applicable substantive law, including, without limitation, compensatory, statutory and punitive damages (which will be governed by the Constitutional standards applicable in judicial proceedings), declaratory, injunctive and other equitable relief and attorneys' fees and costs. Upon request of either party, the arbitrator shall prepare a short reasoned written opinion supporting the arbitration award. Judgment upon the award may be entered in any court having jurisdiction. The arbitrator's award will be final and binding except for: (a) any appeal right under the FAA; and (b) any appeal of Claims involving more than $100,000. For such Claims, any party may appeal the award to a three-arbitrator panel appointed by the Administrator, which will reconsider de novo (i.e., in its entirety) any aspect or all aspects of the initial award that is appealed. The panel's decision will be final and binding, except for any appeal right under the FAA. Unless applicable law provides otherwise, the appealing party will pay the appeal's costs (i.e., the amounts owed to the Administrator and the arbitrators), regardless of its outcome. However, HRBB will consider in good faith any reasonable request for HRBB to bear up to the full costs of the appeal. Nothing in this Arbitration Provision shall be construed to prevent HRBB's use of offset or other contractual rights involving payment of my income tax refund or other amount on deposit with HRBB to pay off any RAC or similar financial service, or H&R Block or other fees, now or thereafter owed by me to HRBB or H&R Block or third party pursuant to the Documents or similar prior documents, and nothing in this Arbitration Provision shall be construed to prevent me from going to court to enjoin HRBB from exercising such offset or other contractual rights.

I ACKNOWLEDGE THAT I HAVE A RIGHT TO LITIGATE CLAIMS IN COURT BEFORE A JUDGE OR JURY, BUT I PREFER TO RESOLVE ANY SUCH CLAIMS THROUGH ARBITRATION AND HEREBY KNOWINGLY AND VOLUNTARILY WAIVE MY RIGHTS TO LITIGATE SUCH CLAIMS IN COURT BEFORE A JUDGE OR JURY, UPON ELECTION OF ARBITRATION BY HRBB OR BY ME. I ACKNOWLEDGE THAT I WILL NOT HAVE THE RIGHT TO PARTICIPATE AS A REPRESENTATIVE OR MEMBER OF ANY CLASS OF CLAIMANTS IN COURT OR IN ARBITRATION OR AS PART OF A PRIVATE ATTORNEY GENERAL ACTION IN COURT OR IN ARBITRATION PERTAINING TO ANY CLAIM SUBJECT TO ARBITRATION. This Arbitration Provision shall supersede all prior arbitration provisions or related agreement and shall survive disbursement of any RAC and termination of my refund account; provided, however, that if I reject this Arbitration Provision as set forth below, any prior Arbitration Provisions shall remain in full force and effect. If any portion of this Arbitration Provision is deemed invalid or unenforceable, it will not invalidate the remaining portions of this Arbitration Provision. However, if a determination is made that the Class Action Waiver Provision is unenforceable, this Arbitration Provision (other than this sentence) and any prior Arbitration Provision shall be null and void, subject to HRBB's right to appeal the court order invalidating the Class Action Waiver Provision. The validity and effect of the preceding sentence shall be determined exclusively by a court and not by the Administrator or any arbitrator. To reject this Arbitration Provision, I must send to H&R Block Bank, P.O. Box 10364, Kansas City, MO 64105, a signed writing ("Rejection Notice") that is received within thirty (30) days after the date I sign this Application. The Rejection Notice must identify the transaction involved and must include my name, address, and social security number and must be signed by all persons signing this Application as Applicant(s). I may send the Rejection Notice in any manner I see fit as long as it is received at the specified address within the specified time. No other methods can be used to reject the Arbitration Agreement. If the Rejection Notice is sent on my behalf by a third party, such third party must include evidence of his or her legal authority to submit the Rejection Notice on my behalf.

As used in this Arbitration Provision, the term "HRBB" shall mean H&R Block Bank, a federal savings bank, and HRB Tax Group, Inc., and each of their parents, subsidiaries, affiliates, and predecessors, successors, assigns and the franchisees of any of them, and each of their officers, directors, agents, and employees.

Contacting Arbitration Administrators: If I have a question about the arbitration administrator mentioned in this Arbitration Provision or if I would like to obtain a copy of their arbitration rules, I can contact it as follows: American Arbitration Association, 1633 Broadway, Floor 10, New York, NY 10019.

12. Survival. The provisions of this Application shall survive the disbursement of my RAC.

13. Miscellaneous. (a) References to "I" or "me" or "my" in the Documents shall refer individually to each applicant for a RAC and to both applicants for a RAC, and the obligations of such individuals under the Documents will be joint and several. The filing of an injured spouse form shall not relieve either applicant of any such obligations under the Documents. (b) If any provision of the Documents or part thereof is deemed invalid, such invalidity will not affect any other provision of the Documents or part thereof. (c) HRBB may obtain information from third parties in connection with evaluating my Application. (d) HRBB may transfer, sell, participate, or assign all or a portion of any rights, duties, or obligations relating to a RAC, to H&R Block or any third party without notice to me or my consent. (e) Supervisory personnel of HRBB or its agents may listen to and record my telephone calls. (f) I agree that you may send any notices and billing statements to the address of the primary applicant and not to the address of the joint applicant if such address is different. (g) I acknowledge that HRBB may reimburse H&R Block for certain of its out-of-pocket expenses.

14. Certification. I certify that the following is true: (1) Presently, I do not have a petition (whether voluntary or involuntary) filed and I do not anticipate filing a petition under federal bankruptcy laws. (2) I have not had a debt with HRBB or H&R Block, that has been discharged in bankruptcy.

Want to check the status of your refund? Call **1-866-761-1040** 24 hours a day. If the IRS has released your refund and you have not received your money, call **1-800-HRBLOCK (1-800-472-5625)**.

ANTHONY JOHNSON

**H&R BLOCK®**
bank

APPLICATION FOR REFUND ANTICIPATION CHECK(S) AND REFUND DEPOSIT ACCOUNT

I am applying for a refund anticipation check based on my federal tax refund ("Federal RAC") and/or a refund anticipation check based on my state tax refund ("State RAC") (the Federal RAC and State RAC shall jointly and severally be referred to herein as a "RAC") from H&R Block Bank, a federal savings bank ("HRBB"). I am also applying for a Refund Deposit Account ("Refund Account"). In this application (this "Application"), "H&R Block" means HRB Tax Group, Inc., and each of its parents, subsidiaries, affiliates, agents and franchisees.

1. **IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT.** TO HELP THE GOVERNMENT FIGHT THE FUNDING OF TERRORISM AND MONEY LAUNDERING ACTIVITIES, FEDERAL LAW REQUIRES ALL FINANCIAL INSTITUTIONS TO OBTAIN, VERIFY, AND RECORD INFORMATION THAT IDENTIFIES EACH PERSON WHO OPENS AN ACCOUNT. WHAT THIS MEANS FOR ME: WHEN I OPEN AN ACCOUNT, YOU WILL ASK FOR MY NAME, ADDRESS, DATE OF BIRTH, AND OTHER INFORMATION THAT WILL ALLOW YOU TO IDENTIFY ME. I MAY ALSO BE ASKED TO PRODUCE MY DRIVER'S LICENSE OR OTHER IDENTIFYING DOCUMENTS.

By signing below, I am indicating that I have read, understand, and agree to the terms of this Application above and on the following pages, including but not limited to: (a) Section 2 in which I agree that HRBB may use amounts received from my tax refund to pay certain debts owed to HRBB or H&R Block; and (b) Section 11 in which I agree, upon my or HRBB's election, to arbitrate any Claims that I may have. I also acknowledge that I have 30 days from today's date to reject the Arbitration Provision by following the procedure described in Section 11. I ALSO UNDERSTAND THAT, BY SUBMITTING AN APPLICATION, I MAY BE SUBMITTING TO A COLLECTION PROCESS THAT MAY RESULT IN ME REPAYING DEBT, EVEN IF THE ENTITY TO WHOM I OWE SUCH DEBT IS PREVENTED BY LAW FROM BRINGING A LAWSUIT AGAINST ME TO COLLECT THE DEBT. I ACKNOWLEDGE THAT I CAN RECEIVE MY TAX REFUND IN APPROXIMATELY THE SAME AMOUNT OF TIME WITH A DIRECT DEPOSIT BY THE TAXING AUTHORITY OF MY REFUND INTO MY OWN SEPARATE BANK ACCOUNT WITHOUT PAYING ANY REFUND ACCOUNT FEE. IF I HAVE ANY QUESTIONS CONCERNING ANY DEBT I OWE TO HRBB OR H&R BLOCK, INCLUDING WHETHER I OWE ANY SUCH DEBT AND, IF SO, THE SPECIFIC AMOUNT OF SUCH DEBT, I SHOULD CONTACT HRBB AT 1-877-934-1328 PRIOR TO APPLYING FOR A RAC OR AT ANY TIME THEREAFTER. A TELEPHONE WILL BE MADE AVAILABLE FOR MY USE IF I WISH TO DO SO.

ANTHONY JOHNSON
Taxpayer's Full Name

*[signature]*
Taxpayer's Signature

Date of Birth (MM/YY)

1/25/2012
Date

Spouse's Full Name (Required if MFJ)

Date of Birth (MM/YY)

Spouse's Signature (Required if MFJ)

Date

Want to check the status of your refund? Call **1-866-761-1040** 24 hours a day. If the IRS has released your refund and you have not received your money, call 1-800-HRBLOCK (**1-800-472-5625**).

-1-

**EXHIBIT**
B

FENGAD 800-631-6989

SANDRA K MORTON

**H&R BLOCK**
bank

APPLICATION FOR REFUND ANTICIPATION CHECK(S) AND REFUND DEPOSIT ACCOUNT

I am applying for a refund anticipation check based on my federal tax refund ("Federal RAC") and/or a refund anticipation check based on my state tax refund ("State RAC") (the Federal RAC and State RAC shall jointly and severally be referred to herein as a "RAC") from H&R Block Bank, a federal savings bank ("HRBB"). I am also applying for a Refund Deposit Account ("Refund Account"). In this application (this "Application"), "H&R Block" means HRB Tax Group, Inc., and each of its parents, subsidiaries, affiliates, agents and franchisees.

1.  IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT. TO HELP THE GOVERNMENT FIGHT THE FUNDING OF TERRORISM AND MONEY LAUNDERING ACTIVITIES, FEDERAL LAW REQUIRES ALL FINANCIAL INSTITUTIONS TO OBTAIN, VERIFY, AND RECORD INFORMATION THAT IDENTIFIES EACH PERSON WHO OPENS AN ACCOUNT. WHAT THIS MEANS FOR ME: WHEN I OPEN AN ACCOUNT, YOU WILL ASK FOR MY NAME, ADDRESS, DATE OF BIRTH, AND OTHER INFORMATION THAT WILL ALLOW YOU TO IDENTIFY ME. I MAY ALSO BE ASKED TO PRODUCE MY DRIVER'S LICENSE OR OTHER IDENTIFYING DOCUMENTS.

By signing below, I am indicating that I have read, understand, and agree to the terms of this Application above and on the following pages, including but not limited to: (a) Section 2 in which I agree that HRBB may use amounts received from my tax refund to pay certain debts owed to HRBB or H&R Block; and (b) Section 11 in which I agree, upon my or HRBB's election, to arbitrate any Claims that I may have. I also acknowledge that I have 30 days from today's date to reject the Arbitration Provision by following the procedure described in Section 11. I ALSO UNDERSTAND THAT, BY SUBMITTING AN APPLICATION, I MAY BE SUBMITTING TO A COLLECTION PROCESS THAT MAY RESULT IN ME REPAYING DEBT, EVEN IF THE ENTITY TO WHOM I OWE SUCH DEBT IS PREVENTED BY LAW FROM BRINGING A LAWSUIT AGAINST ME TO COLLECT THE DEBT. I ACKNOWLEDGE THAT I CAN RECEIVE MY TAX REFUND IN APPROXIMATELY THE SAME AMOUNT OF TIME WITH A DIRECT DEPOSIT BY THE TAXING AUTHORITY OF MY REFUND INTO MY OWN SEPARATE BANK ACCOUNT WITHOUT PAYING ANY REFUND ACCOUNT FEE. IF I HAVE ANY QUESTIONS CONCERNING ANY DEBT I OWE TO HRBB OR H&R BLOCK, INCLUDING WHETHER I OWE ANY SUCH DEBT AND, IF SO, THE SPECIFIC AMOUNT OF SUCH DEBT, I SHOULD CONTACT HRBB AT 1-877-934-1328 PRIOR TO APPLYING FOR A RAC OR AT ANY TIME THEREAFTER. A TELEPHONE WILL BE MADE AVAILABLE FOR MY USE IF I WISH TO DO SO.

SANDRA K MORTON
**Taxpayer's Full Name**

*Sandy K. Morton*
**Taxpayer's Signature**

1/24/2012
**Date**

**Date of Birth (MM/YY)**

**Spouse's Full Name (Required if MFJ)**

**Spouse's Signature (Required if MFJ)**

**Date of Birth (MM/YY)**

**Date**

Want to check the status of your refund? Call **1-866-761-1040** 24 hours a day. If the IRS has released your refund and you have not received your money, call 1-800-HRBLOCK **(1-800-472-5625).**

-1-

SA 10

MELISSA N GASKINS



APPLICATION FOR REFUND ANTICIPATION CHECK(S) AND REFUND DEPOSIT ACCOUNT

I am applying for a refund anticipation check based on my federal tax refund ("Federal RAC") and/or a refund anticipation check based on my state tax refund ("State RAC") (the Federal RAC and State RAC shall jointly and severally be referred to herein as a "RAC") from H&R Block Bank, a federal savings bank ("HRBB"). I am also applying for a Refund Deposit Account ("Refund Account"). In this application (this "Application"), "H&R Block" means HRB Tax Group, Inc., and each of its parents, subsidiaries, affiliates, agents and franchisees.

1. IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT. TO HELP THE GOVERNMENT FIGHT THE FUNDING OF TERRORISM AND MONEY LAUNDERING ACTIVITIES, FEDERAL LAW REQUIRES ALL FINANCIAL INSTITUTIONS TO OBTAIN, VERIFY, AND RECORD INFORMATION THAT IDENTIFIES EACH PERSON WHO OPENS AN ACCOUNT. WHAT THIS MEANS FOR ME: WHEN I OPEN AN ACCOUNT, YOU WILL ASK FOR MY NAME, ADDRESS, DATE OF BIRTH, AND OTHER INFORMATION THAT WILL ALLOW YOU TO IDENTIFY ME. I MAY ALSO BE ASKED TO PRODUCE MY DRIVER'S LICENSE OR OTHER IDENTIFYING DOCUMENTS.

By signing below, I am indicating that I have read, understand, and agree to the terms of this Application above and on the following pages, including but not limited to: (a) Section 2 in which I agree that HRBB may use amounts received from my tax refund to pay certain debts owed to HRBB or H&R Block; and (b) Section 11 in which I agree, upon my or HRBB's election, to arbitrate any Claims that I may have. I also acknowledge that I have 30 days from today's date to reject the Arbitration Provision by following the procedure described in Section 11. I ALSO UNDERSTAND THAT, BY SUBMITTING AN APPLICATION, I MAY BE SUBMITTING TO A COLLECTION PROCESS THAT MAY RESULT IN ME REPAYING DEBT, EVEN IF THE ENTITY TO WHOM I OWE SUCH DEBT IS PREVENTED BY LAW FROM BRINGING A LAWSUIT AGAINST ME TO COLLECT THE DEBT. I ACKNOWLEDGE THAT I CAN RECEIVE MY TAX REFUND IN APPROXIMATELY THE SAME AMOUNT OF TIME WITH A DIRECT DEPOSIT BY THE TAXING AUTHORITY OF MY REFUND INTO MY OWN SEPARATE BANK ACCOUNT WITHOUT PAYING ANY REFUND ACCOUNT FEE. IF I HAVE ANY QUESTIONS CONCERNING ANY DEBT I OWE TO HRBB OR H&R BLOCK, INCLUDING WHETHER I OWE ANY SUCH DEBT AND, IF SO, THE SPECIFIC AMOUNT OF SUCH DEBT, I SHOULD CONTACT HRBB AT 1-877-934-1328 PRIOR TO APPLYING FOR A RAC OR AT ANY TIME THEREAFTER. A TELEPHONE WILL BE MADE AVAILABLE FOR MY USE IF I WISH TO DO SO.

MELISSA N GASKINS
_____
Taxpayer's Full Name

*Melissa Gaskins*
_____
Taxpayer's Signature

Date of Birth (MM/YY)
_____

1/30/2012
_____
Date

_____
Spouse's Full Name (Required if MFJ)

Date of Birth (MM/YY)
_____

_____
Spouse's Signature (Required if MFJ)

_____
Date

Want to check the status of your refund? Call **1-866-761-1040** 24 hours a day. If the IRS has released your refund and you have not received your money, call 1-800-HRBLOCK (**1-800-472-5625**).

-1-

SA 11

 **H&R BLOCK®** bank     APPLICATION FOR REFUND ANTICIPATION CHECK(S) AND REFUND DEPOSIT ACCOUNT

I am applying for a refund anticipation check based on my federal tax refund ("Federal RAC") and/or a refund anticipation check based on my state tax refund ("State RAC") (the Federal RAC and State RAC shall jointly and severally be referred to herein as a "RAC") from H&R Block Bank, a federal savings bank ("HRBB"). I am also applying for a Refund Deposit Account ("Refund Account"). In this application (this "Application"), "H&R Block" means HRB Tax Group, Inc., and each of its parents, subsidiaries, affiliates, agents and franchisees.

I. IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT. TO HELP THE GOVERNMENT FIGHT THE FUNDING OF TERRORISM AND MONEY LAUNDERING ACTIVITIES, FEDERAL LAW REQUIRES ALL FINANCIAL INSTITUTIONS TO OBTAIN, VERIFY, AND RECORD INFORMATION THAT IDENTIFIES EACH PERSON WHO OPENS AN ACCOUNT. WHAT THIS MEANS FOR ME: WHEN I OPEN AN ACCOUNT, YOU WILL ASK FOR MY NAME, ADDRESS, DATE OF BIRTH, AND OTHER INFORMATION THAT WILL ALLOW YOU TO IDENTIFY ME. I MAY ALSO BE ASKED TO PRODUCE MY DRIVER'S LICENSE OR OTHER IDENTIFYING DOCUMENTS.

By signing below, I am indicating that I have read, understand, and agree to the terms of this Application above and on the following pages, including but not limited to: (a) Section 2 in which I agree that HRBB may use amounts received from my tax refund to pay certain debts owed to HRBB or H&R Block; and (b) Section 11 in which I agree, upon my or HRBB's election, to arbitrate any Claims that I may have. I also acknowledge that I have 30 days from today's date to reject the Arbitration Provision by following the procedure described in Section 11. I ALSO UNDERSTAND THAT, BY SUBMITTING AN APPLICATION, I MAY BE SUBMITTING TO A COLLECTION PROCESS THAT MAY RESULT IN ME REPAYING DEBT, EVEN IF THE ENTITY TO WHOM I OWE SUCH DEBT IS PREVENTED BY LAW FROM BRINGING A LAWSUIT AGAINST ME TO COLLECT THE DEBT. I ACKNOWLEDGE THAT I CAN RECEIVE MY TAX REFUND IN APPROXIMATELY THE SAME AMOUNT OF TIME WITH A DIRECT DEPOSIT BY THE TAXING AUTHORITY OF MY REFUND INTO MY OWN SEPARATE BANK ACCOUNT WITHOUT PAYING ANY REFUND ACCOUNT FEE. IF I HAVE ANY QUESTIONS CONCERNING ANY DEBT I OWE TO HRBB OR H&R BLOCK, INCLUDING WHETHER I OWE ANY SUCH DEBT AND, IF SO, THE SPECIFIC AMOUNT OF SUCH DEBT, I SHOULD CONTACT HRBB AT 1-877-934-1328 PRIOR TO APPLYING FOR A RAC OR AT ANY TIME THEREAFTER. A TELEPHONE WILL BE MADE AVAILABLE FOR MY USE IF I WISH TO DO SO.

**WRITE HERE** → _Melissa Mays_
Taxpayer's Full Name

**SIGN HERE** → _(signature)_
Taxpayer's Signature

Date of Birth (MM/YY) _1 16 12_
Date

**WRITE HERE** → _____
Spouse's Full Name (Required if MFJ)

**SIGN HERE** → _____
Spouse's Signature (Required if MFJ)

Date of Birth (MM/YY) _____
Date

Want to check the status of your refund? Call 1-866-761-1040 24 hours a day. If the IRS has released your refund and you have not received your money, call 1-800-HRBLOCK (1-800-472-5625).

**H&R BLOCK®**
bank

APPLICATION FOR REFUND ANTICIPATION CHECK(S) AND REFUND DEPOSIT ACCOUNT

Applicant's Name ____ **(SEE CLIENT COPY PAGE 1)** ____ Date of Birth ____ / ____ (MM/YY)

Joint Applicant's Name **(SEE CLIENT COPY PAGE 1)** Date of Birth ____ / ____ (MM/YY)

I am applying for a refund anticipation check based on my federal tax refund ("Federal RAC") and/or a refund anticipation check based on my state tax refund ("State RAC") (the Federal RAC and State RAC shall jointly and severally be referred to herein as a "RAC") from H&R Block Bank, a federal savings bank ("HRBB"). I am also applying for a Refund Deposit Account ("Refund Account"). In this application (this "Application"), "H&R Block" means HRB Tax Group, Inc., and each of its parents, subsidiaries, affiliates, agents and franchisees.

1. IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT. TO HELP THE GOVERNMENT FIGHT THE FUNDING OF TERRORISM AND MONEY LAUNDERING ACTIVITIES, FEDERAL LAW REQUIRES ALL FINANCIAL INSTITUTIONS TO OBTAIN, VERIFY, AND RECORD INFORMATION THAT IDENTIFIES EACH PERSON WHO OPENS AN ACCOUNT. WHAT THIS MEANS FOR ME: WHEN I OPEN AN ACCOUNT, YOU WILL ASK FOR MY NAME, ADDRESS, DATE OF BIRTH, AND OTHER INFORMATION THAT WILL ALLOW YOU TO IDENTIFY ME. I MAY ALSO BE ASKED TO PRODUCE MY DRIVER'S LICENSE OR OTHER IDENTIFYING DOCUMENTS.

---

By signing below, I am indicating that I have read, understand, and agree to the terms of this Application above and on the following pages, including but not limited to: (a) Section 2 in which I agree that HRBB may use amounts received from my tax refund to pay certain debts owed to HRBB or H&R Block; and (b) Section 11 in which I agree, upon my or HRBB's election, to arbitrate any Claims that I may have. I also acknowledge that I have 30 days from today's date to reject the Arbitration Provision by following the procedure described in Section 11. I ALSO UNDERSTAND THAT, BY SUBMITTING AN APPLICATION, I MAY BE SUBMITTING TO A COLLECTION PROCESS THAT MAY RESULT IN ME REPAYING DEBT, EVEN IF THE ENTITY TO WHOM I OWE SUCH DEBT IS PREVENTED BY LAW FROM BRINGING A LAWSUIT AGAINST ME TO COLLECT THE DEBT. I ACKNOWLEDGE THAT I CAN RECEIVE MY TAX REFUND IN APPROXIMATELY THE SAME AMOUNT OF TIME WITH A DIRECT DEPOSIT BY THE TAXING AUTHORITY OF MY REFUND INTO MY OWN SEPARATE BANK ACCOUNT WITHOUT PAYING ANY REFUND ACCOUNT FEE. IF I HAVE ANY QUESTIONS CONCERNING ANY DEBT I OWE TO HRBB OR H&R BLOCK, INCLUDING WHETHER I OWE ANY SUCH DEBT AND, IF SO, THE SPECIFIC AMOUNT OF SUCH DEBT, I SHOULD CONTACT HRBB AT 1-877-934-1328 PRIOR TO APPLYING FOR A RAC OR AT ANY TIME THEREAFTER. A TELEPHONE WILL BE MADE AVAILABLE FOR MY USE IF I WISH TO DO SO.

**(SIGNATURE AND DATE ON FILE)**
_____    _____
(Applicant Signature)                                                   Date
**(SIGNATURE AND DATE ON FILE)**
_____    _____    _____
(Joint Applicant Signature)                                           Date            Witness



Want to check the status of your refund? Call **1-866-761-1040** 24 hours a day. If the IRS has released your refund and you have not received your money, call 1-800-HRBLOCK (1-800-472-5625).

TS11 RAC H730002

2. **Payment of Other Debt.** IF ANY STATE LAW DOES NOT PERMIT THE REPAYMENT OF ANY OF THE DEBTS LISTED BELOW IN THE MANNER SET FORTH, THE PROVISIONS OF THIS SECTION RELATING TO THOSE DEBTS SHALL NOT APPLY IN THOSE STATES.

With respect to any delinquent debt I owe to HRBB from prior years, and provided that such debt has not been discharged in bankruptcy, I authorize and direct the repayment of such debt, calculated as of the date of this Application, by means of having such debt deducted from the proceeds of the RAC, or having the request for a RAC denied or the RAC reduced and having such debt repaid to HRBB by offset or otherwise from my tax refund directly transmitted into the Refund Account with HRBB.

> *If I have debt, I understand that HRBB or H&R Block may be acting as a debt collector to collect a debt and that any information obtained will be used for that purpose.*

With respect to any delinquent tax preparation or related fees or Emerald Advance or Emerald Card debt I owe to HRBB or H&R Block from prior years, and provided that such debt has not been discharged in bankruptcy, I authorize and direct the repayment of such debt, calculated as of the date of this Application, by means of having such debt deducted from the proceeds of the RAC, or having the request for a RAC denied or the RAC reduced and having such debt repaid to those entities by offset or otherwise from my tax refund directly transmitted into the Refund Account with HRBB.

Before forwarding payment for a debt I owe, HRBB will provide me with written notice of the amount of the debt and the right to notify HRBB that I dispute the debt, or any part of it, for 30 days after I receive the notice. If I dispute the debt, HRBB will not forward payment during this 30-day period, unless and until HRBB obtains verification of the debt and mails a copy to me.

If I owe delinquent debt to more than one of the entities listed above, I authorize and direct HRBB to pay such debts as described above in the following order: First, to HRBB, Second, to H&R Block.

*Please Note:* If I have any questions concerning any debt I owe to HRBB or H&R Block, including whether I owe any such debt and, if so, the specific amount of such debt, I should contact HRBB at 1-877-934-1328 prior to applying for a RAC or at any time thereafter. A telephone will be made available for my use if I wish to do so.

3. **Applicable Law.** This Application and all the other documents executed in connection with this Application or my RAC (collectively, "Documents") shall be governed by and construed, interpreted, and enforced in accordance with federal law and, to the extent state law applies, the law of the State of Missouri (without reference to conflict of laws principles).

4. **Important Information About RACs.** I understand that: (a) a Federal RAC delivers an amount equal to my federal tax refund, less a $32.95 refund account fee paid to HRBB and, if not otherwise deducted from my State RAC, fees owed to H&R Block and other authorized fees. The IRS normally makes an electronic deposit in an average of about 13 days after an electronic filing. **I can receive my federal tax refund in approximately the same amount of time with a direct deposit by the IRS of my refund**

into my own separate bank account without paying the $32.95 refund account fee; (b) a State RAC delivers an amount equal to my state tax refund, less a fee of $13 paid to HRBB and, if not otherwise deducted from my Federal RAC, fees owed to H&R Block, HRBB, and other authorized fees. **I can receive my state tax refund in approximately the same amount of time with a direct deposit by the state taxing authority into my own separate bank account without paying the $13 fee;** (c) I can file my tax returns electronically without obtaining a RAC; (d) the IRS and state taxing authority will send me a refund check or electronically deposit my refund to my existing bank account; (e) the IRS normally makes an electronic deposit in an average of about 13 days after an electronic filing; (f) The IRS plans to process some tax returns this year using an expedited process, and this expedited process can shorten the time the IRS needs to process tax returns. HRBB does not know in advance which returns will be selected by the IRS for this treatment; (g) I will not receive the proceeds of a RAC until HRBB receives my tax refund issued by the taxing authority; and (h) HRBB cannot guarantee when any proceeds of a RAC or a tax refund will be available to me.

5. **Deposit Authorization.** (a) After I sign my Application, H&R Block will electronically transmit my tax return to the taxing authority and my Application to HRBB. I understand that I will sign a deposit authorization to the taxing authority (the "Deposit Authorization") as part of my Application and electronic tax filing, and that the Deposit Authorization and this Application provide an irrevocable agreement to have my tax refund disbursed to HRBB, and irrevocably transfers to HRBB all of my rights, title, and interest in the proceeds of my tax refund for purposes of the RAC I have requested and other purposes authorized by this Application. (b) If my Application is denied, HRBB will return any tax refund received to the taxing authority. (c) If HRBB does not receive my federal or state tax refund and a Refund Account is not opened, I still owe and agree to pay any fees owed to H&R Block. (d) If HRBB receives my federal or state tax refund, HRBB will look only to amounts received into the Refund Account for payment of the Refund Account fees.

6. **Refund Account.** (a) I request that a Refund Account be opened at HRBB upon HRBB's receipt of my tax refund for the purposes of ensuring the disbursement of my RAC and other amounts described in the Documents. The Annual Percentage Yield and interest rate on the Refund Account will be 0%. This means I will not receive any interest on funds in the Refund Account. I understand that I cannot make withdrawals from or deposits to the Refund Account and that the funds in the Refund Account will be disbursed only as expressly provided in the Documents, except that the applicants agree that HRBB may later change the disbursement method at the request of one of the applicants. (b) HRBB may deduct from my tax refund, any funds received in the Refund Account, and any proceeds of a RAC any amounts I owe HRBB or H&R Block for tax preparation or related services or any amount I owe HRBB for an Emerald Advance or related to an Emerald Card. I understand and agree that I must pay for the tax preparation and any related services H&R Block provides when H&R Block's services are complete. H&R Block's services are complete when H&R Block notifies me that the proceeds of my RAC are available, but in any event no more than 20 days after H&R Block e-files my tax return. HRBB also may withdraw amounts deposited into the Refund Account from my tax refund

to pay any check I receive for a RAC that I endorse and present for payment or to disburse money to me in accordance with my Application. (c) I will not receive a periodic statement for the Refund Account, but I will receive notice if funds in the Refund Account are not sufficient to disburse my RAC or are used for any purpose other than disbursement of my RAC. HRBB may, immediately after disbursement of all funds in the Refund Account, close the account without further notice to or authorization from me.

7. Refund Account Fees. If I apply for a Federal RAC, I will pay HRBB a fee of $32.95 for the administration of the Refund Account and if I apply for a State RAC, I will pay HRBB a fee of $13 for the administration of the Refund Account (each a "Refund Account Fee"). The Refund Account Fee is not imposed directly or indirectly as an incident to or condition of any extension of credit.

8. No Fiduciary Duty. I understand that for various fees received, H&R Block is acting only as my tax preparer (if applicable), my electronic filer, and the deliverer of checks or an H&R Block Emerald Prepaid MasterCard® ("Emerald Card") with respect to this RAC transaction. I further understand that H&R Block and HRBB are not acting in a fiduciary or confidential capacity with respect to me in connection with this transaction and that H&R Block has no other duties to me beyond the preparation of my tax return (if applicable), the transmission of my tax return information to HRBB, the electronic filing of my tax return with the taxing authority, notifying me of the availability of the proceeds of my RAC, and the delivery of checks or an Emerald Card for my RAC (if applicable). I further understand that H&R Block has been appointed as the agent of HRBB in connection with this Application and the RAC. I further understand that H&R Block will receive payments from HRBB in connection with a RAC. I acknowledge that I have independently evaluated and decided to apply for a RAC, and that I am not relying on any recommendation from H&R Block.

9. Disclosure Information. (a) "Information" means my 2010 federal and state income tax returns, any information obtained in connection with my tax return (including information relating to a possible offset of my tax refund or the possibility that my tax return is incorrect), and any information relating to my Application or any other Document, RAC, or similar financial service I have received or requested from HRBB. (b) "Authorized Parties" means HRBB and H&R Block; (c) The Authorized Parties may share Information to process my Application, to determine whether to provide a RAC, to provide RACs to me, to collect HRBB debts or H&R Block fees, to prevent fraud, and to otherwise administer or promote the program for RACs. (d) The Authorized Parties may disclose Information to the IRS, state taxing authorities and other financial institutions that provide RACs or other financial services. (e) The Authorized Parties may call, or input my Information on any website of, the IRS or state taxing authorities in connection with my Application to, among other things, determine the status of my tax return or tax refund. The IRS and state taxing authorities may disclose information about me, my tax returns and my tax refunds to the Authorized Parties.

10. Check Fee. If I choose to receive my RAC proceeds by check, I will pay one check processing fee of $20 to HRBB.

11. Arbitration Provision. IF YOU APPLY FOR A RAC IN A STATE THAT PROHIBITS ARBITRATION OR CLASS ACTION WAIVERS FOR CLAIMS RELATED TO A RAC OR THE TRANSACTION TO APPLY FOR OR OBTAIN A RAC, THIS SECTION ELEVEN (11) SHALL NOT APPLY TO THOSE CLAIMS. Any claim, dispute or controversy between me and HRBB (as specifically defined below for purposes of this Arbitration Provision), whether in contract or tort (intentional or otherwise), whether pre-existing, present or future, and including constitutional, statutory, common law, regulatory, and equitable claims arising out of or in any way relating to (a) any of the Documents or any other documents or product that I have previously requested or received from HRBB, (b) advertisements, promotions, or oral or written statements related to this or any other Application for a RAC or any RAC that I have previously requested or received from HRBB, (c) the relationship of HRBB and me relating to any of the Documents or any other documents or RAC that I have previously requested or received from HRBB; and (d) except as provided below, the validity, enforceability or scope of this Arbitration Provision or any part thereof, including, but not limited to, the issue of whether any particular claim, dispute or controversy must be submitted to arbitration (collectively the "Claim"), shall be resolved, upon the election of either me or HRBB, by binding arbitration pursuant to this Arbitration Provision and the applicable rules of either the American Arbitration Association ("AAA") or JAMS in effect at the time the Claim is filed. I shall have the right to select one of these arbitration administrators (the "Administrator"). In the event of a conflict between this Arbitration Provision and the rules of the Administrator, this Arbitration Provision shall govern. In the event of a conflict between this Arbitration Provision and the balance of this Application or any other Documents, this Arbitration Provision shall govern.

HRBB hereby agrees not to invoke its right to arbitrate an individual Claim I may bring in small claims court or an equivalent court, if any, so long as the Claim is pending only in that court. No class actions or private attorney general actions in court or in arbitration or joinder or consolidation of claims in court or in arbitration with other persons are permitted without the consent of HRBB and me. The validity and effect of the preceding sentence (hereinafter referred to as the "class action waiver provision") shall be determined exclusively by a court and not by the Administrator or any arbitrator. Neither the Administrator nor any arbitrator shall have the power or authority to waive, modify or fail to enforce the Class Action Waiver Provision, and any attempt to do so, whether by rule, policy, arbitration decision or otherwise, shall be invalid and unenforceable.

Any arbitration hearing that I attend will take place in a location that is reasonably convenient for me. If I object to the fees charged by the Administrator or arbitrator, HRBB will consider in good faith any reasonable written request for HRBB to bear up to all the fees charged by the Administrator and/or arbitrator. Also, HRBB will pay any fees or expenses HRBB is required to pay by law or required to pay so that a court will enforce this Arbitration Provision. Each party must pay for that party's own attorneys, experts, and witnesses, provided that HRBB will pay all such reasonable fees and costs I incur if I am the prevailing party and/or where required by applicable law and/or the Administrator's rules.

This Arbitration Provision is made pursuant to a transaction involving interstate commerce, and shall be governed by the Federal Arbitration Act, 9 U.S.C. Sections 1-16 (the "FAA").

The arbitrator shall follow and apply applicable substantive law to the extent consistent with the FAA, statutes of limitation and claims of privilege and shall be authorized to award all remedies permitted by applicable substantive law, including, without limitation, compensatory, statutory and punitive damages (which will be governed by the Constitutional standards applicable in judicial proceedings), declaratory, injunctive and other equitable relief and attorneys' fees and costs. Upon request of either party, the arbitrator shall prepare a short reasoned written opinion supporting the arbitration award. Judgment upon the award may be entered in any court having jurisdiction. The arbitrator's award will be final and binding except for: (a) any appeal right under the FAA; and (b) any appeal of Claims involving more than $100,000. For such Claims, any party may appeal the award to a three-arbitrator panel appointed by the Administrator, which will reconsider de novo (i.e., in its entirety) any aspect or all aspects of the initial award that is appealed. The panel's decision will be final and binding, except for any appeal right under the FAA. Unless applicable law provides otherwise, the appealing party will pay the appeal's costs (i.e., the amounts owed to the Administrator and the arbitrators), regardless of its outcome. However, HRBB will consider in good faith any reasonable request for HRBB to bear up to the full costs of the appeal. Nothing in this Arbitration Provision shall be construed to prevent HRBB's use of offset or other contractual rights involving payment of my income tax refund or other amount on deposit with HRBB to pay off any RAC or similar financial service, or H&R Block or other fees, now or thereafter owed by me to HRBB or H&R Block or third party pursuant to the Documents or similar prior documents, and nothing in this Arbitration Provision shall be construed to prevent me from going to court to enjoin HRBB from exercising such offset or other contractual rights.

I ACKNOWLEDGE THAT I HAVE A RIGHT TO LITIGATE CLAIMS IN COURT BEFORE A JUDGE OR JURY, BUT I PREFER TO RESOLVE ANY SUCH CLAIMS THROUGH ARBITRATION AND HEREBY KNOWINGLY AND VOLUNTARILY WAIVE MY RIGHTS TO LITIGATE SUCH CLAIMS IN COURT BEFORE A JUDGE OR JURY, UPON ELECTION OF ARBITRATION BY HRBB OR BY ME. I ACKNOWLEDGE THAT I WILL NOT HAVE THE RIGHT TO PARTICIPATE AS A REPRESENTATIVE OR MEMBER OF ANY CLASS OF CLAIMANTS IN COURT OR IN ARBITRATION OR AS PART OF A PRIVATE ATTORNEY GENERAL ACTION IN COURT OR IN ARBITRATION PERTAINING TO ANY CLAIM SUBJECT TO ARBITRATION.

This Arbitration Provision shall supersede all prior arbitration provisions or related agreement and shall survive disbursement of any RAC and termination of my refund account; provided, however, that if I reject this Arbitration Provision as set forth below, any prior Arbitration Provisions shall remain in full force and effect. If any portion of this Arbitration Provision is deemed invalid or unenforceable, it will not invalidate the remaining portions of this Arbitration Provision. However, if a determination is made that the Class Action Waiver Provision is unenforceable, this Arbitration Provision (other than this sentence) and any prior Arbitration Provision shall be null and void, subject to HRBB's right to appeal the court order invalidating the Class Action Waiver Provision. The validity and effect of the preceding sentence shall be determined exclusively by a court and not by the Administrator or any arbitrator.

To reject this Arbitration Provision, I must send to H&R Block Bank, P.O. Box 10364, Kansas City, MO 64105, a signed writing ("Rejection Notice") that is received within thirty (30) days after the date I sign this Application. The Rejection Notice must identify the transaction involved and must include my name, address, and social security number and must be signed by all persons signing this Application as Applicant(s). I may send the Rejection Notice in any manner I see fit as long as it is received at the specified address within the specified time. No other methods can be used to reject the Arbitration Agreement. If the Rejection Notice is sent on my behalf by a third party, such third party must include evidence of his or her legal authority to submit the Rejection Notice on my behalf.

As used in this Arbitration Provision, the term "HRBB" shall mean H&R Block Bank, a federal savings bank, and HRB Tax Group, Inc., and each of their parents, subsidiaries, affiliates, and predecessors, successors, assigns and the franchisees of any of them, and each of their officers, directors, agents, and employees.

Contacting Arbitration Administrators: If I have a question about the arbitration administrators mentioned in this Arbitration Provision or if I would like to obtain a copy of their arbitration rules, I can contact them as follows: American Arbitration Association, 1633 Broadway, Floor 10, New York, NY 10019, JAMS, 620 Eighth Ave., 34th Floor, New York, NY 10018, www.jamsadr.org.

12. Survival. The provisions of this Application shall survive the disbursement of my RAC.

13. Miscellaneous. (a) References to "I" or "me" or "my" in the Documents shall refer individually to each applicant for a RAC and to both applicants for a RAC, and the obligations of such individuals under the Documents will be joint and several. The filing of an injured spouse form shall not relieve either applicant of any such obligations under the Documents. (b) If any provision of the Documents or part thereof is deemed invalid, such invalidity will not affect any other provision of the Documents or part thereof. (c) HRBB may obtain information from third parties in connection with evaluating my Application. (d) HRBB may transfer, sell, participate, or assign all or a portion of any rights, duties, or obligations relating to a RAC, to H&R Block or any third party without notice to me or my consent. (e) Supervisory personnel of HRBB or its agents may listen to and record my telephone calls. (f) I agree that you may send any notices and billing statements to the address of the primary applicant and not to the address of the joint applicant if such address is different. (g) I acknowledge that HRBB may reimburse H&R Block for certain of its out-of-pocket expenses.

14. Certification. I certify that the following is true: (1) Presently, I do not have a petition (whether voluntary or involuntary) filed and I do not anticipate filing a petition under federal bankruptcy laws. (2) I have not had a debt with HRBB or H&R Block, that has been discharged in bankruptcy.

Want to check the status of your refund? Call **1-866-761-1040** 24 hours a day. If the IRS has released your refund and you have not received your money, call 1-**800-HRBLOCK (1-800-472-5625).**

**H&R BLOCK'**
bank

<u>APPLICATION FOR REFUND ANTICIPATION CHECK(S) AND REFUND DEPOSIT ACCOUNT</u>

**WRITE HERE** → Applicant's Name _Non MLS_ _____ Date of Birth _____ (MM/YY)

**WRITE HERE** → Joint Applicant's Name _____ Date of Birth ____/____ (MM/YY)

I am applying for a refund anticipation check based on my federal tax refund ("Federal RAC") and/or a refund anticipation check based on my state tax refund ("State RAC") (the Federal RAC and State RAC shall jointly and severally be referred to herein as a "RAC") from H&R Block Bank, a federal savings bank ("HRBB"). I am also applying for a Refund Deposit Account ("Refund Account"). In this application (this "Application"), "H&R Block" means HRB Tax Group, Inc., and each of its parents, subsidiaries, affiliates, agents and franchisees.

1. <u>IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT.</u> TO HELP THE GOVERNMENT FIGHT THE FUNDING OF TERRORISM AND MONEY LAUNDERING ACTIVITIES, FEDERAL LAW REQUIRES ALL FINANCIAL INSTITUTIONS TO OBTAIN, VERIFY, AND RECORD INFORMATION THAT IDENTIFIES EACH PERSON WHO OPENS AN ACCOUNT. WHAT THIS MEANS FOR ME: WHEN I OPEN AN ACCOUNT, YOU WILL ASK FOR MY NAME, ADDRESS, DATE OF BIRTH, AND OTHER INFORMATION THAT WILL ALLOW YOU TO IDENTIFY ME. I MAY ALSO BE ASKED TO PRODUCE MY DRIVER'S LICENSE OR OTHER IDENTIFYING DOCUMENTS.

By signing below, I am indicating that I have read, understand, and agree to the terms of this Application above and on the following pages, including but not limited to: (a) Section 2 in which I agree that HRBB may use amounts received from my tax refund to pay certain debts owed to HRBB or H&R Block; and (b) Section 11 in which I agree, upon my or HRBB's election, to arbitrate any Claims that I may have. I also acknowledge that I have 30 days from today's date to reject the Arbitration Provision by following the procedure described in Section 11. I ALSO UNDERSTAND THAT, BY SUBMITTING AN APPLICATION, I MAY BE SUBMITTING TO A COLLECTION PROCESS THAT MAY RESULT IN ME REPAYING DEBT, EVEN IF THE ENTITY TO WHOM I OWE SUCH DEBT IS PREVENTED BY LAW FROM BRINGING A LAWSUIT AGAINST ME TO COLLECT THE DEBT. I ACKNOWLEDGE THAT I CAN RECEIVE MY TAX REFUND IN APPROXIMATELY THE SAME AMOUNT OF TIME WITH A DIRECT DEPOSIT BY THE TAXING AUTHORITY OF MY REFUND INTO MY OWN SEPARATE BANK ACCOUNT WITHOUT PAYING ANY REFUND ACCOUNT FEE. IF I HAVE ANY QUESTIONS CONCERNING ANY DEBT I OWE TO HRBB OR H&R BLOCK, INCLUDING WHETHER I OWE ANY SUCH DEBT AND, IF SO, THE SPECIFIC AMOUNT OF SUCH DEBT, I SHOULD CONTACT HRBB AT 1-877-934-1328 PRIOR TO APPLYING FOR A RAC OR AT ANY TIME THEREAFTER. A TELEPHONE WILL BE MADE AVAILABLE FOR MY USE IF I WISH TO DO SO.

**SIGN HERE** → _____ (Applicant Signature)  Date _1/31/11_

**SIGN HERE** → _____ (Joint Applicant Signature)  Date _____

Witness _Elaine Gooler_

EXHIBIT
D
PENGAD 800-631-6989

Want to check the status of your refund? Call **1-866-761-1040** 24 hours a day. If the IRS has released your refund and you have not received your money, call 1-800-HRBLOCK (1-800-472-5625).

TS11 RAC H730002

**H&R BLOCK** bank

## APPLICATION FOR REFUND ANTICIPATION CHECK(S) AND REFUND DEPOSIT ACCOUNT

**WRITE HERE** Applicant's Name _Ana Rosa Iglesia_ Date of Birth ____ / ____ (MM/YY)

**WRITE HERE** Joint Applicant's Name _____ Date of Birth ____ / ____ (MM/YY)

I am applying for a refund anticipation check based on my federal tax refund ("Federal RAC") and/or a refund anticipation check based on my state tax refund ("State RAC") (the Federal RAC and State RAC shall jointly and severally be referred to herein as a "RAC") from H&R Block Bank, a federal savings bank ("HRBB"). I am also applying for a Refund Deposit Account ("Refund Account"). In this application (this "Application"), "H&R Block" means HRB Tax Group, Inc., and each of its parents, subsidiaries, affiliates, agents and franchisees.

1. IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT. TO HELP THE GOVERNMENT FIGHT THE FUNDING OF TERRORISM AND MONEY LAUNDERING ACTIVITIES, FEDERAL LAW REQUIRES ALL FINANCIAL INSTITUTIONS TO OBTAIN, VERIFY, AND RECORD INFORMATION THAT IDENTIFIES EACH PERSON WHO OPENS AN ACCOUNT. WHAT THIS MEANS FOR ME: WHEN I OPEN AN ACCOUNT, YOU WILL ASK FOR MY NAME, ADDRESS, DATE OF BIRTH, AND OTHER INFORMATION THAT WILL ALLOW YOU TO IDENTIFY ME. I MAY ALSO BE ASKED TO PRODUCE MY DRIVER'S LICENSE OR OTHER IDENTIFYING DOCUMENTS.

By signing below, I am indicating that I have read, understand, and agree to the terms of this Application above and on the following pages, including but not limited to: (a) Section 2 in which I agree that HRBB may use amounts received from my tax refund to pay certain debts owed to HRBB or H&R Block; and (b) Section 11 in which I agree, upon my or HRBB's election, to arbitrate any Claims that I may have. I also acknowledge that I have 30 days from today's date to reject the Arbitration Provision by following the procedure described in Section 11. I ALSO UNDERSTAND THAT, BY SUBMITTING AN APPLICATION, I MAY BE SUBMITTING TO A COLLECTION PROCESS THAT MAY RESULT IN ME REPAYING DEBT, EVEN IF THE ENTITY TO WHOM I OWE SUCH DEBT IS PREVENTED BY LAW FROM BRINGING A LAWSUIT AGAINST ME TO COLLECT THE DEBT. I ACKNOWLEDGE THAT I CAN RECEIVE MY TAX REFUND IN APPROXIMATELY THE SAME AMOUNT OF TIME WITH A DIRECT DEPOSIT BY THE TAXING AUTHORITY OF MY REFUND INTO MY OWN SEPARATE BANK ACCOUNT WITHOUT PAYING ANY REFUND ACCOUNT FEE. IF I HAVE ANY QUESTIONS CONCERNING ANY DEBT I OWE TO HRBB OR H&R BLOCK, INCLUDING WHETHER I OWE ANY SUCH DEBT AND, IF SO, THE SPECIFIC AMOUNT OF SUCH DEBT, I SHOULD CONTACT HRBB AT 1-877-984-1328 PRIOR TO APPLYING FOR A RAC OR AT ANY TIME THEREAFTER. A TELEPHONE WILL BE MADE AVAILABLE FOR MY USE IF I WISH TO DO SO.

**SIGN HERE** (Applicant Signature)          Date _1·29·11_

**SIGN HERE** (Joint Applicant Signature)          Date          Witness

Want to check the status of your refund? Call **1-866-761-1040** 24 hours a day. If the IRS has released your refund and you have not received your money, call 1-800-HRBLOCK. (1-800-472-5625).

TS11 RAC H730002

SA 18

**H&R BLOCK®**
bank                    APPLICATION FOR REFUND ANTICIPATION CHECK(S) AND REFUND DEPOSIT ACCOUNT

**WRITE HERE** ➤ Applicant's Name _Maryan Ballard_          Date of Birth _____ / ___ (MM/YY)

**WRITE HERE** ➤ Joint Applicant's Name _____          Date of Birth _____ / ___ (MM/YY)

I am applying for a refund anticipation check based on my federal tax refund ("Federal RAC") and/or a refund anticipation check based on my state tax refund ("State RAC") (the Federal RAC and State RAC shall jointly and severally be referred to herein as a "RAC") from H&R Block Bank, a federal savings bank ("HRBB"). I am also applying for a Refund Deposit Account ("Refund Account"). In this application (this "Application"), "H&R Block" means HRB Tax Group, Inc., and each of its parents, subsidiaries, affiliates, agents and franchisees.

1. IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT. TO HELP THE GOVERNMENT FIGHT THE FUNDING OF TERRORISM AND MONEY LAUNDERING ACTIVITIES, FEDERAL LAW REQUIRES ALL FINANCIAL INSTITUTIONS TO OBTAIN, VERIFY, AND RECORD INFORMATION THAT IDENTIFIES EACH PERSON WHO OPENS AN ACCOUNT. WHAT THIS MEANS FOR ME: WHEN I OPEN AN ACCOUNT, YOU WILL ASK FOR MY NAME, ADDRESS, DATE OF BIRTH, AND OTHER INFORMATION THAT WILL ALLOW YOU TO IDENTIFY ME. I MAY ALSO BE ASKED TO PRODUCE MY DRIVER'S LICENSE OR OTHER IDENTIFYING DOCUMENTS.

By signing below, I am indicating that I have read, understand, and agree to the terms of this Application above and on the following pages, including but not limited to: (a) Section 2 in which I agree that HRBB may use amounts received from my tax refund to pay certain debts owed to HRBB or H&R Block; and (b) Section 11 in which I agree, upon my or HRBB's election, to arbitrate any Claims that I may have. I also acknowledge that I have 30 days from today's date to reject the Arbitration Provision by following the procedure described in Section 11. I ALSO UNDERSTAND THAT, BY SUBMITTING AN APPLICATION, I MAY BE SUBMITTING TO A COLLECTION PROCESS THAT MAY RESULT IN ME REPAYING DEBT, EVEN IF THE ENTITY TO WHOM I OWE SUCH DEBT IS PREVENTED BY LAW FROM BRINGING A LAWSUIT AGAINST ME TO COLLECT THE DEBT. I ACKNOWLEDGE THAT I CAN RECEIVE MY TAX REFUND APPROXIMATELY THE SAME AMOUNT OF TIME WITH A DIRECT DEPOSIT BY THE TAXING AUTHORITY OF MY REFUND INTO MY OWN SEPARATE BANK ACCOUNT WITHOUT PAYING ANY REFUND ACCOUNT FEE. IF I HAVE ANY QUESTIONS CONCERNING ANY DEBT I OWE TO HRBB OR H&R BLOCK, INCLUDING WHETHER I OWE ANY SUCH DEBT AND, IF SO, THE SPECIFIC AMOUNT OF SUCH DEBT, I SHOULD CONTACT HRBB AT 1-877-934-1328 PRIOR TO APPLYING FOR A RAC OR AT ANY TIME THEREAFTER. A TELEPHONE WILL BE MADE AVAILABLE FOR MY USE IF I WISH TO DO SO.

**SIGN HERE** ➤ _Maryan Ballard_          _1/15/11_          _Celia Wayne_
(Applicant Signature)          Date                    Witness

**SIGN HERE** ➤ _____          _____          
(Joint Applicant Signature)          Date

Want to check the status of your refund? Call 1-866-761-1040 24 hours a day. If the IRS has released your refund and you have not received your money, call 1-800-HRBLOCK (1-800-472-5625).

TS11 RAC H730002

HRB COPY PAGE 2

SA 19

**H&R BLOCK®**
bank

<u>APPLICATION FOR REFUND ANTICIPATION CHECK(S) AND REFUND DEPOSIT ACCOUNT</u>

**WRITE HERE →** Applicant's Name _Iris    Orta_     Date of Birth _____ . (MM/YY)

**WRITE HERE →** Joint Applicant's Name _____ Date of Birth ____ /. ____ (MM/YY)

I am applying for a refund anticipation check based on my federal tax refund ("Federal RAC") and/or a refund anticipation check based on my state tax refund ("State RAC") (the Federal RAC and State RAC shall jointly and severally be referred to herein as a "RAC") from H&R Block Bank, a federal savings bank ("HRBB"). I am also applying for a Refund Deposit Account ("Refund Account"). In this application (this "Application"), "H&R Block" means HRB Tax Group, Inc., and each of its parents, subsidiaries, affiliates, agents and franchisees.

1. <u>IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT.</u> TO HELP THE GOVERNMENT FIGHT THE FUNDING OF TERRORISM AND MONEY LAUNDERING ACTIVITIES, FEDERAL LAW REQUIRES ALL FINANCIAL INSTITUTIONS TO OBTAIN, VERIFY, AND RECORD INFORMATION THAT IDENTIFIES EACH PERSON WHO OPENS AN ACCOUNT. WHAT THIS MEANS FOR ME: WHEN I OPEN AN ACCOUNT, YOU WILL ASK FOR MY NAME, ADDRESS, DATE OF BIRTH, AND OTHER INFORMATION THAT WILL ALLOW YOU TO IDENTIFY ME. I MAY ALSO BE ASKED TO PRODUCE MY DRIVER'S LICENSE OR OTHER IDENTIFYING DOCUMENTS.

By signing below, I am indicating that I have read, understand, and agree to the terms of this Application above and on the following pages, including but not limited to: (a) Section 2 in which I agree that HRBB may use amounts received from my tax refund to pay certain debts owed to HRBB or H&R Block; and (b) Section 11 in which I agree, upon my or HRBB's election, to arbitrate any Claims that I may have. I also acknowledge that I have 30 days from today's date to reject the Arbitration Provision by following the procedure described in Section 11. I ALSO UNDERSTAND THAT, BY SUBMITTING AN APPLICATION, I MAY BE SUBMITTING TO A COLLECTION PROCESS THAT MAY RESULT IN ME REPAYING DEBT, EVEN IF THE ENTITY TO WHOM I OWE SUCH DEBT IS PREVENTED BY LAW FROM BRINGING A LAWSUIT AGAINST ME TO COLLECT THE DEBT. I ACKNOWLEDGE THAT I CAN RECEIVE MY TAX REFUND IN APPROXIMATELY THE SAME AMOUNT OF TIME WITH A DIRECT DEPOSIT BY THE TAXING AUTHORITY OF MY REFUND INTO MY OWN SEPARATE BANK ACCOUNT WITHOUT PAYING ANY REFUND ACCOUNT FEE. IF I HAVE ANY QUESTIONS CONCERNING ANY DEBT I OWE TO HRBB OR H&R BLOCK, INCLUDING WHETHER I OWE ANY SUCH DEBT AND, IF SO, THE SPECIFIC AMOUNT OF SUCH DEBT, I SHOULD CONTACT HRBB AT 1-877-934-1328 PRIOR TO APPLYING FOR A RAC OR AT ANY TIME THEREAFTER. A TELEPHONE WILL BE MADE AVAILABLE FOR MY USE IF I WISH TO DO SO.

**SIGN HERE →** _Iris    Orta_    _2-23-11_
(Applicant Signature)                     Date

**SIGN HERE →** _____     _____     _Kathe Holleen_
(Joint Applicant Signature)                Date      Witness

Want to check the status of your refund? Call **1-866-761-1040** 24 hours a day. If the IRS has released your refund and you have not received your money, call 1-800-HRBLOCK (1-800-472-5625).

TS11 RAC H730002

| HRB COPY PAGE 3 |
| --- |

SA 20

CATHERINE M GADDY

**H&R BLOCK**
bank

APPLICATION FOR REFUND ANTICIPATION CHECK(S) AND REFUND DEPOSIT ACCOUNT

Applicant's Name  CATHERINE M GADDY _____    Date of Birth _____ (MM/YY)

Joint Applicant's Name _____    Date of Birth _____ (MM/YY)

I am applying for a refund anticipation check based on my federal tax refund ("Federal RAC") and/or a refund anticipation check based on my state tax refund ("State RAC") (the Federal RAC and State RAC shall jointly and severally be referred to herein as a "RAC") from H&R Block Bank, a federal savings bank ("HRBB"). I am also applying for a Refund Deposit Account ("Refund Account"). In this application (this "Application"), "H&R Block" means HRB Tax Group, Inc., and each of its parents, subsidiaries, affiliates, agents and franchisees.

1. IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT. TO HELP THE GOVERNMENT FIGHT THE FUNDING OF TERRORISM AND MONEY LAUNDERING ACTIVITIES, FEDERAL LAW REQUIRES ALL FINANCIAL INSTITUTIONS TO OBTAIN, VERIFY, AND RECORD INFORMATION THAT IDENTIFIES EACH PERSON WHO OPENS AN ACCOUNT. WHAT THIS MEANS FOR ME: WHEN I OPEN AN ACCOUNT, YOU WILL ASK FOR MY NAME, ADDRESS, DATE OF BIRTH, AND OTHER INFORMATION THAT WILL ALLOW YOU TO IDENTIFY ME. I MAY ALSO BE ASKED TO PRODUCE MY DRIVER'S LICENSE OR OTHER IDENTIFYING DOCUMENTS.

By signing below, I am indicating that I have read, understand, and agree to the terms of this Application above and on the following pages, including but not limited to: (a) Section 2 in which I agree that HRBB may use amounts received from my tax refund to pay certain debts owed to HRBB or H&R Block; and (b) Section 11 in which I agree, upon my or HRBB's election, to arbitrate any Claims that I may have. I also acknowledge that I have 30 days from today's date to reject the Arbitration Provision by following the procedure described in Section 11. I ALSO UNDERSTAND THAT, BY SUBMITTING AN APPLICATION, I MAY BE SUBMITTING TO A COLLECTION PROCESS THAT MAY RESULT IN ME REPAYING DEBT, EVEN IF THE ENTITY TO WHOM I OWE SUCH DEBT IS PREVENTED BY LAW FROM BRINGING A LAWSUIT AGAINST ME TO COLLECT THE DEBT. I ACKNOWLEDGE THAT I CAN RECEIVE MY TAX REFUND IN APPROXIMATELY THE SAME AMOUNT OF TIME WITH A DIRECT DEPOSIT BY THE TAXING AUTHORITY OF MY REFUND INTO MY OWN SEPARATE BANK ACCOUNT WITHOUT PAYING ANY REFUND ACCOUNT FEE. IF I HAVE ANY QUESTIONS CONCERNING ANY DEBT I OWE TO HRBB OR H&R BLOCK, INCLUDING WHETHER I OWE ANY SUCH DEBT AND, IF SO, THE SPECIFIC AMOUNT OF SUCH DEBT, I SHOULD CONTACT HRBB AT 1-877-934-1328 PRIOR TO APPLYING FOR A RAC OR AT ANY TIME THEREAFTER. A TELEPHONE WILL BE MADE AVAILABLE FOR MY USE IF I WISH TO DO SO.

_Catherine M. Gaddy_
(Applicant Signature)                           01/24/11
                                               Date

_____
(Joint Applicant Signature)                    _____      130036
                                               Date        Witness

Want to check the status of your refund? Call **1-866-761-1040** 24 hours a day. If the IRS has released your refund and you have not received your money, call 1-800-HRBLOCK (1-800-472-5625).

-1-                                            TS11 RAC H730002

**H&R BLOCK®**
bank

APPLICATION FOR REFUND ANTICIPATION CHECK(S) AND REFUND DEPOSIT ACCOUNT

WRITE HERE ▶ Applicant's Name _Maggie Murchio_____ Date of Birth _____ /_____ (MM/YY)

WRITE HERE ▶ Joint Applicant's Name _____ Date of Birth _____ /_____ (MM/YY)

I am applying for a refund anticipation check based on my federal tax refund ("Federal RAC") and/or a refund anticipation check based on my state tax refund ("State RAC") (the Federal RAC and State RAC shall jointly and severally be referred to herein as a "RAC") from H&R Block Bank, a federal savings bank ("HRBB"). I am also applying for a Refund Deposit Account ("Refund Account"). In this application (this "Application"), "H&R Block" means HRB Tax Group, Inc., and each of its parents, subsidiaries, affiliates, agents and franchisees.

1. IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT. TO HELP THE GOVERNMENT FIGHT THE FUNDING OF TERRORISM AND MONEY LAUNDERING ACTIVITIES, FEDERAL LAW REQUIRES ALL FINANCIAL INSTITUTIONS TO OBTAIN, VERIFY, AND RECORD INFORMATION THAT IDENTIFIES EACH PERSON WHO OPENS AN ACCOUNT. WHAT THIS MEANS FOR ME: WHEN I OPEN AN ACCOUNT, YOU WILL ASK FOR MY NAME, ADDRESS, DATE OF BIRTH, AND OTHER INFORMATION THAT WILL ALLOW YOU TO IDENTIFY ME. I MAY ALSO BE ASKED TO PRODUCE MY DRIVER'S LICENSE OR OTHER IDENTIFYING DOCUMENTS.

By signing below, I am indicating that I have read, understand, and agree to the terms of this Application above and on the following pages, including but not limited to: (a) Section 2 in which I agree that HRBB may use amounts received from my tax refund to pay certain debts owed to HRBB or H&R Block; and (b) Section 11 in which I agree, upon my or HRBB's election, to arbitrate any Claims that I may have. I also acknowledge that I have 30 days from today's date to reject the Arbitration Provision by following the procedure described in Section 11. I ALSO UNDERSTAND THAT, BY SUBMITTING AN APPLICATION, I MAY BE SUBMITTING TO A COLLECTION PROCESS THAT MAY RESULT IN ME REPAYING DEBT, EVEN IF THE ENTITY TO WHOM I OWE SUCH DEBT IS PREVENTED BY LAW FROM BRINGING A LAWSUIT AGAINST ME TO COLLECT THE DEBT. I ACKNOWLEDGE THAT I CAN RECEIVE MY TAX REFUND IN APPROXIMATELY THE SAME AMOUNT OF TIME WITH A DIRECT DEPOSIT BY THE TAXING AUTHORITY OF MY REFUND INTO MY OWN SEPARATE BANK ACCOUNT WITHOUT PAYING ANY REFUND ACCOUNT FEE. IF I HAVE ANY QUESTIONS CONCERNING ANY DEBT I OWE TO HRBB OR H&R BLOCK, INCLUDING WHETHER I OWE ANY SUCH DEBT AND, IF SO, THE SPECIFIC AMOUNT OF SUCH DEBT, I SHOULD CONTACT HRBB AT 1-877-934-1328 PRIOR TO APPLYING FOR A RAC OR AT ANY TIME THEREAFTER. A TELEPHONE WILL BE MADE AVAILABLE FOR MY USE IF I WISH TO DO SO.

SIGN HERE ▶ _Maggie Murchio_____ (Applicant Signature)    Date _1/81/11_

SIGN HERE ▶ _____ (Joint Applicant Signature)    Date _____    Witness _Deborah Mossett_

Want to check the status of your refund? Call **1-866-761-1040** 24 hours a day. If the IRS has released your refund and you have not received your money, call **1-800-HRBLOCK (1-800-472-5625)**.

TS11 RAC H730002

**HRB COPY PAGE 3**

SA 22

**H&R BLOCK®** bank     APPLICATION FOR REFUND ANTICIPATION CHECK(S) AND REFUND DEPOSIT ACCOUNT

**WRITE HERE →** Applicant's Name _Charles Gasqur_        Date of Birth ___/___ (MM/YY)

**WRITE HERE →** Joint Applicant's Name _____        Date of Birth ___/___ (MM/YY)

I am applying for a refund anticipation check based on my federal tax refund ("Federal RAC") and/or a refund anticipation check based on my state tax refund ("State RAC") (the Federal RAC and State RAC shall jointly and severally be referred to herein as a "RAC") from H&R Block Bank, a federal savings bank ("HRBB"). I am also applying for a Refund Deposit Account ("Refund Account"). In this application (this "Application"), "H&R Block" means HRB Tax Group, Inc., and each of its parents, subsidiaries, affiliates, agents and franchisees.

1. IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT. TO HELP THE GOVERNMENT FIGHT THE FUNDING OF TERRORISM AND MONEY LAUNDERING ACTIVITIES, FEDERAL LAW REQUIRES ALL FINANCIAL INSTITUTIONS TO OBTAIN, VERIFY, AND RECORD INFORMATION THAT IDENTIFIES EACH PERSON WHO OPENS AN ACCOUNT. WHAT THIS MEANS FOR ME: WHEN I OPEN AN ACCOUNT, YOU WILL ASK FOR MY NAME, ADDRESS, DATE OF BIRTH, AND OTHER INFORMATION THAT WILL ALLOW YOU TO IDENTIFY ME. I MAY ALSO BE ASKED TO PRODUCE MY DRIVER'S LICENSE OR OTHER IDENTIFYING DOCUMENTS.

By signing below, I am indicating that I have read, understand, and agree to the terms of this Application above and on the following pages, including but not limited to: (a) Section 2 in which I agree that HRBB may use amounts received from my tax refund to pay certain debts owed to HRBB or H&R Block; and (b) Section 11 in which I agree, upon my or HRBB's election, to arbitrate any Claims that I may have. I also acknowledge that I have 30 days from today's date to reject the Arbitration Provision by following the procedure described in Section 11. I ALSO UNDERSTAND THAT, BY SUBMITTING AN APPLICATION, I MAY BE SUBMITTING TO A COLLECTION PROCESS THAT MAY RESULT IN ME REPAYING DEBT, EVEN IF THE ENTITY TO WHOM I OWE SUCH DEBT IS PREVENTED BY LAW FROM BRINGING A LAWSUIT AGAINST ME TO COLLECT THE DEBT. I ACKNOWLEDGE THAT I CAN RECEIVE MY TAX REFUND IN APPROXIMATELY THE SAME AMOUNT OF TIME WITH A DIRECT DEPOSIT BY THE TAXING AUTHORITY OF MY REFUND INTO MY OWN SEPARATE BANK ACCOUNT WITHOUT PAYING ANY REFUND ACCOUNT FEE. IF I HAVE ANY QUESTIONS CONCERNING ANY DEBT I OWE TO HRBB OR H&R BLOCK, INCLUDING WHETHER I OWE ANY SUCH DEBT AND, IF SO, THE SPECIFIC AMOUNT OF SUCH DEBT, I SHOULD CONTACT HRBB AT 1-877-934-1328 PRIOR TO APPLYING FOR A RAC OR AT ANY TIME THEREAFTER. A TELEPHONE WILL BE MADE AVAILABLE FOR MY USE IF I WISH TO DO SO.

**SIGN HERE →** _Charles Gasque_ (Applicant Signature)        Date _1/29/11_

**SIGN HERE →** _____ (Joint Applicant Signature)        Date _____        Witness

Want to check the status of your refund? Call **1-866-761-1040** 24 hours a day. If the IRS has released your refund and you have not received your money, call 1-800-HRBLOCK (1-800-472-5625).

TS11 RAC H730002

| **HRB COPY PAGE 3** | |

SA 23

**H&R BLOCK®** bank        APPLICATION FOR REFUND ANTICIPATION CHECK(S) AND REFUND DEPOSIT ACCOUNT

**WRITE HERE** ➡ Applicant's Name _Rene Hernandez_    Date of Birth ___ , ___ (MM/YY)

**WRITE HERE** ➡ Joint Applicant's Name _Helen Hernandez_ Date of Birth ___ , ___ (MM/YY)

I am applying for a refund anticipation check based on my federal tax refund ("Federal RAC") and/or a refund anticipation check based on my state tax refund ("State RAC") (the Federal RAC and State RAC shall jointly and severally be referred to herein as a "RAC") from H&R Block Bank, a federal savings bank ("HRBB"). I am also applying for a Refund Deposit Account ("Refund Account"). In this application (this "Application"), "H&R Block" means HRB Tax Group, Inc., and each of its parents, subsidiaries, affiliates, agents and franchisees.

1. IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT. TO HELP THE GOVERNMENT FIGHT THE FUNDING OF TERRORISM AND MONEY LAUNDERING ACTIVITIES, FEDERAL LAW REQUIRES ALL FINANCIAL INSTITUTIONS TO OBTAIN, VERIFY, AND RECORD INFORMATION THAT IDENTIFIES EACH PERSON WHO OPENS AN ACCOUNT. WHAT THIS MEANS FOR ME: WHEN I OPEN AN ACCOUNT, YOU WILL ASK FOR MY NAME, ADDRESS, DATE OF BIRTH, AND OTHER INFORMATION THAT WILL ALLOW YOU TO IDENTIFY ME. I MAY ALSO BE ASKED TO PRODUCE MY DRIVER'S LICENSE OR OTHER IDENTIFYING DOCUMENTS.

By signing below, I am indicating that I have read, understand, and agree to the terms of this Application above and on the following pages, including but not limited to: (a) Section 2 in which I agree that HRBB may use amounts received from my tax refund to pay certain debts owed to HRBB or H&R Block; and (b) Section 11 in which I agree, upon my or HRBB's election, to arbitrate any Claims that I may have. I also acknowledge that I have 30 days from today's date to reject the Arbitration Provision by following the procedure described in Section 11. I ALSO UNDERSTAND THAT, BY SUBMITTING AN APPLICATION, I MAY BE SUBMITTING TO A COLLECTION PROCESS THAT MAY RESULT IN ME REPAYING DEBT, EVEN IF THE ENTITY TO WHOM I OWE SUCH DEBT IS PREVENTED BY LAW FROM BRINGING A LAWSUIT AGAINST ME TO COLLECT THE DEBT. I ACKNOWLEDGE THAT I CAN RECEIVE MY TAX REFUND IN APPROXIMATELY THE SAME AMOUNT OF TIME WITH A DIRECT DEPOSIT BY THE TAXING AUTHORITY OF MY REFUND INTO MY OWN SEPARATE BANK ACCOUNT WITHOUT PAYING ANY REFUND ACCOUNT FEE. IF I HAVE ANY QUESTIONS CONCERNING ANY DEBT I OWE TO HRBB OR H&R BLOCK, INCLUDING WHETHER I OWE ANY SUCH DEBT AND, IF SO, THE SPECIFIC AMOUNT OF SUCH DEBT, I SHOULD CONTACT HRBB AT 1-877-934-1328 PRIOR TO APPLYING FOR A RAC OR AT ANY TIME THEREAFTER. A TELEPHONE WILL BE MADE AVAILABLE FOR MY USE IF I WISH TO DO SO.

**SIGN HERE** ➡ X _Rene R. Hernandez_    _1-25-11_
(Applicant Signature)                    Date

**SIGN HERE** ➡ _Helen Hernandez_    _1/25/11_    _Witness signature_
(Joint Applicant Signature)              Date        Witness

Want to check the status of your refund? Call **1-866-761-1040** 24 hours a day. If the IRS has released your refund and you have not received your money, call 1-800-HRBLOCK (1-800-472-5625).

TS11 RAC H730002

**HRB COPY PAGE 3**

SA 24

**H&R BLOCK**
bank

APPLICATION FOR REFUND ANTICIPATION CHECK(S) AND REFUND DEPOSIT ACCOUNT

**WRITE HERE** ➡ Applicant's Name *Pamela Hill*  Date of Birth ___ / ___ (MM/YY)

**WRITE HERE** ➡ Joint Applicant's Name _____  Date of Birth ____ / ____ (MM/YY)

I am applying for a refund anticipation check based on my federal tax refund ("Federal RAC") and/or a refund anticipation check based on my state tax refund ("State RAC") (the Federal RAC and State RAC shall jointly and severally be referred to herein as a "RAC") from H&R Block Bank, a federal savings bank ("HRBB"). I am also applying for a Refund Deposit Account ("Refund Account"). In this application (this "Application"), "H&R Block" means HRB Tax Group, Inc., and each of its parents, subsidiaries, affiliates, agents and franchisees.

1. IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT. TO HELP THE GOVERNMENT FIGHT THE FUNDING OF TERRORISM AND MONEY LAUNDERING ACTIVITIES, FEDERAL LAW REQUIRES ALL FINANCIAL INSTITUTIONS TO OBTAIN, VERIFY, AND RECORD INFORMATION THAT IDENTIFIES EACH PERSON WHO OPENS AN ACCOUNT. WHAT THIS MEANS FOR ME: WHEN I OPEN AN ACCOUNT, YOU WILL ASK FOR MY NAME, ADDRESS, DATE OF BIRTH, AND OTHER INFORMATION THAT WILL ALLOW YOU TO IDENTIFY ME. I MAY ALSO BE ASKED TO PRODUCE MY DRIVER'S LICENSE OR OTHER IDENTIFYING DOCUMENTS.

By signing below, I am indicating that I have read, understand, and agree to the terms of this Application above and on the following pages, including but not limited to: (a) Section 2 in which I agree that HRBB may use amounts received from my tax refund to pay certain debts owed to HRBB or H&R Block; and (b) Section 11 in which I agree, upon my or HRBB's election, to arbitrate any Claims that I may have. I also acknowledge that I have 30 days from today's date to reject the Arbitration Provision by following the procedure described in Section 11. I ALSO UNDERSTAND THAT, BY SUBMITTING AN APPLICATION, I MAY BE SUBMITTING TO A COLLECTION PROCESS THAT MAY RESULT IN ME REPAYING DEBT, EVEN IF THE ENTITY TO WHOM I OWE SUCH DEBT IS PREVENTED BY LAW FROM BRINGING A LAWSUIT AGAINST ME TO COLLECT THE DEBT. I ACKNOWLEDGE THAT I CAN RECEIVE MY TAX REFUND IN APPROXIMATELY THE SAME AMOUNT OF TIME WITH A DIRECT DEPOSIT BY THE TAXING AUTHORITY OF MY REFUND INTO MY OWN SEPARATE BANK ACCOUNT WITHOUT PAYING ANY REFUND ACCOUNT FEE. IF I HAVE ANY QUESTIONS CONCERNING ANY DEBT I OWE TO HRBB OR H&R BLOCK, INCLUDING WHETHER I OWE ANY SUCH DEBT AND, IF SO, THE SPECIFIC AMOUNT OF SUCH DEBT, I SHOULD CONTACT HRBB AT 1-877-934-1328 PRIOR TO APPLYING FOR A RAC OR AT ANY TIME THEREAFTER. A TELEPHONE WILL BE MADE AVAILABLE FOR MY USE IF I WISH TO DO SO.

**SIGN HERE** ➡ _(Applicant Signature)_   1-20-11  Date

**SIGN HERE** ➡ _(Joint Applicant Signature)_   1-20-11  Date   Witness

Want to check the status of your refund? Call **1-866-761-1040** 24 hours a day. If the IRS has released your refund and you have not received your money, call 1-800-HRBLOCK (1-800-472-5625).

TS11 RAC H730002

**HSBC** ⬤❌   APPLICATION FOR REFUND ANTICIPATION CHECK(S) AND REFUND DEPOSIT ACCOUNT

Applicant's Name _____ Date of Birth _____/_____(MM/YY)

Joint Applicant's Name _____ Date of Birth _____/_____(MM/YY)

I am applying for a refund anticipation check based on my federal tax refund ("Federal RAC") and/or a refund anticipation check based on my state tax refund ("State RAC") as I have indicated separately (the Federal RAC and State RAC shall jointly and severally be referred to herein as a "RAC") from (a) HSBC Bank USA, National Association, if the office in which this application was obtained is located in California, Connecticut, Delaware, Washington, D.C., Florida, Illinois, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Virginia, or Washington, or (b) HSBC Trust Company (Delaware), National Association, if the office in which this application is submitted is in any other location (the applicable entity shall hereinafter be referred to as "HSBC") in the maximum amount for which HSBC will approve me. I am also applying for a Refund Deposit Account ("Refund Account"). In this application ("Application"), "HSBC TFS" means HSBC Taxpayer Financial Services Inc. "H&R Block" means each of HRB Tax Group, Inc. and each of its parents, affiliates and subsidiaries (and franchisees thereof);

1. IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT. TO HELP THE GOVERNMENT FIGHT THE FUNDING OF TERRORISM AND MONEY LAUNDERING ACTIVITIES, FEDERAL LAW REQUIRES ALL FINANCIAL INSTITUTIONS TO OBTAIN, VERIFY, AND RECORD INFORMATION THAT IDENTIFIES EACH PERSON WHO OPENS AN ACCOUNT. WHAT THIS MEANS FOR ME: WHEN I OPEN AN ACCOUNT, YOU WILL ASK FOR MY NAME, ADDRESS, DATE OF BIRTH, AND OTHER INFORMATION THAT WILL ALLOW YOU TO IDENTIFY ME. I MAY ALSO BE ASKED TO PRODUCE MY DRIVER'S LICENSE OR OTHER IDENTIFYING DOCUMENTS.

By signing below, I am indicating that I have read, understand, and agree to the terms of this Application above and on the following pages, including but not limited to: (a) Section 2 in which I agree that HSBC may use amounts received from my tax refund to pay certain debts; and (b) Section 11 in which I agree, upon my or HSBC's election, to arbitrate any Claims that I may have. I also acknowledge that I have 30 days from today's date to reject the Arbitration Provision by following the procedure described in Section 11. I ALSO UNDERSTAND THAT, BY SUBMITTING AN APPLICATION, I MAY BE SUBMITTING TO A COLLECTION PROCESS THAT MAY RESULT IN ME REPAYING DEBT, EVEN IF THE ENTITY TO WHOM I OWE SUCH DEBT IS PREVENTED BY LAW FROM BRINGING A LAWSUIT AGAINST ME TO COLLECT THE DEBT. I ACKNOWLEDGE THAT I CAN RECEIVE MY TAX REFUND IN APPROXIMATELY THE SAME AMOUNT OF TIME WITH A DIRECT DEPOSIT BY THE TAXING AUTHORITY OF MY REFUND INTO MY OWN SEPARATE BANK ACCOUNT WITHOUT PAYING ANY REFUND ACCOUNT FEE. IF I HAVE ANY QUESTIONS CONCERNING ANY DEBT I OWE TO HSBC AND/OR ITS AFFILIATES, H&R BLOCK, AND/OR THEIR ASSIGNS, INCLUDING WHETHER I OWE ANY SUCH DEBT AND, IF SO, THE SPECIFIC AMOUNT OF SUCH DEBT, I SHOULD CONTACT HSBC AT 1-888-227-4731 PRIOR TO APPLYING FOR A RAC OR AT ANY TIME THEREAFTER. A TELEPHONE WILL BE MADE AVAILABLE FOR MY USE IF I WISH TO DO SO.

_____     _____
(Applicant Signature)                               Date

_____     _____     _____
(Joint Applicant Signature)                        Date                       Witness



Want to know the status of the account? Get the fastest response by visiting HSBC TFS online at www.hsbctfscustomer.com 24 hours a day! Customer support is available by calling 1-888-832-5625.

-1-                                                                     TS10 RAC H330002

**CLIENT COPY**

SA 26

2. Payment of Other Debt. IF ANY STATE LAW DOES NOT PERMIT THE REPAYMENT OF ANY OF THE DEBTS LISTED BELOW IN THE MANNER SET FORTH, THE PROVISIONS OF THIS SECTION RELATING TO THOSE DEBTS SHALL NOT APPLY IN THOSE STATES.

With respect to any Instant Money Advance Loan or other loan made in the period from November through January based on an estimated tax refund or an earnings statement and made by HSBC or its affiliate to me before my tax return is filed, by whatever specific name used, made in prior years, and provided that such debt has not been discharged in bankruptcy, I authorize and direct the repayment of such debt, calculated as of the date of the Application, by means of having such debt deducted from the proceeds of the Federal RAC, or having the request for a Federal RAC denied or the Federal RAC reduced and having such debt repaid to those entities by offset or otherwise from my tax refund directly transmitted into the Refund Account with HSBC.

With respect to any delinquent debt on a RAL or electronic refund advance made by HSBC and/or its affiliates to me, by whatever specific name used, and provided that such debt has not been discharged in bankruptcy, I authorize and direct the repayment of such debt, calculated as of the date of the Application, by means of having such debt deducted from the proceeds of the Federal RAC, or having the request for a Federal RAC denied or the Federal RAC reduced and having such debt repaid to those entities by offset or otherwise from my tax refund directly transmitted into the Refund Account with HSBC.

With respect to any delinquent debt I owe to H&R Block from prior years, and provided that such debt has not been discharged in bankruptcy, I authorize and direct the repayment of such debt, calculated as of the date of the Application, by means of having such debt deducted from the proceeds of the Federal RAC, or having the request for a Federal RAC denied or the Federal RAC reduced and having such debt repaid to those entities by offset or otherwise from my tax refund directly transmitted into the Refund Account with HSBC.

Before forwarding payment for a debt I owe, HSBC will provide me with written notice of the amount of the debt and the right to notify HSBC that I dispute the debt, or any part of it, for 30 days after I receive the notice. If I dispute the debt, HSBC will not forward payment during this 30-day period, unless and until HSBC obtains verification of the debt and mails a copy to me.

If I owe delinquent debt to more than one of the entities listed above, and if I choose to repay such debt through this process, I authorize and direct HSBC to pay such debts in the following order: H&R Block, HSBC, HSBC and/or its affiliates, (or to their respective assigns). I also authorize and instruct HSBC and/ or its affiliates, H&R Block, and their assigns to disclose to each other information about their respective experiences concerning present and prior RALs, RACs or similar financial services.

PLEASE NOTE: *If I have delinquent debt, I understand that HSBC or its servicer may be acting as a debt collector to collect a debt and that any information obtained will be used for that purpose.*

*Please Note:* If I have any questions concerning any debt I owe to HSBC and/or its affiliates, H&R Block, and/or their assigns, including whether I owe any such debt and, if so, the specific amount of such debt, I should contact HSBC at 1-888-227-4731 prior to applying for a RAC or at any time thereafter. A telephone will be made available for my use if I wish to do so.

3. Applicable Law. This Application and all the other documents executed in connection with this Application or my Bank Product (collectively, "Documents") shall be governed by and construed, interpreted, and enforced in accordance with federal law and, to the extent state law applies, (a) the law of the State of Delaware

(without reference to conflict of laws principles) if I am applying to HSBC Trust Company (Delaware), N.A., or (b) the law of the State of Virginia (without reference to conflict of laws principles) if I am applying to HSBC Bank USA, National Association.

4. Important Information About RACs. I understand that: (a) a Federal RAC delivers an amount equal to my federal tax refund, less a $29.95 refund account fee paid to HSBC and, if not otherwise deducted from my State RAC, fees owed to H&R Block and other authorized fees. The IRS normally makes an electronic deposit in an average of about 12 days after an electronic filing. I can receive my federal tax refund in approximately the same amount of time with a direct deposit by the IRS of my refund into my own separate bank account without paying the $29.95 refund account fee. (b) a State RAC delivers an amount equal to my state tax refund, less a fee of $13 paid to HSBC and, if not otherwise deducted from my Federal RAC, fees owed to H&R Block and other authorized fees. I can receive my state tax refund in approximately the same amount of time with a direct deposit by the state taxing authority into my own separate bank account without paying the $13 fee. (c) I can file my tax returns electronically without obtaining a RAC; (d) the IRS and state taxing authority will send me a refund check or electronically deposit my refund to my existing bank account; (e) the IRS normally makes an electronic deposit in an average of about 13 days after an electronic filing. The IRS plans to process some tax returns this year using an expedited process, and this expedited process can shorten the time the IRS needs to process tax returns. HSBC does not know in advance which returns will be selected by the IRS for this treatment. (f) I will not receive the proceeds of a RAC until HSBC receives my tax refund issued by the taxing authority; and (g) HSBC cannot guarantee when any proceeds of a RAC or a tax refund will be available to me.

5. Deposit Authorization. (a) After I sign my Application, H&R Block will electronically transmit my tax return to the taxing authority and my Application to HSBC. I understand that I will sign a deposit authorization to the taxing authority (the "Deposit Authorization") as part of my Application and electronic tax filing, and that the Deposit Authorization and this Application provide an irrevocable agreement to have my tax refund disbursed to HSBC, and irrevocably transfers to HSBC all of my rights, title, and interest in the proceeds of my tax refund for purposes of the RAC I have requested and other purposes authorized by this Application. (b) If my Application is denied, and HSBC receives my tax refund, HSBC will forward to me promptly any proceeds of my refund after deducting amounts permitted by this Agreement, except that, if HSBC is unable to verify my identity or if the Application is missing certain information, HSBC may send my tax refund back to the taxing authority. (c) In the event a RAC is not issued, I still owe and agree to pay any fees owed to H&R Block and Refund Account fees. If a RAC is issued, HSBC will look only to amounts received into the Refund Account, up to the amount of the RAC, as the consideration for the RAC.

6. Refund Account. (a) I request that a Refund Account be opened at HSBC upon HSBC's receipt of my tax refund for the purposes of ensuring the disbursement of my RAC and other amounts described in the Documents. The Annual Percentage Yield and interest rate on the Refund Account will be 0%. This means I will not receive any interest on funds in the Refund Account. I understand that I cannot make withdrawals from the Refund Account and that the funds in the Refund Account will be disbursed only as expressly provided in the Documents, except that the applicants agree that HSBC may later change the disbursement method at the request of one of the applicants. (b) HSBC may deduct any amounts I owe HSBC or H&R Block or their affiliates from my tax refund, any funds received in the Refund Account, and any proceeds of a RAC. I understand and agree that I must pay for the tax preparation and any related services H&R Block provides when I pick my check, when funds are loaded on my H&R Block Emerald MasterCard, or when HSBC electronically transfers my proceeds to me or to another entity at my direction, but in no event more than 20 days after H&R Block e-files my tax return. HSBC also

-2-

CLIENT COPY

may withdraw amounts deposited into the Refund Account from my tax refund to pay any check I receive for a RAC that I endorse and present for payment or to disburse money to me in accordance with my Application. (c) I will not receive a periodic statement for the Refund Account, but I will receive notice if funds in the Refund Account are not sufficient to disburse my RAC or are used for any purpose other than disbursement of my RAC. HSBC may, immediately after disbursement of all funds in the Refund Account, close the account without further notice to or authorization from me.

7. <u>Refund Account Fees</u>. If I apply for a Federal RAC, I will pay HSBC a fee of $29.95 for the administration of the Refund Account and if I apply for a State RAC, I will pay HSBC a fee of $13 for the administration of the Refund Account (each a "Refund Account Fee"). I irrevocably commit to pay the Refund Account Fee after the Deposit Authorization is filed with the taxing authority regardless of whether my Application is approved or denied. The Refund Account Fee is not imposed directly or indirectly as an incident to or condition of any extension of credit. I can avoid the Refund Account Fee if I direct that my tax refund not be deposited to HSBC before filing my Deposit Authorization with the taxing authority.

8. <u>No Fiduciary Duty</u>. I understand that for various fees received, H&R Block is acting only as my tax preparer (if applicable), my electronic filer, and the deliverer of checks or H&R Block Emerald Prepaid MasterCard (Emerald Card) with respect to this RAC transaction, and for other related services. I further understand that H&R Block and HSBC are not acting in a fiduciary or confidential capacity with respect to me in connection with this transaction and that H&R Block has no other duties to me beyond the preparation of my tax return (if applicable), the transmission of my tax return information to HSBC, the electronic filing of my tax return with the taxing authority, notifying me of the availability of the proceeds of my RAC, and the delivery of checks or Emerald Card for my RAC (if applicable). I further understand that H&R Block has been appointed agent of HSBC in connection with this Application and the RAC. I further understand that H&R Block will receive payments from HSBC, HSBC TFS, or their affiliates in connection with a RAC. I acknowledge that I have independently evaluated and decided to apply for a RAC, and that I am not relying on any recommendation from H&R Block.

9. <u>Disclosure Information</u>. (a) "Information" means my 2009 federal and state income tax returns, any information obtained in connection with my tax return (including information relating to a possible offset of my tax refund or the possibility that my tax return is incorrect), and any information relating to my Application or a RAC, RAL, or similar financial service I have received or requested from HSBC. (b) "Authorized Parties" means HSBC, HSBC TFS, H&R Block, my Transmitter, and their respective affiliates and agents. (c) The Authorized Parties may share Information to process my Application, to determine whether to provide a RAC, to provide RACs to me, to collect delinquent RALs, or H&R Block fees, to prevent fraud, and to otherwise administer or promote the program for RACs. (d) The Authorized Parties may disclose Information to the IRS, state taxing authorities and other financial institutions that provide RACs, RALs or other financial services. (e) The Authorized Parties may call, or input my Information on any website of, the IRS or state taxing authorities in connection with my Application to, among other things, determine the status of my tax return. The IRS and state taxing authorities may disclose information about me and my tax returns to the Authorized Parties.

10. <u>Check Fee</u>. If I choose to receive my proceeds by check, I will pay one check processing fee of $20 to HSBC.

11. <u>Arbitration Provision</u>. IF YOU APPLY FOR A RAC IN A STATE THAT PROHIBITS ARBITRATION OR CLASS ACTION WAIVERS FOR RAC RELATED CLAIMS, THE FOLLOWING SECTION SHALL NOT APPLY TO CLAIMS RELATING TO YOUR RAC TRANSACTION.

Any claim, dispute or controversy between me and HSBC (as specifically defined below for purposes of this Arbitration Provision), whether in contract or tort (intentional or otherwise),

whether pre-existing, present or future, and including constitutional, statutory, common law, regulatory, and equitable claims arising out of or in any way relating to (a) any of these or any other Documents or any RAC or RAL that I have previously requested or received from HSBC, (b) advertisements, promotions, or oral or written statements related to this or any other Application for a RAC or RAL or any RAC or RAL that I have previously requested or received from HSBC, (c) the relationship of HSBC and me relating to any of these or any other Documents or any RAL or RAC that I have previously requested or received from HSBC; and (d) except as provided below, the validity, enforceability or scope of this Arbitration Provision or any part thereof, including, but not limited to, the issue of whether any particular claim, dispute or controversy must be submitted to arbitration (collectively the "Claim"), shall be resolved, upon the election of either me or HSBC, by binding arbitration pursuant to this Arbitration Provision and the applicable rules of either the American Arbitration Association ("AAA") or JAMS in effect at the time the Claim is filed. I shall have the right to select one of these arbitration administrators (the "Administrator"). In the event of a conflict between this Arbitration Provision and the rules of the Administrator, this Arbitration Provision shall govern. In the event of a conflict between this Arbitration Provision and the balance of this Application or any other Documents, this Arbitration Provision shall govern..

HSBC hereby agrees not to invoke its right to arbitrate an individual Claim I may bring in small claims court or an equivalent court, if any, so long as the Claim is pending only in that court. No class actions or private attorney general actions in court or in arbitration or joinder or consolidation of claims in court or in arbitration with other persons are permitted without the consent of HSBC and me. The validity and effect of the preceding sentence (hereinafter referred to as the "class action waiver provision") shall be determined exclusively by a court and not by the Administrator or any arbitrator. Neither the Administrator nor any arbitrator shall have the power or authority to waive, modify or fail to enforce the Class Action Waiver Provision, and any attempt to do so, whether by rule, policy, arbitration decision or otherwise, shall be invalid and unenforceable.

Any arbitration hearing that I attend will take place in a location that is reasonably convenient for me. If I object to the fees charged by the Administrator or arbitrator, HSBC will consider in good faith any reasonable written request for HSBC to bear up to all the fees charged by the Administrator and/or arbitrator. Also, HSBC will pay any fees or expenses HSBC is required to pay by law or required to pay so that a court will enforce this Arbitration Provision. Each party must pay for that party's own attorneys, experts, and witnesses, provided that HSBC will pay all such reasonable fees and costs I incur if I am the prevailing party and/or where required by applicable law and/or the Administrator's rules.

This Arbitration Provision is made pursuant to a transaction involving interstate commerce, and shall be governed by the Federal Arbitration Act, 9 U.S.C. Sections 1-16 (the "FAA"). The arbitrator shall follow and apply applicable substantive law to the extent consistent with the FAA, statutes of limitation and claims of privilege and shall be authorized to award all remedies permitted by applicable substantive law, including, without limitation, compensatory, statutory and punitive damages (which will be governed by the Constitutional standards applicable in judicial proceedings), declaratory, injunctive and other equitable relief and attorneys' fees and costs. Upon request of either party, the arbitrator shall prepare a short reasoned written opinion supporting the arbitration award. Judgment upon the award may be entered in any court having jurisdiction. The arbitrator's award will be final and binding except for: (a) any appeal right under the FAA; and (b) any appeal of Claims involving more than $100,000. For such Claims, any party may appeal the award to a three-arbitrator panel appointed by the Administrator, which will reconsider de novo (i.e., in its entirety) any aspect or all aspects of the initial award that is appealed. The panel's decision will be final and binding, except for any appeal right under the FAA. Unless applicable law provides otherwise, the appealing party will pay

the appeal's costs (i.e., the amounts owed to the Administrator and the arbitrators), regardless of its outcome. However, HSBC will consider in good faith any reasonable request for HSBC to bear up to the full costs of the appeal. Nothing in this Arbitration Provision shall be construed to prevent HSBC's use of offset or other contractual rights involving payment of my income tax refund or other amount on deposit with HSBC to pay off any RAC, RAL, or similar financial service, or H&R Block or other fees, now or thereafter owed by me to HSBC or H&R Block or third party pursuant to the Documents or similar prior documents, and nothing in this Arbitration Provision shall be construed to prevent me from going to court to enjoin HSBC from exercising such offset or other contractual rights.

I ACKNOWLEDGE THAT I HAVE A RIGHT TO LITIGATE CLAIMS IN COURT BEFORE A JUDGE OR JURY, BUT I PREFER TO RESOLVE ANY SUCH CLAIMS THROUGH ARBITRATION AND HEREBY KNOWINGLY AND VOLUNTARILY WAIVE MY RIGHTS TO LITIGATE SUCH CLAIMS IN COURT BEFORE A JUDGE OR JURY, UPON ELECTION OF ARBITRATION BY HSBC OR BY ME. I ACKNOWLEDGE THAT I WILL NOT HAVE THE RIGHT TO PARTICIPATE AS A REPRESENTATIVE OR MEMBER OF ANY CLASS OF CLAIMANTS IN COURT OR IN ARBITRATION OR AS PART OF A PRIVATE ATTORNEY GENERAL ACTION IN COURT OR IN ARBITRATION PERTAINING TO ANY CLAIM SUBJECT TO ARBITRATION.

This Arbitration Provision shall supersede all prior Arbitration Provisions contained in any previous RAC or RAL application or related agreement and shall survive repayment of any RAC or RAL and termination of my account; provided, however, that if I reject this Arbitration Provision as set forth below, any prior Arbitration Provisions shall remain in full force and effect. If any portion of this Arbitration Provision is deemed invalid or unenforceable, it will not invalidate the remaining portions of this Arbitration Provision. However, if a determination is made that the Class Action Waiver Provision is unenforceable, this Arbitration Provision (other than this sentence) and any prior Arbitration Provision shall be null and void, subject to HSBC's right to appeal the court order invalidating the Class Action Waiver Provision. The validity and effect of the preceding sentence shall be determined exclusively by a court and not by the Administrator or any arbitrator.

To reject this Arbitration Provision, I must send HSBC, c/o HSBC Taxpayer Financial Services Inc., Account Research, P.O. Box 15047, Wilmington, DE 19850, a signed writing ("Rejection Notice") that is received within thirty (30) days after the date I sign this Application. The Rejection Notice must identify the transaction involved and must include my name, address, and social security number and must be signed by all persons signing this Application as Applicant(s). I may send the Rejection Notice in any manner I see fit as long as it is received at the specified address within the specified time. No other methods can be used to reject the Arbitration Agreement. If the Rejection Notice is sent on my behalf by a third party, such third party must include evidence of his or her authority to submit the Rejection Notice on my behalf.

As used in this Arbitration Provision, the term "HSBC" shall mean HSBC Bank USA, National Association, HSBC Trust Company (Delaware), National Association, HSBC TFS, Household Bank, f.s.b., Beneficial National Bank, and HRB Tax Group, Inc., and each of their parents, wholly or majority-owned subsidiaries, affiliates, or predecessors, successors, assigns and the franchisees of any of them, and each of their officers, directors, agents, and employees.

Contacting Arbitration Administrators: If I have a question about the arbitration administrators mentioned in this Arbitration Provision or if I would like to obtain a copy of their arbitration rules, I can contact them as follows: American Arbitration Association, 1633 Broadway, Floor 10, New York, NY 10019, JAMS, 620 Eighth Ave., 34th Floor, New York, NY 10018, www.jamsadr.org.

12. Survival. The provisions of the Application shall survive the disbursement of funds.

13. Miscellaneous. (a) References to "I" or "me" or "my" in the Documents shall refer individually to each applicant for a RAC and to both applicants, and the obligations of such individuals under the Documents will be joint and several. The filing of an injured spouse form shall not relieve either applicant of any such obligations under the Documents. (b) If any provision of the Documents or part thereof is deemed invalid, such invalidity will not affect any other provision of the Documents or part thereof. (c) HSBC may obtain information from third parties in connection with evaluating my Application. (d) HSBC may transfer, sell, participate, or assign all or a portion of any rights, duties, or obligations relating to a RAC to a third party, H&R Block, or an affiliate of HSBC, without notice to me or my consent. (e) Supervisory personnel of HSBC or its agents may listen to and record my telephone calls. (f) I agree that you may send any notices and billing statements to the address of the primary applicant and not to the address of the joint applicant if such address is different. (g) I acknowledge that HSBC or its affiliate may reimburse H&R Block for certain of its out-of-pocket expenses. (h) I understand you are committed to providing me with additional financial education tools and resources. I may access important budgeting, savings and debt management information toll-free through the National Foundation for Credit Counseling at 1-800-388-2227 (English), or 1-800- 682-9832 (español), by visiting YourMoneyCounts. com® (English or español), or by visiting HSBC TFS online at www.hsbctfscustomer.com.

14. Certification. I certify that the following is true: (1) Presently, I do not have a petition (whether voluntary or involuntary) filed and I do not anticipate filing a petition under federal bankruptcy laws. (2) I have not had a RAL with HSBC, or any other RAL lender, from a prior year that has been discharged in bankruptcy.

Want to know the status of the account? Get the fastest response by visiting HSBC TFS online at www.hsbctfscustomer.com 24 hours a day! Customer support is available by calling 1-888-832-5625.

## PRIVACY STATEMENT

### Applicability

This Privacy Statement only applies to refund anticipation checks (" RACs") and refund accounts obtained from (a) HSBC Bank USA, National Association ("HBUS"), if the office in which this application was obtained is located in California, Connecticut, Delaware, Washington, D.C., Florida, Illinois, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Virginia, or Washington, or (b) HSBC Trust Company (Delaware), National Association ("HTCD"), if the office in which this application was obtained is in any other location. These RACs and refund accounts are serviced by HSBC Taxpayer Financial Services Inc. ("TFS"). HBUS, HTCD, and TFS are referred to collectively in this Privacy Statement as "HSBC" and "we". This Privacy Statement applies to an Applicant or Joint Applicant, which are referred to in this Privacy Statement as "you", with respect to any such products and accounts. All other products and accounts with HBUS and HTCD will be governed by the applicable privacy policy issued in connection with those products and accounts.

### Introduction – Our Commitment to You

HSBC is proud to be part of a financial services organization that has been providing superior products and services to its customers for more than 150 years. We greatly appreciate the trust that you and millions of customers have placed in us, and we will protect that trust by continuing to respect the privacy of all our applicants and customers and adhering to this Privacy Statement even if our formal customer relationship ends. This Privacy Statement illustrates our commitment to your privacy and explains our privacy practices to help you understand how we protect and use your information. We may change our privacy practices at any time as permitted by law, and if we do so we will provide you with notice as required.

### How We Handle Information We Collect

It is important for you to know that in order to ensure that our

customers get the very best service and the highest quality products, HSBC collects demographic information (like your name and address) and credit information (like information related to your accounts with us and others). This information comes either directly from you, for instance, from your application and transactions on your account; or, it may come from an outside source such as your credit bureau report. In some instances, we obtain information about you from H&R Block. In addition, if you visit our Internet web site, we may collect certain information about your Internet usage.

Because some of the information we gather is not publicly available, we take great care to ensure that this information is kept safe from unauthorized access, and we would never share the information in violation of any regulation or law. HSBC diligently maintains physical, electronic and procedural safeguards that comply with applicable federal standards to guard your private personal information and to assist us in preventing unauthorized access to that information.

**How We Protect Your Privacy Online**

Our website, www.hsbctfscustomer.com, offers you the opportunity to view your account information in addition to providing general information about our company and products. You may view our Privacy Statement when you visit www.hsbctfscustomer.com and click on the "Privacy & Security" link.

To help us learn which products, services and sections of our websites interest you, and to improve your experience, we use "cookies." Cookies are small files that our web server places on your hard drive to track activity on the website during a browsing session, and across multiple sessions. We also use cookies to "remember" which online service you last logged into, so that we can pre-select that service on your next visit. The cookies we set contain no personal information. Cookies can only track activity on our website, and cannot be read by any non-HSBC websites.

We also work with other third parties to learn more about activity on our website. These vendors use "web beacons," "tracking pixels," "third party cookies" and other similar technologies to gather user demographics and usage patterns, which help us improve the effectiveness of our marketing and of our website design. These vendors do not share any personally identifiable information about you.

**How We Share Information within the HSBC Family of Companies**

At HSBC, we are committed to protecting your privacy. To keep your personal, non-public information both personal and private, we never share your personally identifiable information with affiliated companies for their independent marketing purposes.

We may provide information to affiliated companies to perform operational services related to your account(s), such as collection, fraud control, or other services, and for other purposes permitted by law. The sharing of information with these types of companies is permitted by law. Our affiliated companies are companies related to us by common ownership, and include companies doing business under the names HSBC, HFC, Household, or Beneficial. For Vermont residents, we do not share your information with our affiliated companies, other than information relating to our account transactions and our experiences with you.

**How We Share Information under a Joint Marketing Agreement**

We may also provide your information to non-affiliated financial companies (such as a tax preparer, mortgage banker or insurance service provider) with whom we have a joint marketing agreement. The sharing of information with these types of companies is permitted by law. The information we may share also comes from the sources described above and might include your name, address, phone number, and account experience with us. For California residents, if we share information pursuant to a joint marketing agreement, we will separately mail you a California Privacy Statement.

**How We Share Information with Other Third Parties (Non-Affiliates)**

Except for California or Vermont residents, we also may share information with companies outside of the HSBC family of companies (i.e. Non-Affiliates) that are able to extend special offers or that may provide refund anticipation loans ("RALs") or other tax related financial products in the future that we feel might be of value to you. These companies may be financial services providers (such as RAL lenders) or they may be non-financial companies (such as tax preparers or marketing companies). These offers are typically for products and services that you might not otherwise hear about. The information we may provide Non-Affiliates comes from the sources described above and might include your name, address, phone number, and information about your account with us. For California and Vermont residents, applicable law requires us to obtain your permission in order to share this type of information about you with Non-Affiliates, and so we have chosen not to share your information in this way while you are a resident of California or Vermont.

We may also provide your information to Non-Affiliates that perform operational services for your account such as collection, fraud control, and marketing. The sharing of information with these types of Non-Affiliates is permitted by law. This might include a financial company (such as insurance service provider) or a non-financial company (such as a data processor or Internet service provider) with whom we have a service agreement. The information we may share also comes from the sources described above and might include your name, address, phone number, and account experience with us.

Finally, we may provide your information to Non-Affiliates as permitted by law. These may include credit reporting agencies and companies which provide services related to your account.

YOUR CHOICES TO LIMIT SHARING

**How to Opt-Out of Sharing with Other Third Parties (Non-Affiliates) (Except for residents of California and Vermont)**

If you do not want us to share your non-public personal information with Non-Affiliate companies (unless we are permitted or required by law to do so), please let us know by simply calling us toll-free at 1-800-365-2641. If you have previously informed us of your preference about this account, you do not need to do so again. We will be happy to comply with your "opt-out" request, which will only apply to the HSBC account you have designated by account number by telephone. An opt-out request by any party on a joint account will apply to all parties on the joint account and an opt-out by a Joint Filer or Applicant on the account will apply to both of them. Opt-out requests will not apply to information sharing that is permitted by law. Please allow sufficient time for us to process your request.

Atención clientes hispano-parlantes: esta Declaración de Privacidad proporciona información sobre cómo manejamos información personal no pública de nuestros clientes, las circunstancias en que podemos compartir esa información con otras personas y cómo usted puede pedir que no compartamos esa información con terceros que no sean empresas afiliadas nuestras. Si quiere recibir una traducción al español de la totalidad de la Declaración de Privacidad, comuníquese con nosotros llamando gratis al 1-888-832-5625.

## HSBC ⟨X⟩    APPLICATION FOR REFUND ANTICIPATION CHECK(S) AND REFUND DEPOSIT ACCOUNT

Applicant's Name  _John William Wimbley_  Date of Birth ____/____ (MM/YY)

Joint Applicant's Name  _____  Date of Birth ____/____ (MM/YY)

I am applying for a refund anticipation check based on my federal tax refund ("Federal RAC") and/or a refund anticipation check based on my state tax refund ("State RAC") as I have indicated separately (the Federal RAC and State RAC shall jointly and severally be referred to herein as a "RAC") from (a) HSBC Bank USA, National Association, if the office in which this application was obtained is located in California, Connecticut, Delaware, Washington, D.C., Florida, Illinois, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Virginia, or Washington, or (b) HSBC Trust Company (Delaware), National Association, if the office in which this application is submitted is in any other location (the applicable entity shall hereinafter be referred to as "HSBC") in the maximum amount for which HSBC will approve me. I am also applying for a Refund Deposit Account ("Refund Account"). In this application ("Application"), "HSBC TFS" means HSBC Taxpayer Financial Services Inc. "H&R Block" means each of HRB Tax Group, Inc. and each of its parents, affiliates and subsidiaries (and franchises thereof);

1. IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT. TO HELP THE GOVERNMENT FIGHT THE FUNDING OF TERRORISM AND MONEY LAUNDERING ACTIVITIES, FEDERAL LAW REQUIRES ALL FINANCIAL INSTITUTIONS TO OBTAIN, VERIFY, AND RECORD INFORMATION THAT IDENTIFIES EACH PERSON WHO OPENS AN ACCOUNT. WHAT THIS MEANS FOR ME: WHEN I OPEN AN ACCOUNT, YOU WILL ASK FOR MY NAME, ADDRESS, DATE OF BIRTH, AND OTHER INFORMATION THAT WILL ALLOW YOU TO IDENTIFY ME. I MAY ALSO BE ASKED TO PRODUCE MY DRIVER'S LICENSE OR OTHER IDENTIFYING DOCUMENTS.

By signing below, I am indicating that I have read, understand, and agree to the terms of this Application above and on the following pages, including but not limited to: (a) Section 2 in which I agree that HSBC may use amounts received from my tax refund to pay certain debts; and (b) Section 11 in which I agree, upon my or HSBC's election, to arbitrate any Claims that I may have. I also acknowledge that I have 30 days from today's date to reject the Arbitration Provision by following the procedure described in Section 11. I ALSO UNDERSTAND THAT, BY SUBMITTING AN APPLICATION, I MAY BE SUBMITTING TO A COLLECTION PROCESS THAT MAY RESULT IN ME REPAYING DEBT, EVEN IF THE ENTITY TO WHOM I OWE SUCH DEBT IS PREVENTED BY LAW FROM BRINGING A LAWSUIT AGAINST ME TO COLLECT THE DEBT. I ACKNOWLEDGE THAT I CAN RECEIVE MY TAX REFUND IN APPROXIMATELY THE SAME AMOUNT OF TIME WITH A DIRECT DEPOSIT BY THE TAXING AUTHORITY OF MY REFUND INTO MY OWN SEPARATE BANK ACCOUNT WITHOUT PAYING ANY REFUND ACCOUNT FEE. IF I HAVE ANY QUESTIONS CONCERNING ANY DEBT I OWE TO HSBC AND/OR ITS AFFILIATES, H&R BLOCK, AND/OR THEIR ASSIGNS, INCLUDING WHETHER I OWE ANY SUCH DEBT AND, IF SO, THE SPECIFIC AMOUNT OF SUCH DEBT, I SHOULD CONTACT HSBC AT 1-888-227-4731 PRIOR TO APPLYING FOR A RAC OR AT ANY TIME THEREAFTER. A TELEPHONE WILL BE MADE AVAILABLE FOR MY USE IF I WISH TO DO SO.



Want to know the _____ of the accoun_____ the fast_____ TFS at _____www.hsbc_____.com 24 hours a day! Custome_____rt is available by _____ing 1-8_____5625.

TS10 RAC 11330002

-1-

SA 31

**HSBC** ◆❭

APPLICATION FOR REFUND ANTICIPATION LOAN,
STATE REFUND ANTICIPATION CHECK, AND REFUND DEPOSIT ACCOUNT

Applicant's Name (Taxpayer)                                                    Date of Birth

_____                 ____ /____ (MM/YY)

Joint Applicant's or Joint Filer's Name (Taxpayer Spouse)             Date of Birth

_____                 ____ /____ (MM/YY)

> **INSTRUCTIONS TO JOINT TAX FILERS.** If you have filed a joint tax return, both taxpayers may apply jointly for a loan or one of the taxpayers may apply individually for a loan. A joint taxpayer that applies jointly for a loan (referred to as a "Joint Applicant") will be personally responsible for the loan. If a joint taxpayer applies individually for a loan, the other taxpayer (referred to as a "Joint Filer") will not be personally responsible for the loan but must complete and sign the application to indicate the Joint Filer's agreement to the provisions applicable to Joint Filers, as described in Section 17 (Joint Filers) below.

This is an application for an Instant Refund Anticipation Loan, Classic Refund Anticipation Loan (each referenced herein as a "RAL"), and/ or a Refund Anticipation Check based on my state tax refund ("State RAC"), as I have indicated separately (the RAL and State RAC shall be jointly and severally referenced herein as a "Bank Product") from (a) HSBC Bank USA, National Association, if the office in which this application is submitted is located in California, Connecticut, Delaware, Washington, D.C., Florida, Illinois, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Virginia, or Washington, or (b) HSBC Trust Company (Delaware), National Association, if the office in which this application is submitted is in any other location (the applicable entity shall hereinafter be referred to as "HSBC") in the maximum amount HSBC will approve. This is also an application for a Refund Deposit Account ("Refund Account"). In this application ("Application"), "HSBC TFS" means HSBC Taxpayer Financial Services Inc. "H&R Block" means each of HRB Tax Group, Inc. and each of its parents, affiliates, and subsidiaries (and franchisees thereof).

I. IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT. TO HELP THE GOVERNMENT FIGHT THE FUNDING OF TERRORISM AND MONEY LAUNDERING ACTIVITIES, FEDERAL LAW REQUIRES ALL FINANCIAL INSTITUTIONS TO OBTAIN, VERIFY, AND RECORD INFORMATION THAT IDENTIFIES EACH PERSON WHO OPENS AN ACCOUNT. WHAT THIS MEANS FOR ME: WHEN I OPEN AN ACCOUNT, YOU WILL ASK FOR MY NAME, ADDRESS, DATE OF BIRTH, AND OTHER INFORMATION THAT WILL ALLOW YOU TO IDENTIFY ME. I MAY ALSO BE ASKED TO PRODUCE MY DRIVER'S LICENSE OR OTHER IDENTIFYING DOCUMENTS.

**FOR RAL APPLICANTS / JOINT FILER:**

If I sign below as an Applicant or Joint Applicant, I am indicating that I fully understand that I am applying for a loan and that I have read, understand and agree to the terms set forth in this Application above and on the following pages, including but not limited to: (a) Section 2 in which I agree that HSBC may use amounts received from my tax refund to pay certain debts; and (b) Section 12 in which I agree, upon my or HSBC's election, to arbitrate any Claims that I may have. I also acknowledge that I have 30 days from today's date to reject the Arbitration Provision by following the procedure described in Section 12. I ALSO UNDERSTAND THAT, BY SUBMITTING AN APPLICATION, I MAY BE SUBMITTING TO A COLLECTION PROCESS THAT MAY RESULT IN ME REPAYING DEBT, EVEN IF THE ENTITY TO WHOM I OWE SUCH DEBT IS PREVENTED BY LAW FROM BRINGING A LAWSUIT AGAINST ME TO COLLECT THE DEBT. IF I HAVE ANY QUESTIONS CONCERNING ANY DEBT I OWE TO HSBC AND/OR ITS AFFILIATES, H&R BLOCK, AND/OR THEIR ASSIGNS, INCLUDING WHETHER I OWE ANY SUCH DEBT AND, IF SO, THE SPECIFIC AMOUNT OF SUCH DEBT, I SHOULD CONTACT HSBC AT 1-888-227-4731 PRIOR TO APPLYING FOR A RAL OR AT ANY TIME THEREAFTER. A TELEPHONE WILL BE MADE AVAILABLE FOR MY USE IF I WISH TO DO SO. If I receive a RAL, I promise to pay the amount set forth in the "Total of Payments" section on my Loan Agreement and Disclosure Statement or subsequent replacement TILA Disclosure Statement, if any, on demand or when the anticipated refund from the IRS is electronically deposited into my refund account, whichever comes first, and I agree to repay the RAL whether or not my tax refund is paid in whole or in part to HSBC.



_____         _____      _____
Applicant Signature                          Date              Witness Signature

_____         _____
Joint Applicant Signature                    Date

If I sign below as a Joint Filer, I am indicating that I will not be personally liable for a loan provided to the Applicant in connection with this Application and that my name will not be on any check issued by HSBC pursuant to this Application, but I agree to the provisions applicable to Joint Filers, as described in Section 17. I ALSO UNDERSTAND THAT, BY SUBMITTING AN APPLICATION, I AM SUBMITTING TO A COLLECTION PROCESS THAT MAY RESULT IN ME REPAYING DEBT, EVEN IF THE ENTITY TO WHOM I OWE SUCH DEBT IS PREVENTED BY LAW FROM BRINGING A LAWSUIT AGAINST ME TO COLLECT THE DEBT.

_____         _____      _____
Joint Filer Signature                        Date              Witness

**FOR STATE RAC APPLICANTS:**
If I sign below as an Applicant or Joint Applicant, I am indicating that I have read, understand and agree to the terms set forth in this Application above.

_____         _____      _____
Applicant Signature                          Date              Witness Signature

_____         _____
Joint Applicant Signature                    Date

Want to know the status of the account? Get the fastest response by visiting HSBC TFS online at www.hsbctfscustomer.com 24 hours a day! Customer support is available by calling 1-888-832-5625.     -1-

TS10 RAL H330001

CLIENT COPY

SA 32

2. Payment of Other Debt. IF ANY STATE LAW DOES NOT PERMIT THE REPAYMENT OF ANY OF THE DEBTS LISTED BELOW IN THE MANNER SET FORTH, THE PROVISIONS OF THIS SECTION RELATING TO THOSE DEBTS SHALL NOT APPLY IN THOSE STATES.

With respect to any Instant Money Advance Loan or other loan made in the period from November through January based on an estimated tax refund or an earnings statement and made by HSBC or its affiliate to me before my tax return is filed, by whatever specific name used, made in prior years, and provided that such debt has not been discharged in bankruptcy, I authorize and direct the repayment of such debt, calculated as of the date of the Application, by means of having the amount of the RAL reduced or having the request for a RAL denied, and having such debt repaid to those entities by offset or otherwise from my tax refund directly transmitted into the Refund Account with HSBC.

With respect to any delinquent debt on a RAL or electronic refund advance made by HSBC and/or its affiliates to me, by whatever specific name used, provided that such debt has not been discharged in bankruptcy, I authorize and direct the repayment of such debt, calculated as of the date of the Application, by means of having the request for a loan denied and having such debt repaid to those entities by offset or otherwise from my tax refund directly transmitted into the Refund Account with HSBC.

With respect to any delinquent debt I owe to H&R Block from prior years, and provided that such debt has not been discharged in bankruptcy, I authorize and direct the repayment of such debt, calculated as of the date of the Application, by means of having such debt deducted from the proceeds of the RAL or having the request for a loan denied and having such debt repaid to those entities by offset or otherwise from my tax refund directly transmitted into the Refund Account with HSBC.

Before forwarding payment for a debt I owe, HSBC will provide me with written notice of the amount of the debt and the right to notify HSBC that I dispute the debt, or any part of it, for 30 days after I receive the notice. If I dispute the debt, HSBC will not forward payment during this 30-day period, unless and until HSBC obtains verification of the debt and mails a copy to me.

If I owe delinquent debt to more than one of the entities listed above, and if I choose to repay such debt through this process, I authorize and direct HSBC to pay such debts in the following order: H&R Block, HSBC and/or its affiliates (or to their respective assigns). I also authorize and instruct HSBC and/or its affiliates, H&R Block, and their assigns to disclose to each other information about their respective credit experience concerning present and prior RALs, Refund Anticipation Checks ("RACs") or similar financial services.

PLEASE NOTE: If I have delinquent debt, I understand that HSBC or its servicer may be acting as a debt collector to collect a debt and that any information obtained will be used for that purpose.

Please Note: If I have any questions concerning any debt I owe to HSBC and/or its affiliates, H&R Block, and/or their assigns, including whether I owe any such debt and, if so, the specific amount of such debt, I should contact HSBC at 1-888-227-4731 prior to applying for a RAL or at any time thereafter. A telephone will be made available for my use if I wish to do so.

3. Customer Commitment.

Understanding MY Options and Responsibilities as a RAL Customer

As the servicer of my loan, HSBC TFS works closely with H&R Block and the bank to provide RALs. As part of the HSBC TFS commitment to the highest standards in responsible lending, HSBC TFS is providing me with the following explanation of my options and responsibilities.

(1) If I am owed a federal tax refund, I have a right to choose how I will receive my money. There are several options available to me at varying costs, several of which are free. (2) A refund anticipation loan (RAL) is one of these options, but it is not my federal tax refund and it is not free. A RAL is a loan that I must repay even if the Internal Revenue Service (IRS) does not issue my tax refund. (3) As a customer, I deserve to have the information I need to make an informed decision, so I should take time to read and understand the terms and fees associated with a RAL. (4) I have a responsibility to ask questions regarding my RAL and you have the responsibility to make certain you have clear answers. I may call your toll-free customer hotline at 1-888-832-5625. (5) I have a responsibility to communicate outstanding debts or liens I owe to the government. I should be honest with myself and the bank about my ability to repay the loan. (6) I have the right to change my mind about obtaining a RAL within five (5) business days after I sign the Application. For further details

on canceling my RAL transaction, I may consult Section 5 below. (7) I must pay the Refund Account Fee of $29.95 after the Deposit Authorization is filed with the IRS regardless of whether my loan application is approved or denied, unless I cancel my RAL transaction as set forth in Section 5 below. (8) I understand HSBC is committed to providing me with additional financial education tools and resources. I may access important budgeting, savings and debt management information toll-free through the National Foundation for Credit Counseling at 1-800-388-2227 (English), or 1-800-682-9832 (español), by visiting YourMoneyCounts.com® (English or español), or by visiting HSBC TFS online at www.hsbcfscustomer.com. (9) If I have further questions about the RAL product, or feel that any of the above commitments and responsibilities have not been met, I may call your toll-free customer hotline at 1-888-832-5625.

| As an example, the information below is provided to help make sure I know my options | | | |
|---|---|---|---|
| Filing Option | Delivery Option | Relative Cost* | Timing** |
| Paper Return Mailed to IRS | IRS Mailed Refund Check | $ | Cost of tax preparation | Within 6 weeks |
| Paper Return Mailed to IRS | Direct Deposit | $ | Cost of tax preparation | 4 to 6 weeks |
| E-filed Return | IRS mailed Refund Check | $$ | Cost of tax preparation | 15-22 days |
| E-filed Return | Direct Deposit | $$ | Cost of tax preparation | 8-15 days |
| E-filed Return | RAC | $$$ | Same as e-filed above plus cost of RAC | 8-15 days |
| E-filed Return | RAL | $$$$ | Same as e-filed above plus cost of RAL | Same day to 2 days |

The relative costs are shown as $ for least expensive to $$$$ for most expensive.

**
Actual times may vary. These are approximate times and may help in making a choice. Times are based on www.irs.gov and other information.

4. Applicable Law. This Application and all the other documents executed in connection with this Application or my Bank Product (collectively, "Documents") shall be governed by and construed, interpreted, and enforced in accordance with federal law and, to the extent state law applies, (a) the law of the State of Delaware (without reference to conflict of laws principles) if I am applying to HSBC Trust Company (Delaware), N.A., or (b) the law of the State of Virginia (without reference to conflict of laws principles) if I am applying to HSBC Bank USA, National Association.

5. Important Information About Bank Products. I understand that: (a) a State RAC delivers an amount equal to my state tax refund, less a fee of $13 paid to HSBC and, if not otherwise deducted from my RAL or federal tax refund amount, fees owed to H&R Block and other authorized fees. I can receive my state tax refund in approximately the same amount of time with a direct deposit by the state taxing authority into my own separate bank account without paying the $13 fee; (b) I can file my income tax return electronically without obtaining a Bank Product without additional charges; (c) the taxing authority will send me a refund check or electronically deposit my refund to my existing bank account without additional charges; (d) the IRS normally makes an electronic deposit in an average of about 13 days after an electronic filing. The IRS plans to process some tax returns this year using an expedited process, and this expedited process can shorten the time the IRS needs to process tax returns. HSBC does not know in advance which returns will be selected by the IRS for this treatment. (e) HSBC tries to make proceeds of an Instant RAL available on the day of application and a Classic RAL available on the day of application or within two days after electronic filing of my federal income tax return; (f) I will not receive my State RAC until the taxing authority issue my refund; (g) HSBC cannot guarantee when any proceeds of a Bank Product or a tax refund will be available to me; (h) a RAL may cost substantially more than other sources of credit, and I may want to consider using other sources of credit; and (i) I may cancel my RAL transaction within five (5) business days of signing this Application. To do so, I must return to the H&R Block office where I received my RAL proceeds or to HSBC any check I have received (or I must use a method of payment acceptable to H&R Block or HSBC if I have cashed the check), or, if I received proceeds on an Emerald Card, I must use a method of payment acceptable to H&R Block or HSBC in the amount of the RAL proceeds deposited onto the Emerald Card, and comply with any other requirements set by HSBC. If I cancel a Classic RAL, any Instant RAL for which I have applied or have obtained shall also be cancelled, and if I cancel an Instant RAL, any Classic RAL for which I have applied or have obtained shall also be cancelled. I understand that, if I use my right to cancel, my finance charge and Refund Account Fee will be refunded to me if I have paid such fees, and HSBC

-2-

will provide me with any tax refund only after HSBC receives the refund from the IRS. I further understand that if I cancel my RAL transaction, I still must pay for my H&R Block tax preparation and related fees. If I do cancel my RAL, I will continue to be bound by the terms of the Application.

6. Deposit Authorization. (a) After I sign the Application, H&R Block will electronically transmit my tax return to the taxing authority and the Application to HSBC. I understand that I will sign or authorize a deposit authorization to the taxing authority (the "Deposit Authorization") as part of the Application and electronic tax filing, and that the Deposit Authorization and the Application provide an irrevocable agreement to have my tax refund disbursed to HSBC, and irrevocably transfers to HSBC all of my rights, title, and interest in the proceeds of my tax refund for purposes of the Bank Product I have requested, including repayment of any Instant RAL and Classic RAL that I receive, and for other purposes authorized by the Application. (b) If the Application is denied, and HSBC receives my tax refund, HSBC will forward to me promptly any proceeds of my tax refund after deducting amounts permitted by this Agreement, or if the RAL transaction is cancelled by me, and HSBC receives my tax refund, HSBC will forward to me promptly any proceeds of my refund without deducting any amounts, except that, if HSBC is unable to verify my identity or if the Application is missing certain information, HSBC may send my tax refund back to the taxing authority. (c) If for any reason, any part of the anticipated tax refund is disallowed or offset by the taxing authority, or if I should receive a refund check in the mail, I will advise HSBC immediately and promptly pay HSBC any amounts owing with respect to the Application or the Bank Product, and pay H&R Block any fees owed to it involving my tax return. If a State RAC is issued, HSBC will look only to amounts received into the Refund Account, up to the amount of the State RAC, as the consideration for the RAC.

7. Refund Account. (a) I request that a refund deposit account ("Refund Account") be opened at HSBC upon HSBC's receipt of my tax refund for the purposes of ensuring the repayment of my RAL, the disbursement of my State RAC, and other amounts described in the Documents. The Annual Percentage Yield and interest rate on the Refund Account will be 0%. This means I will not receive any interest on funds in the Refund Account. I understand that I cannot make withdrawals from the Refund Account and that the funds in the Refund Account will be disbursed only as expressly provided in the Documents, except that the applicants agree that HSBC may later change the disbursement method at the request of one of the applicants. (b) HSBC may deduct any amounts I owe HSBC, H&R Block, or their affiliates from my tax refund, any funds received in the Refund Account, and any proceeds of a RAL or State RAC. I understand and agree that I must pay for the tax preparation and any related services H&R Block provides when H&R Block's services are complete. I understand and agree that H&R Block's services are complete when I pick up my check or when funds are loaded on my H&R Block Emerald MasterCard, but in no event no more than 20 days after H&R Block e-files my tax return. HSBC also may withdraw amounts deposited into the Refund Account from my tax refund to pay any check I receive for a RAL or State RAC that I endorse and present for payment or to disburse money to me in accordance with my Application. (c) I will not receive a periodic statement for the Refund Account, but I will receive notice if funds in the Refund Account are not sufficient to repay my RAL or to disburse any State RAC or are used for any purpose other than repayment of my RAL, disbursement of my State RAC, or disbursement to me. HSBC may, immediately after disbursement of all funds in the Refund Account, close the account without further notice to or authorization from me.

8. Refund Account Fee. If I apply for a RAL, I will pay HSBC a fee of $29.95 for the administration of the Refund Account, and if I apply for a State RAC, I will pay HSBC a fee of $13 for the administration of the Refund Account (each a "Refund Account Fee"). I irrevocably consent to pay the Refund Account Fee after the Deposit Authorization is filed with the IRS regardless of whether my Application is approved or denied. The Refund Account Fee is not imposed directly or indirectly as an incident to or condition of any extension of credit. I can avoid the Refund Account Fee if I direct that my tax refund not be deposited to HSBC before filing my Deposit Authorization with the applicable taxing authority. Notwithstanding the above, in the event I rescind my RAL transaction in the time permitted under the Documents, I will be refunded the Refund Account Fee.

9. No Fiduciary Duty. I understand that for various fees received, H&R Block is acting as my tax preparer (if applicable), my electronic filer and the deliverer of checks or Emerald Card for Bank Products with respect to this Bank Product transaction, and for other related services. I understand that H&R Block has the right to purchase an interest in my RAL issued by HSBC. I further understand that H&R Block and HSBC are not acting in a fiduciary or confidential capacity with respect to me in connection with this transaction and that H&R Block has no other duties to me beyond the preparation of my tax return (if applicable), the transmission of my tax return information to HSBC, the electronic filing of my tax return with the IRS, notifying me of the availability of the proceeds of my Bank Product, and the delivery of checks or

debit card for RALs (if applicable). I further understand that H&R Block has been appointed agent of HSBC in connection with this Application and the Bank Product. I acknowledge that I have independently evaluated and decided to apply for a Bank Product, and that I am not relying on any recommendation from H&R Block.

10. Disclosure Information. (a) "Information" means my 2009 federal and state income tax returns, any information obtained in connection with my tax return (including information relating to a possible offset of my tax refund or the possibility that my tax return is incorrect), and any information relating to my Application or a RAL, RAC, or similar financial service I have received or requested from HSBC. (b) "Authorized Parties" means HSBC, HSBC TFS, H&R Block, and their respective affiliates and agents. (c) The Authorized Parties may share Information to process the Application, to determine whether to provide a Bank Product, to provide Bank Products to an Applicant or Joint Applicant, to collect delinquent RALs or fees payable to H&R Block, to prevent fraud, and to otherwise administer or promote the program for RALs and RACs. (d) The Authorized Parties may disclose Information to the taxing authorities and other financial institutions that provide RALs, RACs, or other financial services. (e) The Authorized Parties may call, or input my Information on any website of, the taxing authorities, in connection with the Application to, among other things, determine the status of my tax return. The taxing authorities may disclose information about me and my tax returns to the Authorized Parties.

11. Check Fee. If I choose to receive my proceeds by check, I will pay one check processing fee of $20 to HSBC.

12. Arbitration Provision. IF YOU APPLY FOR A RAL OR RAC IN A STATE THAT PROHIBITS ARBITRATION OR CLASS ACTION WAIVERS FOR RAL OR RAC RELATED CLAIMS, THE FOLLOWING SECTION SHALL NOT APPLY TO CLAIMS RELATING TO YOUR RAL OR RAC TRANSACTION.

Any claim, dispute or controversy between me and HSBC (as specifically defined below for purposes of this Arbitration Provision), whether in contract or tort (intentional or otherwise), whether pre-existing, present or future, and including constitutional, statutory, common law, regulatory, and equitable claims arising out of or in any way relating to (a) any of these or any other Documents or any RAL or RAC that I have previously requested or received from HSBC, (b) advertisements, promotions, or oral or written statements related to this or any other Application for a RAL or RAC or any RAL or RAC that I have previously requested or received from HSBC, (c) the relationship of HSBC and me relating to any of these or any other Documents or any RAL or RAC that I have previously requested or received from HSBC; and (d) except as provided below, the validity, enforceability or scope of this Arbitration Provision or any part thereof, including but not limited to, the issue whether any particular claim, dispute or controversy must be submitted to arbitration (collectively the "Claim"), shall be resolved, upon the election of either me or HSBC, by binding arbitration pursuant to this Arbitration Provision and the applicable rules of the American Arbitration Association ("AAA") or JAMS in effect at the time the Claim is filed. I shall have the right to select one of these arbitration administrators (the "Administrator"). In the event of a conflict between this Arbitration Provision and the rules of the Administrator, this Arbitration Provision shall govern. In the event of a conflict between this Arbitration Provision and the balance of this Application or any other Documents, this Arbitration Provision shall govern.

HSBC hereby agrees not to invoke its right to arbitrate an individual Claim I may bring in small claims court or an equivalent court, if any, so long as the Claim is pending only in that court. No class actions or private attorney general actions in court or in arbitration or joinder or consolidation of claims in court or in arbitration with other persons, are permitted without the consent of HSBC and me. The validity and effect of the preceding sentence (herein referred to as the "Class Action Waiver Provision") shall be determined exclusively by a court and not by the Administrator or any arbitrator. Neither the Administrator nor any arbitrator shall have the power or authority to waive, modify or fail to enforce the Class Action Waiver Provision, and any attempt to do so, whether by rule, policy, arbitration decision or otherwise, shall be invalid and unenforceable.

Any arbitration hearing that I attend will take place in a location that is reasonably convenient for me. If I object to the fees charged by the Administrator or arbitrator, HSBC will consider in good faith any reasonable written request for HSBC to bear up to all the fees charged by the Administrator and/or arbitrator. Also, HSBC will pay any fees or expenses HSBC is required to pay by law or required to pay so that a court will enforce this Arbitration Provision. Each party must pay for that party's own attorneys, experts, and witnesses, provided that HSBC will pay all such reasonable fees and costs I incur if I am the prevailing party and/or where required by applicable law and/or the Administrator's rules.

This Arbitration Provision is made pursuant to a transaction involving interstate commerce, and shall be governed by the Federal Arbitration Act, 9 U.S.C. Sections 1-16 (the "FAA").

-3-

SA 34

The arbitrator shall follow and apply applicable substantive law to the extent consistent with the FAA, statutes of limitation and claims of privilege and shall be authorized to award all remedies permitted by applicable substantive law, including, without limitation, compensatory, statutory and punitive damages (which will be governed by the Constitutional standards applicable in judicial proceedings), declaratory, injunctive and other equitable relief and attorneys' fees and costs. Upon request of either party, the arbitrator shall prepare a short reasoned written opinion supporting the arbitration award. Judgment upon the award may be entered in any court having jurisdiction. The arbitrator's award will be final and binding except for: (a) any appeal right under the FAA; and (b) any appeal of Claims involving more than $100,000. For such Claims, any party may appeal the award to a three-arbitrator panel appointed by the Administrator, which will reconsider de novo (i.e., in its entirety) any aspect or all aspects of the initial award that is appealed. The panel's decision will be final and binding, except for any appeal right under the FAA. Unless applicable law provides otherwise, the appealing party will pay the appeal's costs (i.e., the amounts owed to the Administrator and the arbitrators), regardless of its outcome. However, HSBC will consider in good faith any reasonable request for HSBC to bear up to the full costs of the appeal. Nothing in this Arbitration Provision shall be construed to prevent HSBC's use of offset or other contractual rights involving payment of my income tax refund or other amount on deposit with HSBC to pay off any RAL, RAC, or similar financial service, or H&R Block or other fees, now or thereafter owed by me to HSBC or H&R Block or third party pursuant to the Documents or similar prior documents, and nothing in this Arbitration Provision shall be construed to prevent me from going to court to enjoin HSBC from exercising such offset or other contractual rights.

I ACKNOWLEDGE THAT I HAVE A RIGHT TO LITIGATE CLAIMS IN COURT BEFORE A JUDGE OR JURY, BUT I PREFER TO RESOLVE ANY SUCH CLAIMS THROUGH ARBITRATION AND HEREBY KNOWINGLY AND VOLUNTARILY WAIVE MY RIGHTS TO LITIGATE SUCH CLAIMS IN COURT BEFORE A JUDGE OR JURY, UPON ELECTION OF ARBITRATION BY HSBC OR BY ME. I ACKNOWLEDGE THAT I WILL NOT HAVE THE RIGHT TO PARTICIPATE AS A REPRESENTATIVE OR MEMBER OF ANY CLASS OF CLAIMANTS IN COURT OR IN ARBITRATION OR AS PART OF A PRIVATE ATTORNEY GENERAL ACTION IN COURT OR IN ARBITRATION PERTAINING TO ANY CLAIM SUBJECT TO ARBITRATION.

This Arbitration Provision shall supersede all prior Arbitration Provisions contained in any previous RAL or RAC application or related agreement and shall survive repayment of any RAL or RAC and termination of my account; provided, however, that if I reject this Arbitration Provision as set below, any prior Arbitration Provisions shall remain in full force and effect. If any portion of this Arbitration Provision is deemed invalid or unenforceable, it will not invalidate the remaining portions of this Arbitration Provision. However, if a determination is made that the Class Action Waiver Provision is unenforceable, this Arbitration Provision (other than this sentence) and any prior Arbitration Provision shall be null and void, subject to HSBC's right to appeal the court order invalidating the Class Action Waiver Provision. The validity and effect of the preceding sentence shall be determined exclusively by a court and not by the Administrator or any arbitrator.

To reject this Arbitration Provision, I must send HSBC, c/o HSBC Taxpayer Financial Services Inc., Account Research, P.O. Box 18047, Wilmington, DE 19850, a signed writing ("Rejection Notice") that is received within thirty (30) days after the date I sign this Application. The Rejection Notice must identify the transaction involved and must include my name, address, and social security number and must be signed by all persons signing this Application as Applicant(s). I may send the Rejection Notice in any manner I see fit as long as it is received at the specified address within the specified time. No other methods can be used to reject the Arbitration Agreement. If the Rejection Notice is sent on my behalf by a third party, such third party must include evidence of his or her authority to submit the Rejection Notice on my behalf.

As used in this Arbitration Provision, the term "HSBC" shall mean HSBC Bank USA, National Association, HSBC Trust Company (Delaware), National Association, HSBC TFS, Household Bank, f.s.b., Beneficial National Bank, and HRB Tax Group, Inc., and each of their parents, wholly or majority-owned subsidiaries, affiliates, or predecessors, successors, assigns and the franchisees of any of them, and each of their officers, directors, agents, and employees.

Contacting the Administrator: If I have a question about the arbitration Administrator mentioned in this Arbitration Provision or if I would like to obtain a copy of its arbitration rules, I can contact the Administrator as follows: American Arbitration Association, 1633 Broadway, Floor 10, New York, NY 10019, www.adr.org, JAMS, 620 Eighth Ave., 34th Floor, New York, NY 10018, www.jamsadr.org.

13. Survival. With respect to a RAL, the provisions of this Application shall survive the execution of the Loan Agreement and Disclosure Statement, the disbursement of funds, and the payment of the RAL. With respect to a State RAC, the provisions of this Application shall survive the disbursement of funds.

14. Miscellaneous. (a) References to "I" or "me" or "my" in the Documents shall refer individually to each applicant for a Bank Product and to both applicants; these terms may also include a Joint Filer as provided in Section 17. The obligations of the Applicant and Joint Applicant under the Documents will be joint and several. The filing of an injured spouse form shall not relieve either applicant of any such obligations under the Documents. (b) If any provision of the Documents or part thereof is deemed invalid, such invalidity will not affect any other provision of the Documents or part thereof. (c) HSBC may obtain a consumer report on me, and other information from third parties, in connection with evaluating the Application, likelihood of receiving the refund, or collecting or reviewing the Bank Product, and, if my RAL becomes delinquent, HSBC may report the status of my RAL to certain credit bureaus, which may adversely affect my credit report. (d) HSBC may transfer, sell, participate, or assign all or a portion of any rights, duties, or obligations relating to a Bank Product to a third party, H&R Block, or an affiliate of HSBC, without notice to me or my consent. (e) Supervisory personnel of HSBC or its agents may listen to and record my telephone calls. (f) I agree that HSBC may send any notices and billing statements to the address of the primary applicant and not to the address of the joint applicant if such address is different. (g) I acknowledge that HSBC or its affiliates may reimburse H&R Block for certain of its out-of-pocket expenses.

15. State Notices. California residents: Married persons may apply for a separate account. Iowa Residents: NOTICE TO CONSUMER: 1. Do not sign this paper before you read it. 2. You are entitled to a copy of this paper. 3. You may prepay the unpaid balance at any time without penalty and may be entitled to receive a refund of unearned charges in accordance with the law. New York and Vermont residents: Consumer reports may be requested in connection with this account or any update, renewal, extension, review, or collection thereof. Upon my request, HSBC will inform me of the names and addresses of any consumer reporting agencies which have provided HSBC with such reports. Ohio residents: The Ohio law against discrimination requires that all creditors make credit equally available to all creditworthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights commission administers compliance with these laws. Pennsylvania residents: If this loan becomes in default, HSBC or its assignee intends to collect default charges. Wisconsin residents: No provision of a marital property agreement, a unilateral statement under Wisconsin Stats. s. 766.59 or a court decree under Wisconsin Stats. s. 766.70 adversely affects the interest of the creditor unless the creditor, prior to the time the credit is granted, is furnished a copy of the agreement, statement or decree or has actual knowledge of the adverse provision when the obligation to the creditor is incurred. All obligations described herein are being incurred in the interest of my marriage or family. A married Wisconsin resident applicant must mail the name and address of his or her spouse, as well as the applicant's name and social security number, to HSBC c/o HSBC Taxpayer Financial Services, Attn: Wisc. Dept., P.O. Box 15047, Wilmington, DE 19850-5047, within two days.

16. Certification. (a) I certify that the following information is true with respect to the RAL requested in connection with this application; (1) I do not owe any tax due and/or any tax liens from prior tax years, nor have I previously filed a 2009 federal income tax return. (2) I do not have any delinquent child support, alimony payments, student loans, V.A. loans or other federally sponsored loans. (3) Presently, I do not have a petition (whether voluntary or involuntary) filed and I do not anticipate filing a petition under federal bankruptcy laws. (4) I have not had a RAL with any lender from a prior year that has been discharged in bankruptcy. (5) I have not paid any estimated tax and/or did not have any amount of my 2008 refund applied to my 2009 tax return. (6) I am not presently making regular payments to the IRS for prior year unpaid taxes. (7) I do not have a Power of Attorney presently in effect or on file with the Internal Revenue Service ("IRS") to direct my federal income tax refund to any third party. (8) I am not filing a Form 8862 (Claiming Earned Income Credit After Disallowance) with my 2009 federal income tax return. (9) I am not currently incarcerated in a state or federal prison nor do I have 2009 income earned while an inmate at a penal institution and claiming the Earned Income Credit. (10) I am not filing Form 8379 (Injured Spouse Claim & Allocation) with my 2009 federal income tax return. (11) I am not filing Form 1310 (Statement of Person Claiming Refund Due Deceased Taxpayer) with the 2009 federal income tax return or filing a federal income tax return Form 1040 on behalf of deceased taxpayer. (12) I do not have an amount paid with request for an extension to file. (13) I am not filing a Form 8888 (Direct Deposit of Refund to More Than One Account) with my 2009 federal income tax return. (14) Everything that I have stated in this Application is correct. (b) I certify that the following information is true with respect to the State RAC requested in connection with this application: (1) I do not have a petition (whether voluntary or involuntary) filed and I

-4-

CLIENT COPY

SA 35

do not anticipate filing a petition under federal bankruptcy laws. (2) I have not had a RAL with HSBC, or any other RAL lender, from a prior year that has been discharged in bankruptcy.

17. Joint Filers. (a) A Joint Filer will have no personal liability for a RAL made in connection with this Application. However, a Joint Filer agrees that the Applicant may rely on the refund in connection with a jointly filed tax return in applying for a RAL and that the refund of such jointly filed tax return may be used to repay a RAL provided to the Applicant or as otherwise provided in this Application. (b) A Joint Filer hereby agrees to be bound by Section 2 (Payment of Other Debt), Section 6 (Deposit Authorization), Section 10 (Disclosure of Information), Section 12 (Arbitration Provision), Section 13 (Survival), Section 14 (Miscellaneous) and hereby makes the certifications in Section 16 (Certification), and the term "I", "me", or "my" in those Sections shall include a Joint Filer as well as an Applicant or Joint Applicant. (c) In the event a joint tax return filer elects not to apply for a RAL, any RAL proceeds will be issued solely in the name of the Applicant. (d) HSBC in its sole discretion may at any time and from time to time, without the consent of or notice to Joint Filer and without impairing or releasing the obligations of Joint Filer: (i) exercise or refrain from exercising any rights against Applicant or others; (ii) consent to or waive any breach of or any act omission or default by Applicant; and (iii) otherwise amend, modify or supplement the terms of any loan provided to Applicant.

### PRIVACY STATEMENT

**Applicability**
This Privacy Statement only applies to refund anticipation loans ("RALs"), state refund anticipation checks ("State RACs"), and refund accounts obtained from (a) HSBC Bank USA, National Association ("HBUS"), if the office in which this application was obtained is located in California, Connecticut, Delaware, Washington, D.C., Florida, Illinois, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Virginia, or Washington, or (b) HSBC Trust Company (Delaware), National Association ("HTCD"), if the office in which this application was obtained is in any other location. These RALs, State RACs, and refund accounts are serviced by HSBC Taxpayer Financial Services Inc. ("TFS"). HBUS, HTCD, and TFS are referred to collectively in this Privacy Statement as "HSBC" and "we". This Privacy Statement applies to an Applicant, Joint Applicant, or Joint Filer, which are referred to in this Privacy Statement as "you", with respect to any such products and accounts. All other products and accounts with HBUS and HTCD will be governed by the applicable privacy policy issued in connection with those products and accounts.

**Introduction – Our Commitment to You**
HSBC is proud to be part of a financial services organization that has been providing superior products and services to its customers for more than 150 years. We greatly appreciate the trust that you and millions of customers have placed in us, and we will protect that trust by continuing to respect the privacy of all our applicants and customers and adhering to this Privacy Statement even if our formal customer relationship ends. This Privacy Statement illustrates our commitment to your privacy and explains our privacy practices to help you understand how we protect and use your information. We may change our privacy practices at any time as permitted by law, and if we do so we will provide you with notice as required.

**How We Handle Information We Collect**
It is important for you to know that in order to ensure that our customers get the very best service and the highest quality products, HSBC collects demographic information (like your name and address) and credit information (like information related to your accounts with us and others). This information comes either directly from you, for instance, from your application and transactions on your account; or, it may come from an outside source such as your credit bureau report. In some instances, we obtain information about you from H&R Block. In addition, if you visit our Internet web site, we may collect certain information about your Internet usage.

Because some of the information we gather is not publicly available, we take great care to ensure that this information is kept safe from unauthorized access, and we would never share the information in violation of any regulation or law. HSBC diligently maintains physical, electronic and procedural safeguards that comply with applicable federal standards to guard your private personal information and to assist us in preventing unauthorized access to that information.

**How We Protect Your Privacy Online**
Our website, www.hsbctfscustomer.com, offers you the opportunity to view your account information in addition to providing general information about our company and products. You may view our Privacy Statement when you visit www.hsbctfscustomer.com and click on the "Privacy & Security" link.

To help us learn which products, services and sections of our websites interest you, and to improve your experience, we use "cookies." Cookies are small files that our web server places on your hard drive to track activity on the website during a browsing session, and across multiple sessions. We also use cookies to "remember" which online service you last logged into, so that we can pre-select that service on your next visit. The cookies we set

contain no personal information. Cookies can only track activity on our website, and cannot be read by any non-HSBC websites. We also work with other third parties to learn more about activity on our website. These vendors use "web beacons," "tracking pixels," "third party cookies" and other similar technologies to gather user demographics and usage patterns, which help us improve the effectiveness of our marketing and of our website design. These vendors do not share any personally identifiable information about you.

**How We Share Information within the HSBC Family of Companies**
At HSBC, we are committed to protecting your privacy. To keep your personal, non-public information both personal and private, we never share your personally identifiable information with affiliated companies for their independent marketing purposes.

We may provide information to affiliated companies to perform operational services related to your account(s), such as collection, fraud control, or other services, and for other purposes permitted by law. The sharing of information with these types of companies is permitted by law. Our affiliated companies are companies related to us by common ownership, and include companies doing business under the names HSBC, HFC, Household, or Beneficial. For Vermont residents, we do not share your information with our affiliated companies, other than information relating to your account transactions and our experiences with you.

**How We Share Information under a Joint Marketing Agreement**
We may also provide your information to non-affiliated financial companies (such as a tax preparer, mortgage banker or insurance service provider) with whom we have a joint marketing agreement. The sharing of information with these types of companies is permitted by law. The information we may share also comes from the sources described above and might include your name, address, phone number, and account experience with us. For California residents, if we share information pursuant to a joint marketing agreement, we will separately mail you a California Privacy Statement.

**How We Share Information with Other Third Parties (Non-Affiliates)**
Except for California or Vermont residents, we also may share information with companies outside of the HSBC family of companies (i.e. Non-Affiliates) that are able to extend special offers or that may provide refund anticipation loans ("RALs") or other tax related financial products in the future that we feel might be of value to you. These companies may be financial services providers (such as RAL lenders) or they may be non-financial companies (such as tax preparers or marketing companies). These offers are typically for products and services that you might not otherwise hear about. The information we may provide Non-Affiliates comes from the sources described above and might include your name, address, phone number, and information about your account with us. For California and Vermont residents, applicable law requires us to obtain your permission in order to share this type of information about you with Non-Affiliates, and so we have chosen not to share your information in this way while you are a resident of California or Vermont.

We may also provide your information to Non-Affiliates that perform operational services for your account such as collection, fraud control, and marketing. The sharing of information with these types of Non-Affiliates is permitted by law. This might include a financial company (such as insurance service provider) or a non-financial company (such as a data processor or Internet service provider) with whom we have a service agreement. The information we may share also comes from the sources described above and might include your name, address, phone number, and account experience with us.

Finally, we may provide your information to Non-Affiliates as permitted by law. These may include credit reporting agencies and companies which provide services related to your account.

**YOUR CHOICES TO LIMIT SHARING**
**How To Opt-Out of Sharing with Other Third Parties (Non-Affiliates) (Except for residents of California and Vermont)**
If you do not want us to share your non-public personal information with Non-Affiliate companies (unless we are permitted or required by law to do so), please let us know by simply calling us toll-free at 1-800-365-2641. **If you have previously informed us of your preference about this account, you do not need to do so again.** We will be happy to comply with your "opt-out" request, which will only apply to the HSBC account you have designated by account number by telephone. An opt-out request by any party on a joint account will apply to all parties on the joint account and an opt-out by a Joint Filer or Applicant on the account will apply to both of them. Opt-out requests will not apply to information sharing that is permitted by law. Please allow sufficient time for us to process your request.

---

Atención clientes hispano-parlantes: esta Declaración de Privacidad proporciona información sobre cómo manejamos información personal no pública de nuestros clientes, las circunstancias en que podemos compartir esa información con otras personas y cómo usted puede pedir que no compartamos esa información con terceros que no sean empresas afiliadas nuestras. Si quiere recibir una traducción al español de la totalidad de la Declaración de Privacidad, comuníquese con nosotros llamando gratis al 1-888-832-5625.

-5-

SA 36

**HSBC ⟨X⟩**

APPLICATION FOR REFUND ANTICIPATION LOAN,
STATE REFUND ANTICIPATION CHECK, AND REFUND DEPOSIT ACCOUNT

Applicant's Name (Taxpayer) _____     Date of Birth

_Venesha Wright_

Joint Applicant's or Joint Filer's Name (Taxpayer Spouse)     ___/___ (MM/YY)

_____     Date of Birth

___/___ (MM/YY)

> **INSTRUCTIONS TO JOINT TAX FILERS.** If you have filed a joint tax return, both taxpayers may apply jointly for a loan or one of the taxpayers may apply individually for a loan (referred to as a "RAL"), and/or a Refund Anticipation Check based on my state tax refund ("State RAC"). A joint taxpayer that applies jointly for a loan (referred to as a "Joint Applicant") will be personally responsible for the loan. If a joint taxpayer applies individually for a loan, the other taxpayer (referred to as a "Joint Filer") will not be personally responsible for the loan but must complete and sign the application to indicate the Joint Filer's agreement to the provisions applicable to Joint Filers, as described in Section 17 (Joint Filers) below.

This is an application for an Instant Refund Anticipation Loan, Classic Refund Anticipation Loan (each referenced herein as a "RAL"), and/or a Refund Anticipation Check based on my state tax refund ("State RAC", as I have indicated separately (the RAL and State RAC shall be jointly and severally referenced herein as a "Bank Product") from (a) HSBC Bank USA, National Association, if the office in which this application is submitted is located in California, Connecticut, Delaware, Washington, D.C., Florida, Illinois, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Virginia, or Washington, or (b) HSBC Trust Company (Delaware), National Association, if the office in which this application is submitted is in any other location (the applicable entity shall hereinafter be referred to as "HSBC") in the maximum amount HSBC will approve. This is also an application for a Refund Deposit Account ("Refund Account"). In this application ("Application"), "HSBC TFS" means HSBC Taxpayer Financial Services Inc. "H&R Block" means each of HRB Tax Group, Inc. and each of its parents, affiliates, and subsidiaries (and franchisees thereof).

**I. IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT.** TO HELP THE GOVERNMENT FIGHT THE FUNDING OF TERRORISM AND MONEY LAUNDERING ACTIVITIES, FEDERAL LAW REQUIRES ALL FINANCIAL INSTITUTIONS TO OBTAIN, VERIFY, AND RECORD INFORMATION THAT IDENTIFIES EACH PERSON WHO OPENS AN ACCOUNT. WHAT THIS MEANS FOR ME: WHEN I OPEN AN ACCOUNT, YOU WILL ASK FOR MY NAME, ADDRESS, DATE OF BIRTH, AND OTHER INFORMATION THAT WILL ALLOW YOU TO IDENTIFY ME. I MAY ALSO BE ASKED TO PRODUCE MY DRIVER'S LICENSE OR OTHER IDENTIFYING DOCUMENTS.

**FOR RAL APPLICANTS / JOINT FILER:**

If I sign below as an Applicant or Joint Applicant, I am indicating that I fully understand that I am applying for a loan and that I have read, understand and agree to the terms set forth in this Application above and on the following pages, including but not limited to: (a) Section 2 in which I agree that HSBC may use amounts received from my tax refund to pay certain debts; and (b) Section 12 in which I agree, upon my or HSBC's election, to arbitrate any Claims that I may have. I also acknowledge that I have 30 days from today's date to reject the Arbitration Provision by following the procedure described in Section 12. I ALSO UNDERSTAND THAT, BY SUBMITTING AN APPLICATION, I MAY BE SUBMITTING TO A COLLECTION PROCESS THAT MAY RESULT IN ME REPAYING DEBT, EVEN IF THE ENTITY TO WHOM I OWE SUCH DEBT IS PREVENTED BY LAW FROM BRINGING A LAWSUIT AGAINST ME TO COLLECT THE DEBT. IF I HAVE ANY QUESTIONS CONCERNING ANY DEBT I OWE TO HSBC AND/OR ITS AFFILIATES, H&R BLOCK, AND/OR THEIR ASSIGNS, INCLUDING WHETHER I OWE ANY SUCH DEBT AND, IF SO, THE SPECIFIC AMOUNT OF SUCH DEBT, I SHOULD CONTACT HSBC AT 1-888-227-4731 PRIOR TO APPLYING FOR A RAL OR AT ANY TIME THEREAFTER. A TELEPHONE WILL BE MADE AVAILABLE FOR MY USE IF I WISH TO DO SO. If I receive a RAL, I promise to pay the amount set forth in the "Total of Payments" section on my Loan Agreement and Disclosure Statement or subsequent replacement TILA Disclosure Statement, if any, on demand or when the anticipated refund from the IRS is electronically deposited into my refund account, whichever comes first, and I agree to repay the RAL whether or not my tax refund is paid in whole or in part to HSBC.

**EXHIBIT**

H

PENGAD 800-631-6989

_Venesha Wright_          1/25/10          _[signature]_
Applicant's Signature          Date          Witness Signature

_____          _____
Joint Applicant's Signature          Date

If I sign below as a Joint Filer, I am indicating that I fully understand that I will not be personally liable for a loan provided to the Applicant in connection with this Application and that my name will not be on any check issued by HSBC pursuant to this Application, but I agree to the provisions applicable to Joint Filers, as described in Section 17. I ALSO UNDERSTAND THAT, BY SUBMITTING AN APPLICATION, I AM SUBMITTING TO A COLLECTION PROCESS THAT MAY RESULT IN ME REPAYING DEBT, EVEN IF THE ENTITY TO WHOM I OWE SUCH DEBT IS PREVENTED BY LAW FROM BRINGING A LAWSUIT AGAINST ME TO COLLECT THE DEBT.

_____          _____          _____
Joint Filer Signature          Date          Witness

**FOR STATE RAC APPLICANTS:**
If I sign below as an Applicant or Joint Applicant, I am indicating that I have read, understand and agree to the terms set forth in this Application above.

_____          _____          _____
Applicant Signature          Date          Witness Signature

_____          _____
Joint Applicant Signature          Date

Want to know the status of the account? Get the fastest response by visiting HSBC TFS online at www.hsbctfscustomer.com 24 hours a day! Customer support is available by calling 1-888-832-5625.

HRB COPY          TS10 RAL H330001

SA 37

**HSBC** ◆X◆    APPLICATION FOR REFUND ANTICIPATION LOAN,
STATE REFUND ANTICIPATION CHECK, AND REFUND DEPOSIT ACCOUNT

| Applicant's Name | Last Four Digits of Social Security/Taxpayer ID # of Applicant |
|---|---|
| _____ | XXX-XX- _____ |
| Joint Applicant's or Joint Filer's Name | Last Four Digits of Social Security/Taxpayer ID # of Joint Applicant or Joint Filer |
| _____ | XXX-XX- _____ |

> **INSTRUCTIONS TO JOINT TAX FILERS.** If you have filed a joint tax return, both taxpayers may apply jointly for a loan or either taxpayer may apply individually for a loan. A joint taxpayer that applies jointly for a loan (referred to as a "Joint Applicant") will be personally responsible for the loan. If a joint taxpayer applies individually for a loan, the other taxpayer (referred to as a "Joint Filer") will not be personally responsible for the loan but must complete and sign the application to indicate the Joint Filer's agreement to the provisions applicable to Joint Filers, as described in Section 17 (Joint Filers) below.

This is an application for an Instant Refund Anticipation Loan, Classic Refund Anticipation Loan (each referenced herein as a "RAL"), and/or a Refund Anticipation Check based on my state tax refund ("State RAC"), as I have indicated separately (the RAL and State RAC shall be jointly and severally referenced herein as a "Bank Product") from (a) HSBC Bank USA, National Association, if the office in which this application was obtained is located in California, Delaware, Washington, D.C., Florida, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, or Washington, or (b) HSBC Trust Company (Delaware), National Association, if the office in which this application was obtained is in any other location (the applicable entity shall hereinafter be referred to as "HSBC") in the maximum amount HSBC will approve. This is also an application for a Refund Deposit Account ("Refund Account"). In this application ("Application"), "HSBC TFS" means HSBC Taxpayer Financial Services Inc. "H&R Block" means HRB Tax Group, Inc. and each of its parents, affiliates, and subsidiaries (and franchisees thereof).

1. IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT. TO HELP THE GOVERNMENT FIGHT THE FUNDING OF TERRORISM AND MONEY LAUNDERING ACTIVITIES, FEDERAL LAW REQUIRES ALL FINANCIAL INSTITUTIONS TO OBTAIN, VERIFY, AND RECORD INFORMATION THAT IDENTIFIES EACH PERSON WHO OPENS AN ACCOUNT. WHAT THIS MEANS FOR ME: WHEN I OPEN AN ACCOUNT, YOU WILL ASK FOR MY NAME, ADDRESS, DATE OF BIRTH, AND OTHER INFORMATION THAT WILL ALLOW YOU TO IDENTIFY ME. I MAY ALSO BE ASKED TO PRODUCE MY DRIVER'S LICENSE OR OTHER IDENTIFYING DOCUMENTS.

**FOR RAL APPLICANTS / JOINT FILER:**

If I sign below as an Applicant or Joint Applicant, I am indicating that I fully understand that I am applying for a loan and that I have read, understand and agree to the terms set forth in this Application above and on the following pages, including but not limited to: (a) Section 2 in which I agree that HSBC may use amounts received from my tax refund to pay certain debts; and (b) Section 12 in which I agree, upon my or HSBC's election, to arbitrate any Claims that I may have. I also acknowledge that I have 30 days from today's date to reject the Arbitration Provision by following the procedure described in Section 12. I ALSO UNDERSTAND THAT, BY SUBMITTING AN APPLICATION, I MAY BE SUBMITTING TO A COLLECTION PROCESS THAT MAY RESULT IN ME REPAYING DEBT, EVEN IF THE ENTITY TO WHOM I OWE SUCH DEBT IS PREVENTED BY LAW FROM BRINGING A LAWSUIT AGAINST ME TO COLLECT THE DEBT. IF I HAVE ANY QUESTIONS CONCERNING ANY DEBT I OWE TO HSBC AND/OR ITS AFFILIATES, H&R BLOCK, AND/OR THEIR ASSIGNS, INCLUDING WHETHER I OWE ANY SUCH DEBT AND, IF SO, THE SPECIFIC AMOUNT OF SUCH DEBT, I SHOULD CONTACT HSBC AT 1-888-227-4731 PRIOR TO APPLYING FOR A RAL OR AT ANY TIME THEREAFTER. A TELEPHONE WILL BE MADE AVAILABLE FOR MY USE IF I WISH TO DO SO. If I receive a RAL, I promise to pay the amount set forth in the "Total of Payments" section on my Loan Agreement and Disclosure Statement or subsequent replacement TILA Disclosure Statement, if any, on demand or when the anticipated refund from the IRS is electronically deposited into my refund account, whichever comes first, and I agree to repay the RAL whether or not my tax refund is paid in whole or in part to HSBC.

```
┌─────────────────────┐
│  EXHIBIT            │
│  _____           │
│        I            │
│  _____           │
└─────────────────────┘
PENGAD 800-631-6989
```

_____    _____    _____
Applicant Signature        Date          Witness Signature

_____    _____
Joint Applicant Signature  Date

If I sign below as a Joint Filer, I am indicating that I fully understand that I will not be personally liable for a loan provided to the Applicant in

2. <u>Payment of Other Debt.</u> With respect to any Instant Money Advance Loan or other loan made in the period from November through January based on an estimated tax return or an earnings statement and made by HSBC or its affiliate to me before my tax return is filed, by whatever specific name used, made in prior years, and provided that such debt has not been discharged in bankruptcy, I authorize and direct the repayment of such debt, calculated as of the date of the Application, by means of <u>having the amount of the RAL reduced or having the request for a RAL denied</u>, and having such debt repaid to those entities by offset or otherwise from my tax refund directly transmitted into the Refund Account with HSBC.

With respect to any delinquent debt on a RAL or electronic refund advance made by HSBC and/or its affiliates to me, by whatever specific name used, and provided that such debt has not been discharged in bankruptcy, I authorize and direct the repayment of such debt, calculated as of the date of the Application, by means of <u>having the request for a loan denied</u> and having such debt repaid to those entities by offset or otherwise from my tax refund directly transmitted into the Refund Account with HSBC.

With respect to any delinquent debt I owe to H&R Block from prior years, and provided that such debt has not been discharged in bankruptcy, I authorize and direct the repayment of such debt, calculated as of the date of the Application, by means of <u>having such debt deducted from the proceeds of the RAL or having the request for a loan denied</u> and having such debt repaid to those entities by offset or otherwise from my tax refund directly transmitted into the Refund Account with HSBC.

Before forwarding payment for a debt I owe, HSBC will provide me with written notice of the amount of the debt and the right to notify HSBC that I dispute the debt, or any part of it, for 30 days after I receive the notice. If I dispute the debt, HSBC will not forward payment during this 30-day period, unless and until HSBC obtains verification of the debt and mails a copy to me.

If I owe delinquent debt to more than one of the entities listed above, and if I choose to repay such debt through this process, I authorize and direct HSBC to pay such debts in the following order: H&R Block, HSBC and/or its affiliates (or to their respective assigns). I also authorize and instruct HSBC and/or its affiliates, H&R Block, and their assigns to disclose to each other information about their prior RALs, Refund Anticipation Checks ("RACs") or similar financial services.

<u>PLEASE NOTE: If I have delinquent debt, I understand that HSBC or its servicer may be acting as a debt collector to collect a debt and that any information obtained will be used for that purpose.</u>

*Please Note:* If I have any questions concerning any debt I owe to HSBC and/or its affiliates, H&R Block, and/or their assigns, including whether I owe any such debt and, if so, the specific amount of such debt, I should contact HSBC at 1-888-227-4731 prior to applying for a RAL or at any time thereafter. A telephone will be made available for my use if I wish to do so.

3. <u>Customer Commitment.</u>

· *Understanding MY Options and Responsibilities as a RAL Customer*

*As the servicer of my loan, HSBC TFS works closely with H&R Block and the bank to provide RALs. As part of the HSBC TFS commitment to the highest standards in responsible lending, HSBC TFS is providing me with the following explanation of my options and responsibilities.*

(1) If I am owed a federal tax refund, I have a right to choose how I will receive my money. There are several options available to me at varying costs, several of which are free. (2) A refund anticipation loan (RAL) is one of these options, but it is not my federal tax refund and it is not free. A RAL is a loan that I must repay even if the Internal Revenue Service (IRS) does not issue my tax refund. (3) As a customer, I deserve to have the information I need to make an informed decision. (4) I should take time to read and understand the terms and fees associated with a RAL. (5) I have a responsibility to ask questions regarding my RAL and you have the responsibility to make certain you have clear answers. I may call your toll-free customer hotline at 1-888-832-5625. (5) I have a responsibility to communicate outstanding debts or liens I owe to the

government. I should be honest with myself and the bank about my ability to repay the loan. (6) Until I am denied for a RAL, I have the right to change my mind about obtaining a RAL within five (5) business days after I become obligated to accept the RAL. For further details on canceling my obligation, I may consult my loan agreement. (7) I must pay the Refund Account Fee of $29.95 after the Deposit Authorization is filed with the IRS regardless of where my loan application is approved or denied. (8) I understand you are committed to providing me with additional financial education tools and resources. I may access important budgeting, savings and debt management information toll-free through the National Foundation for Credit Counseling at 1-800-388-2227 (English), or 1-800-682-9832 (español), or by visiting YourMoneyCounts.com® (English or español). (9) If I have further questions about the RAL product, or feel that any of the above commitments and responsibilities have not been met, I may call your toll-free customer hotline at 1-888-832-5625.

| As an example, the information below is provided to help make sure I know my options | | | |
|---|---|---|---|
| Filing Option | Delivery Option | Relative Cost* | Timing** |
| Paper Return Mailed to IRS | IRS Mailed Refund Check | $ Cost of tax preparation | Within six weeks |
| Paper Return Mailed to IRS | Direct Deposit | $ Cost of tax preparation | Four to six weeks |
| E-filed Return | IRS mailed Refund Check | $$ Cost of tax preparation | Within three weeks |
| E-filed Return | Direct Deposit | $$ Cost of tax preparation | Within two weeks |
| E-filed Return | RAC | $$$ Same as e-filed above plus cost of RAC | Within two weeks |
| E-filed Return | RAL | $$$$ Same as above plus cost of RAL | Within two days |

* The relative costs are shown as $ for least expensive to $$$$ for most expensive.

** Actual times may vary. These are approximate times and may help you in making your choice. Times are based on www.irs.gov and other available information.

4. <u>Applicable Law.</u> This Application and all the other documents executed in connection with this Application or my Bank Product (collectively, "Documents") shall be governed by and construed, interpreted, and enforced in accordance with federal law and, to the extent state law applies, (a) the law of the State of Delaware (without reference to conflict of laws principles) if I am applying to HSBC Trust Company (Delaware), N.A., or (b) the law of the State of Virginia (without reference to conflict of laws principles) if I am applying to HSBC Bank USA, National Association.

5. <u>Important Information About Bank Products.</u> I understand that: (a) a State RAC delivers an amount equal to my state tax refund, less a fee of $13 paid to HSBC and, if I choose, fees owed to H&R Block and other authorized fees. I can receive my state tax refund in approximately the same amount of time with a direct deposit by the state taxing authority into my own separate bank account without paying the $13 fee; (b) I can file my income tax return electronically without obtaining a Bank Product without additional charges; (c) the taxing authority will send me a refund check or electronically deposit my refund to my existing bank account without additional charges; (d) the IRS normally makes an electronic deposit in an average of about 12 days after an electronic filing. The IRS plans to process some tax returns this year using an expedited process, and this expedited process can shorten the time the IRS needs to process tax returns. HSBC does not know in advance which returns will be selected by the IRS for this treatment. (e) HSBC tries to make proceeds of an Instant RAL available on the day of application and a Classic RAL available on the first business day after electronic filing of my federal income tax return; (f) I will not receive my State RAC until the taxing authority issues my refund; (g) HSBC cannot guarantee when any proceeds of a Bank Product or a tax refund will be available to me; and (h) a RAL may cost substantially more than other sources of credit, and I may want to consider using other sources of credit.

6. <u>Deposit Authorization.</u> (a) After I sign the Application, H&R Block will electronically transmit my tax return to the taxing authority and the Application to HSBC. I understand that I will sign or authorize a deposit authorization to the taxing

-2-

CLIENT COPY

authority (the "Deposit Authorization") as part of the Application and electronic tax filing, and that the Deposit Authorization and the Application provide an irrevocable agreement to have my tax refund disbursed to HSBC, and irrevocably transfers to HSBC all of my rights, title, and interest in the proceeds of my tax refund for purposes of the Bank Product I have requested and other purposes authorized by the Application. (b) If the Application is denied or cancelled, and HSBC receives my tax refund, HSBC will forward to me promptly any proceeds of my refund after deducting amounts permitted by this Agreement. (c) If for any reason, any part of the anticipated tax refund is disallowed or offset by the taxing authority, or if I should receive a refund check in the mail, I will advise HSBC immediately and promptly pay HSBC any amounts owing with respect to the Application and the Bank Product, and pay H&R Block any fees owed to it involving my tax return. If a State RAC is issued, HSBC will look only to amounts received into the Refund Account, up to the amount of the State RAC, as the consideration for the RAC.

7. Refund Account. (a) I request that a refund deposit account ("Refund Account") be opened at HSBC upon HSBC's receipt of my tax refund for the purposes of ensuring the repayment of my RAL, the disbursement of my State RAC, and other amounts described in the Documents. The Annual Percentage Yield and interest rate on the Refund Account will be 0%. This means I will not receive any interest on funds in the Refund Account. I understand that I cannot make withdrawals from the Refund Account and that the funds in the Refund Account will be disbursed only as expressly provided in the Documents, except that the applicants agree that HSBC may later change the disbursement method at the request of one of the applicants. (b) HSBC may deduct any amounts I owe HSBC, H&R Block, or their affiliates from my tax refund, and any funds received in the Refund Account, and any proceeds of a RAL or State RAC. My engagement with H&R Block for services in connection with my 2008 income tax return will end, and I am required to pay all fees to H&R Block for services rendered by H&R Block, when I pick up my check or H&R Block Emerald Prepaid MasterCard (Emerald Card) for a RAL or State RAC (or when HSBC electronically transfers my proceeds to me or to another entity at my direction). If a check, Emerald Card, or an electronic transfer of proceeds is not made available to me because I do not receive a tax refund, then I am required to pay all fees to H&R Block for services rendered by H&R Block on demand. HSBC also may withdraw amounts deposited into the Refund Account from my tax refund to pay any check I receive for a RAL or State RAC that I endorse and present for payment or to disburse money to me in accordance with my Application. (c) I will not receive a periodic statement for the Refund Account, but I will receive notice if funds in the Refund Account are not sufficient to repay my RAL or to disburse my State RAC and are used for any purpose other than repayment of my RAL, disbursement of my State RAC, or disbursement to me. HSBC may, immediately after disbursement of all funds in the Refund Account, close the account without further notice to or authorization from me.

8. Refund Account Fee. If I apply for a RAL, I will pay HSBC a fee of $29.95 for the administration of the Refund Account, and if I apply for a State RAC, I will pay HSBC a fee of $13 for the administration of the Refund Account (each a "Refund Account Fee"). I irrevocably commit to pay the Refund Account Fee after the Deposit Authorization is filed with the IRS regardless of whether my Application is approved or denied. The Refund Account Fee is not imposed directly or indirectly as an incident to or condition of any extension of credit. I can avoid the Refund Account Fee if I direct that my tax refund not be deposited to HSBC before filing my Deposit Authorization with the applicable taxing authority. Notwithstanding the above, in the event I rescind my RAL transaction in the time permitted under the Documents, I will be refunded the Refund Account Fee.

9. No Fiduciary Duty. I understand that for various fees received, H&R Block is acting only as my tax preparer (if applicable), my electronic filer and the deliverer of checks or Emerald Card for Bank Products with respect to this Bank Product transaction. I understand that H&R Block has the right to purchase an interest in my RAL issued by HSBC. I further understand that H&R Block and HSBC are not acting in a fiduciary or confidential capacity with respect to me in connection with this transaction and that H&R Block has no other duties to me beyond the preparation of my tax return (if applicable), the transmission of my tax return information to HSBC, the electronic filing of my tax return with the IRS, notifying me of the availability of the proceeds of my Bank Product, and the delivery of checks or debit card for RALs

(if applicable). I further understand that H&R Block has been appointed agent of HSBC in connection with this Application and the Bank Product. I acknowledge that I have independently evaluated and decided to apply for a Bank Product, and that I am not relying on any recommendation from H&R Block.

10. Disclosure Information. (a) "Information" means my 2008 federal and state income tax returns, any information obtained in connection with my tax return (including information relating to a possible offset of my tax refund or the possibility that my tax return is incorrect), and any information relating to my Application or a RAL, RAC, or similar financial service I have received or requested from HSBC. (b) "Authorized Parties" means HSBC, HSBC TFS, H&R Block, and their respective affiliates and agents. (c) The Authorized Parties may share Information to process the Application, to determine whether to provide a Bank Product, to provide Bank Products to an Applicant or Joint Applicant, to collect delinquent RALs or fees payable to H&R Block, to prevent fraud, and to otherwise administer or promote the program for RALs and RACs. (d) The Authorized Parties may disclose Information to the taxing authorities and other financial institutions that provide RALs, RACs, or other financial services. (e) The Authorized Parties may call, or input any Information on any website of, the taxing authorities, in connection with the Application to, among other things, determine the status of my tax return. The taxing authorities may disclose information about me and my tax returns to the Authorized Parties.

11. Check Fee. If I choose to receive my proceeds by check, I will pay one check processing fee of $20 to HSBC.

12. Arbitration Provision. Any claim, dispute or controversy between me and HSBC (as specifically defined below for purposes of this Arbitration Provision), whether in contract or tort (intentional or otherwise), whether pre-existing, present or future, and including constitutional, statutory, common law, regulatory, and equitable claims arising out of or in any way relating to (a) any of these or any other Documents or any RAL or RAC that I have previously requested or received from HSBC, (b) advertisements, promotions, or oral or written statements related to this or any other Application for a RAL or RAC or any RAL or RAC that I have previously requested or received from HSBC, (c) the relationship of HSBC and me relating to any of these or any other Documents or any RAL or RAC that I have previously requested or received from HSBC; and (d) except as provided below, the validity, enforceability or scope of this Arbitration Provision or any part thereof, including but not limited to, the issue whether any particular claim, dispute or controversy must be submitted to arbitration (collectively the "Claim"), shall be resolved, upon the election of either me or HSBC, by binding arbitration pursuant to this Arbitration Provision and the applicable rules of the American Arbitration Association ("AAA") or the National Arbitration Forum ("NAF") in effect at the time the Claim is filed. I shall have the right to select one of these arbitration administrators (the "Administrator"). In the event of a conflict between this Arbitration Provision and the rules of the Administrator, this Arbitration Provision shall govern. In the event of a conflict between this Arbitration Provision and the balance of this Application or any other Documents, this Arbitration Provision shall govern.

HSBC hereby agrees not to invoke its right to arbitrate an individual Claim I may bring in small claims court or an equivalent court, if any, so long as the Claim is pending only in that court. No class actions or private attorney general actions in court or in arbitration or joinder or consolidation of claims in court or in arbitration with other persons, are permitted without the consent of HSBC and me. The validity and effect of the preceding sentence (herein referred to as the "Class Action Waiver Provision") shall be determined exclusively by a court and not by the Administrator or any arbitrator. Neither the Administrator nor any arbitrator shall have the power or authority to waive, modify or fail to enforce the Class Action Waiver Provision, and any attempt to do so, whether by rule, policy, arbitration decision or otherwise, shall be invalid and unenforceable.

Any arbitration hearing that I attend will take place in a location that is reasonably convenient for me. On any Claim I file, I will pay the first $50.00 of the filing fee. At my request, HSBC will pay the remainder of the filing fee and any administrative or hearing fees charged by the Administrator, up to $1,500.00 on any Claim asserted by me in the arbitration. If I should be required to pay any additional fees to the Administrator, HSBC will consider a request by me to pay all or part of the additional fees; however, HSBC shall not be obligated to pay any additional fees unless the arbitrator grants me an award. If the arbitrator grants an award in my favor, HSBC will reimburse me for any additional fees paid or

-3-

owed by me to the Administrator up to the amount of the fees that would have been charged if the original Claim had been for the amount of the actual award in my favor. If the arbitrator issues an award in HSBC's favor, I will not be required to reimburse HSBC for any fees HSBC has previously paid to the Administrator or for which HSBC is responsible.

This Arbitration Provision is made pursuant to a transaction involving interstate commerce, and shall be governed by the Federal Arbitration Act, 9 U.S.C. Sections 1-16 (the "FAA"). The arbitrator shall follow and apply applicable substantive law to the extent consistent with the FAA, statutes of limitation and claims of privilege and shall be authorized to award all remedies permitted by applicable substantive law, including, without limitation, compensatory, statutory and punitive damages, declaratory, injunctive and other equitable relief and attorneys' fees and costs. Upon request of either party, the arbitrator shall prepare a short reasoned written opinion supporting the arbitration award. Judgment upon the award may be entered in any court having jurisdiction. The arbitrator's award will be final and binding except for: (a) any appeal right under the FAA; and (b) any appeal of Claims involving more than $100,000. For such Claims, any party may appeal the award to a three-arbitrator panel appointed by the Administrator, which will reconsider de novo (i.e., in its entirety) any aspect or all aspects of the initial award that is appealed. The panel's decision will be final and binding, except for any appeal right under the FAA. Unless applicable law provides otherwise, the appealing party will pay the appeal's costs (i.e., the amounts owed to the Administrator and the arbitrators), regardless of its outcome. However, HSBC will consider in good faith any reasonable request for HSBC to bear up to the full costs of the appeal. Nothing in this Arbitration Provision shall be construed to prevent HSBC's use of offset or other contractual rights involving payment of my income tax refund or other amount on deposit with HSBC to pay off any RAL, RAC, or similar financial service, or H&R Block or other fees, now or thereafter owed by me to HSBC or H&R Block or third party pursuant to the Documents or similar prior documents, and nothing in this Arbitration Provision shall be construed to prevent me from going to court to enjoin HSBC from exercising such offset or other contractual rights.

I ACKNOWLEDGE THAT I HAVE A RIGHT TO LITIGATE CLAIMS IN COURT BEFORE A JUDGE OR JURY, BUT I PREFER TO RESOLVE ANY SUCH CLAIMS THROUGH ARBITRATION AND HEREBY KNOWINGLY AND VOLUNTARILY WAIVE MY RIGHTS TO LITIGATE SUCH CLAIMS IN COURT BEFORE A JUDGE OR JURY, UPON ELECTION OF ARBITRATION BY HSBC OR BY ME. I ACKNOWLEDGE THAT I WILL NOT HAVE THE RIGHT TO PARTICIPATE AS A REPRESENTATIVE OR MEMBER OF ANY CLASS OF CLAIMANTS OR AS PART OF A PRIVATE ATTORNEY GENERAL ACTION PERTAINING TO ANY CLAIM SUBJECT TO ARBITRATION, EVEN IF SUCH CLASS ACTION OR ACTION IS PENDING ON THE EFFECTIVE DATE OF THIS ARBITRATION PROVISION.

This Arbitration Provision shall supersede all prior Arbitration Provisions contained in any previous RAL or RAC application or related agreement and shall survive repayment of any RAL or RAC and termination of any account; provided, however, that if I reject this Arbitration Provision as set below, any prior Arbitration Provisions shall remain in full force and effect. If any portion of this Arbitration Provision is deemed invalid or unenforceable, it will not invalidate the remaining portions of this Arbitration Provision. However, if a determination is made that the Class Action Waiver Provision is unenforceable, this Arbitration Provision (other than this sentence) and any prior Arbitration Provision shall be null and void.

To reject this Arbitration Provision, I must send HSBC, c/o HSBC Taxpayer Financial Services Inc., Account Research, P.O. Box 36047, Wilmington, DE 19850, a signed writing ("Rejection Notice") that is received within thirty (30) days of the date I sign this Application. The Rejection Notice must identify the transaction involved and must include my name, address and social security number and must be signed by all persons signing this Application as Applicant. I may send the Rejection Notice in any manner I see fit as long as it is received at the specified address within the specified time. No other methods can be used to reject the Arbitration Agreement. If the Rejection Notice is sent on my behalf by a third party, such third party must include evidence of his or her authority to submit the Rejection Notice on my behalf.

shall mean HSBC Bank USA, National Association, HSBC Trust Company (Delaware), National Association, HSBC TFS, Household Bank, f.s.b., Beneficial National Bank, and HRB Tax Group, Inc., and each of their parents, wholly or majority-owned subsidiaries, affiliates, or predecessors, successors, assigns and the franchisees of any of them, and each of their officers, directors, agents, and employees.

Contacting the Administrator: If I have a question about the arbitration Administrator mentioned in this Arbitration Provision or if I would like to obtain a copy of its arbitration rules, I can contact the Administrator as follows: American Arbitration Association, 1633 Broadway, Floor 10, New York, NY 10019, www.adr.org; National Arbitration Forum, P.O. Box 50191, Minneapolis, MN 55405, www.adrforum.com.

13. Survival. With respect to a RAL, the provisions of this Application shall survive the execution of the Loan Agreement and Disclosure Statement, the disbursement of funds, and the payment of the RAL. With respect to a State RAC, the provisions of this Application shall survive the disbursement of funds.

14. Miscellaneous. (a) References to "I" or "me" or "my" in the Documents shall refer individually to each applicant for a Bank Product and to both applicants; these terms may also include a Joint Filer as provided in Section 17. The obligations of the Applicant and Joint Applicant under the Documents will be joint and several. The filing of an injured spouse form shall not relieve either applicant of any such obligations under the Documents. (b) If any provision of the Documents or part thereof is deemed invalid, such invalidity will not affect any other provision of the Documents or part thereof. (c) HSBC may obtain a consumer report on me, and other information from third parties, in connection with evaluating the Application, likelihood of receiving the refund, or collecting or reviewing the Bank Product, and, if your RAL becomes delinquent, HSBC may report the status of your RAL to certain credit bureaus, which may adversely affect your credit report. (d) HSBC may assign all or a portion of my rights or obligations relating to a Bank Product to a third party, H&R Block, or an affiliate of HSBC, without notice to me or my consent. (e) Supervisory personnel of HSBC or its agents may listen to and record my telephone calls. (f) I agree that you may send any notices and billing statements to the address of the primary applicant and not to the address of the joint applicant if such address is different. (g) I agree HSBC may transfer, sell, participate or assign all or a portion of my RAL, and its rights, duties and obligations relating to my RAL, to third parties, including HSBC TFS, its affiliates, successors and assigns without notice to me or my consent. (h) I acknowledge that HSBC or its affiliates may reimburse H&R Block for certain of its out-of-pocket expenses.

15. State Notices. California residents: Married persons may apply for a separate account. Iowa Residents: NOTICE TO CONSUMER: 1. Do not sign this paper before you read it. 2. You are entitled to a copy of this paper. 3. You may prepay the unpaid balance at any time without penalty and may be entitled to receive a refund of unearned charges in accordance with the law. New York and Vermont residents: Consumer reports may be requested in connection with this account or any update, renewal, extension, review, or collection thereof. Upon my request, HSBC will inform me of the names and addresses of any consumer reporting agencies which have provided HSBC with such reports. Ohio residents: The Ohio law against discrimination requires that all creditors make credit equally available to all creditworthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights commission administers compliance with these laws. Pennsylvania residents: If this loan becomes in default, HSBC or its assignee intends to collect default charges. Wisconsin residents: No provision of a marital property agreement, a unilateral statement under Wisconsin Stats. s. 766.59 or a court decree under Wisconsin Stats. s. 766.70 adversely affects the interest of the creditor unless the creditor, prior to the time the credit is granted, is furnished a copy of the agreement, statement, or decree or has actual knowledge of the adverse provision when the obligation to the creditor is incurred. All obligations described herein are being incurred in the interest of my marriage or family. A married Wisconsin resident applicant must include the name and address of his or her spouse, as well as the applicant's name and social security number, to HSBC, c/o HSBC Taxpayer Financial Services Inc., P.O. Box 36047, Wilmington, DE 19850, within two (2) days. I certify (a) I certify that the following information provided with respect to this RAL request in connection with this Application; (1) I do not owe any tax debts and/or any tax lien from

-4-

CLIENT COPY

prior tax years, nor have I previously filed a 2008 federal income tax return. (2) I do not have any delinquent child support, alimony payments, student loans, V.A. loans or other federally sponsored loans. (3) Presently, I do not have a petition (whether voluntary or involuntary) filed and I do not anticipate filing a petition under federal bankruptcy laws. (4) I have not had a RAL with any lender from a prior year that has been discharged in bankruptcy. (5) I have not paid any estimated tax and/or did not have any amount of my 2007 refund applied to my 2008 tax return. (6) I am not presently making regular payments to the IRS for prior year unpaid taxes. (7) I do not have a Power of Attorney presently in effect or on file with the Internal Revenue Service ("IRS") to direct my federal income tax refund to any third party. (8) I am not filing a Form 8862 (Earned Income Credit Eligibility) with my 2008 federal income tax return. (9) I am not currently incarcerated in a state or federal prison nor do I have 2008 income earned while an inmate at a penal institution and claiming the Earned Income Credit. (10) I am not filing Form 8379 (Injured Spouse Claim & Allocation) with my 2008 federal income tax return. (11) I am not filing Form 1310 (Statement of Person Claiming Refund Due Deceased Taxpayer) with the 2008 federal income tax return or filing a federal income tax return Form 1040 on behalf of deceased taxpayer. (12) I do not have an amount paid with request for an extension to file. (13) I am not filing a Form 8888 (Direct Deposit of Refund) with my 2008 federal income tax return. (14) Everything that I have stated in this Application is correct. (b) I certify that the following information is true with respect to the State RAC requested in connection with this application: (1) I do not have a petition (whether voluntary or involuntary) filed and I do not anticipate filing a petition under federal bankruptcy laws. (2) I have not had a RAL with HSBC, or any other RAL lender, from a prior year that has been discharged in bankruptcy.

17. Joint Filers. (a) A Joint Filer will have no personal liability for a RAL made in connection with this Application. However, a Joint Filer agrees that the Applicant may rely on the refund in connection with a jointly filed tax return in applying for a RAL and that the refund of such jointly filed tax return may be used to repay a RAL provided to the Applicant or as otherwise provided in this Application. (b) A Joint Filer hereby agrees to be bound by Section 2 (Payment of Other Debt), Section 6 (Deposit Authorization), Section 10 (Disclosure of Information), Section 12 (Arbitration Provision), Section 13 (Survival), Section 14 (Miscellaneous) and hereby makes the certifications in Section 16 (Certification), and the term "I", "me", or "my" in those Sections shall include a Joint Filer as well as an Applicant or Joint Applicant. (c) In the event a joint tax return filer elects not to apply for a RAL, any RAL proceeds will be issued solely in the name of the Applicant. (d) HSBC in its sole discretion may at any time and from time to time, without the consent of or notice to Joint Filer and without impairing or releasing the obligations of Joint Filer: (i) exercise or refrain from exercising any rights against Applicant or others; (ii) consent to or waive any breach of or any act omission or default by Applicant; and (iii) otherwise amend, modify or supplement the terms of any loan provided to Applicant.

Want to know the status of the account? Get the fastest response by visiting HSBC TFS online at www.hsbctfscustomer.com 24 hours a day! Customer support is available by calling 1-888-832-5625.

## PRIVACY STATEMENT

### Applicability

This Privacy Statement only applies to refund anticipation loans ("RALs"), state refund anticipation checks ("State RACs"), and refund accounts obtained from (a) HSBC Bank USA, National Association ("HBUS"), if the office in which this application was obtained is located in California, Delaware, Washington, D.C., Florida, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, or Washington, or (b) HSBC Trust Company (Delaware), National Association ("HTCD"), if the office in which this application was obtained is in any other location. These RALs, State RACs, and refund accounts are serviced by HSBC Taxpayer Financial Services Inc. ("TFS"). HBUS, HTCD, and TFS are referred to collectively in this Privacy Statement as "HSBC". This Privacy Statement applies to an Applicant, Joint Applicant, or Joint Filer with respect to any such products and accounts. All other products and accounts with HBUS and HTCD will be governed by the applicable privacy policy issued in connection with those products and accounts.

### Introduction – Our Commitment to You

HSBC is proud to be part of a financial services organization that has been providing superior products and services to its customers

for more than 150 years. We greatly appreciate the trust that you and millions of customers have placed in us, and we will protect that trust by continuing to respect the privacy of all our applicants and customers and adhering to this Privacy Statement even if our formal customer relationship ends.

### How We Handle Information We Obtain

It is important for you to know that in order to ensure that our customers get the very best service and the highest quality products, HSBC collects demographic information (like your name and address) and credit information (like information related to your accounts with us and others). This information comes either directly from you, for instance, from your application and transactions on your account; or, it may come from an outside source such as your credit bureau report. In addition, if you visit our Internet web site, we may collect certain information about your Internet usage.

Because some of the information we gather is not publicly available, we take great care to ensure that this information is kept safe from unauthorized access, and we would never share the information in violation of any regulation or law. HSBC diligently maintains physical, electronic and procedural safeguards that comply with applicable federal standards to guard your private personal information and to assist us in preventing unauthorized access to that information.

### How We Share Information with Companies Affiliated with Us

At HSBC, we are committed to protecting your privacy. To keep your personal, non-public information both personal and private, we never share your personally identifiable information with affiliated companies for their independent marketing purposes.

We may provide information to affiliated companies to perform operational, collection, fraud control, or other services, and for other purposes permitted by law. The sharing of information with these types of companies is permitted by law. Our affiliated companies are companies related to us by common ownership, and include companies doing business under the names HSBC, HFC, and Beneficial.

### How We Share Information under a Joint Marketing Agreement

Except for California and Vermont residents, we may also provide your information to non-affiliated financial companies (such as a tax preparer, mortgage banker or insurance service provider) with whom we have a joint marketing agreement. The sharing of information with these types of companies is permitted by law. The information we may share also comes from the sources described above and might include your name, address, phone number, and account experience with us.

### How We Share Information with Other Third Parties

At HSBC, we are committed to protecting your privacy. To keep your personal, non-public information both personal and private, we never share your personally identifiable information with other companies for their independent marketing purposes.

We may also provide your information to non-affiliated companies that perform operational, collection, or fraud control services related to your account. The sharing of information with these types of companies is permitted by law. The information we may share also comes from the sources described above and might include your name, address, phone number, and account experience with us. In addition, we may provide your information to non-affiliated companies as otherwise permitted by law. These companies may provide services related to your account and may include credit reporting agencies.

We reserve the right to change our privacy practices at any time in accordance with applicable law. Notice of such changes will be provided if required by applicable law.

Atención clientes hispano-parlantes: esta Declaración de Privacidad proporciona información sobre cómo manejamos información personal no pública de nuestros clientes, las circunstancias en que podemos compartir esa información con otras personas y cómo usted puede pedir que no compartamos esa información con terceros que no sean empresas afiladas nuestras. Si quiere recibir una traducción al español de la totalidad de la Declaración de Privacidad, comuníquese con nosotros llamando gratis al 1-800-365-2641.

-5-

SA 42

**HSBC** ⟨X⟩

**APPLICATION FOR INSTANT/CLASSIC REFUND ANTICIPATION LOANS,**
**STATE REFUND ANTICIPATION CHECK, AND REFUND DEPOSIT ACCOUNT**

| | |
|---|---|
| Applicant's Name | Last Four Digits of Social Security/Taxpayer ID # of Applicant |
| _Janette M Johnson_ | XXX-XX- _____ |
| Joint Applicant's or Joint Filer's Name | Last Four Digits of Social Security/Taxpayer ID # of Joint Filer |
| | XXX-XX- _____ |

> **INSTRUCTIONS TO JOINT TAX FILERS.** If you have filed a joint tax return, both taxpayers may apply jointly for a loan or either taxpayer may apply individually for a loan. A joint taxpayer that applies jointly for a loan (referred to as a "Joint Applicant") will be personally responsible for the loan. If a joint taxpayer applies individually for a loan, the other taxpayer (referred to as a "Joint Filer") will not be personally responsible for the loan but must complete and sign the application to indicate the Joint Filer's agreement to the provisions applicable to Joint Filers, as described in Section 17 (Joint Filers) below.

This is an application for an Instant Refund Anticipation Loan, Classic Refund Anticipation Loan (each referenced herein as a "RAL"), and/ or a Refund Anticipation Check based on my state tax refund ("State RAC", as I have indicated separately (the RAL and State RAC shall be jointly and severally referenced herein as a "Bank Product") from (a) HSBC Bank USA, National Association, if the office in which this application was obtained is located in California, Delaware, Washington, D.C., Florida, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, or Washington, or (b) HSBC Trust Company (Delaware), National Association, if the office in which this application was obtained is in any other location (the applicable entity shall hereinafter be referred to as "HSBC") in the maximum amount HSBC will approve. This is also an application for a Refund Deposit Account ("Refund Account"). In this application ("Application"), "HSBC", "HSBC TFS" means HSBC Taxpayer Financial Services Inc. "H&R Block" means HRB Tax Group, Inc. and each of its parents, affiliates, and subsidiaries (and franchisees thereof).

1. <u>IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT.</u> TO HELP THE GOVERNMENT FIGHT THE FUNDING OF TERRORISM AND MONEY LAUNDERING ACTIVITIES, FEDERAL LAW REQUIRES ALL FINANCIAL INSTITUTIONS TO OBTAIN, VERIFY, AND RECORD INFORMATION THAT IDENTIFIES EACH PERSON WHO OPENS AN ACCOUNT. WHAT THIS MEANS FOR ME: WHEN I OPEN AN ACCOUNT, YOU WILL ASK FOR MY NAME, ADDRESS, DATE OF BIRTH, AND OTHER INFORMATION THAT WILL ALLOW YOU TO IDENTIFY ME. I MAY ALSO BE ASKED TO PRODUCE MY DRIVER'S LICENSE OR OTHER IDENTIFYING DOCUMENTS.

**FOR RAL APPLICANTS / JOINT FILER:**

If I sign below as an Applicant or Joint Applicant, I am indicating that I fully understand that I am applying for a loan and that I have read, understand and agree to the terms set forth in this Application above and on the following pages, including but not limited to: (a) Section 2 in which I agree that HSBC may use amounts received from my tax refund to pay certain debts; and (b) Section 12 in which I agree, upon my or HSBC's election, to arbitrate any Claims that I may have. I ALSO UNDERSTAND that I have 30 days from today's date to reject the Arbitration Provision by following the procedure described in Section 12. I ALSO UNDERSTAND THAT, BY SUBMITTING AN APPLICATION, I MAY BE SUBMITTING TO A COLLECTION PROCESS THAT MAY RESULT IN ME REPAYING DEBT, EVEN IF THE ENTITY TO WHOM I OWE SUCH DEBT IS PREVENTED BY LAW FROM BRINGING A LAWSUIT AGAINST ME TO COLLECT THE DEBT. IF I HAVE ANY QUESTIONS CONCERNING ANY DEBT I OWE TO HSBC AND/OR ITS AFFILIATES, H&R BLOCK, AND/OR THEIR ASSIGNS, INCLUDING WHETHER I OWE ANY SUCH DEBT AND, IF SO, THE SPECIFIC AMOUNT OF SUCH DEBT, I SHOULD CONTACT HSBC at 1-888-227-4731 PRIOR TO APPLYING FOR A RAL OR AT ANY TIME THEREAFTER. A TELEPHONE WILL BE MADE AVAILABLE FOR MY USE IF I WISH TO DO SO. If I receive a RAL, I promise to pay the amount set forth in the "Total of Payments" section on my Loan Agreement and Disclosure Statement or subsequent replacement TILA Disclosure Statement, if any, on demand or when the anticipated refund from the IRS is electronically deposited into my refund account, whichever comes first, and I agree to repay the RAL whether or not my tax refund is paid in whole or in part to HSBC.

**EXHIBIT**

**J**

PENGAD 800-631-6989

| | | |
|---|---|---|
| ⊠ _Janette Johnson_ | _1-26-09_ | _(witness signature)_ |
| Applicant Signature | Date | Witness Signature |
| | | |
| Joint Applicant Signature | Date | |

If I sign below as a Joint Filer, I am indicating that I fully understand that I will not be personally liable for a loan provided to the Applicant in connection with this Application and that my name will not be on any check issued by HSBC pursuant to this Application, but I agree to the provisions applicable to Joint Filers, as described in Section 17. I ALSO UNDERSTAND THAT, BY SUBMITTING AN APPLICATION, I AM SUBMITTING TO A COLLECTION PROCESS THAT MAY RESULT IN ME REPAYING DEBT, EVEN IF THE ENTITY TO WHOM I OWE SUCH DEBT IS PREVENTED BY LAW FROM BRINGING A LAWSUIT AGAINST ME TO COLLECT THE DEBT.

| | | |
|---|---|---|
| Joint Filer Signature | Date | Witness |

**FOR STATE RAC APPLICANTS:**

If I sign below as an Applicant or Joint Applicant, I am indicating that I have read, understand and agree to the terms set forth in this Application above.

| | | |
|---|---|---|
| ⊠ _Janette Johnson_ | _1-26-09_ | _(witness signature)_ |
| Applicant Signature | Date | Witness Signature |
| | | |
| Joint Applicant Signature | Date | |

Want to know the status of the account? Get the fastest response by visiting HSBC TFS online at **www.hsbctfscustomer.com** 24 hours a day! Customer support is available by calling 1-888-832-5625.